UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO:  07-107 |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 287 (False Claims for Refund); |
| | : | 26 U.S.C. § 7201 (Attempt to Evade or Defeat Tax); |
| MICHAEL C. IRVING, | : | 22 D.C. Code § 3221(a)(Fraud in the First Degree); |
| Defendant. | : | 47 D.C. Code § 4101(a)(Attempt to Evade or Defeat Tax) |

FRIEDMAN, J. PLF

### INDICTMENT

The Grand Jury charges that:

APR 24 2007

At all times relevant to the Indictment:

#### Introduction

1. In September 1989, **MICHAEL C. IRVING** was appointed as a Police Officer with the Metropolitan Police Department ("MPD") in Washington D.C.;

2. In 1996, **MICHAEL C. IRVING** was promoted by MPD to Detective.

3. **MICHAEL C. IRVING** was paid wages from MPD for his employment in the amount of $155,211 in 2002, $152,153 in 2003, $136,962 in 2004 and $181,913 in 2005.

4. The Internal Revenue Service (hereinafter "IRS") is an agency of the United States Department of Treasury responsible for administering and enforcing the tax laws of the United States, and collecting taxes owed the Treasury of the United States.

5. The Office of Tax and Revenue (hereinafter "OTR") is an agency of the District of

Columbia responsible for administering and enforcing the tax laws of the District of Columbia.

6. A Form W-4, "Employee's Withholding Allowance Certificate," is an IRS form signed under penalties of perjury by a taxpayer to inform the employer regarding the amount of federal income tax to withhold from the wages of the employee.

7. A Form D-4, "Employee's Withholding Allowance Certificate" is a District of Columbia OTR form signed under penalties of perjury by a taxpayer, who resides or is domiciled in the District of Columbia, to inform the employer regarding the amount of District of Columbia income tax to withhold from the wages of the employee.

## COUNT ONE
## False Claim for Refund - Form 1040EZ 2002

8. Paragraphs 1 through 7 are realleged as though fully set forth herein;

9. On or about February 20, 2003, in the District of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the District of Columbia, knowingly made and presented to the IRS a false and fraudulent claim for refund in the amount of $32,732 knowing such claim to be false, fictitious, and fraudulent.

In violation of Title 18, United States Code, Section 287.

## COUNT TWO
## False Claim for Refund - Form 1041 2002

10. Paragraphs 1 through 7 are realleged as though fully set forth herein;

11. On or about September 29, 2003, in the District of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the District of Columbia, knowingly made and presented to the IRS a false and fraudulent claim for refund in the amount of $32,732 knowing such claim to be

false, fictitious, and fraudulent.

In violation of Title 18, United States Code, Section 287.

## COUNT THREE
### Attempt to Evade or Defeat Tax-2003

12. Paragraphs 1 through 7 are realleged as though fully set forth herein;

13. Beginning on or about January 1, 2003, through on or about April 15, 2004, in the District of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the District of Columbia, did willfully attempt to evade and defeat a substantial portion of the income tax due and owing by him to the United States for the tax year 2003 by various means, including but not limited to:

   a) filing and causing to be filed false and fraudulent Forms W-4 with MPD, in which he falsely claimed he was "exempt" from withholdings;

   b) failing to timely file a 2003 United States Individual Income Tax Return;

   c) failing to pay said tax due and owing.

In violation of Title 26, United States Code, Section 7201.

## COUNT FOUR
### Attempt to Evade or Defeat Tax-2004

14. Paragraphs 1 through 7 are realleged as though fully set forth herein;

15. Beginning on or about January 1, 2004, through on or about April 15, 2005, in the District of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the District of Columbia, did willfully attempt to evade and defeat the income tax due and owing by him to the United States for the tax year 2004 by various means, including but not limited to:

   a) filing and causing to be filed false and fraudulent Forms W-4 with MPD, in which

       he falsely claimed he was "exempt" from withholdings;

b)    failing to timely file a 2004 United States Individual Income Tax Return;

c)    failing to pay said tax due and owing.

In violation of Title 26, United States Code, Section 7201.

## COUNT FIVE
### Attempt to Evade or Defeat Tax-2005

16.    Paragraphs 1 through 7 are realleged as though fully set forth herein;

17.    Beginning on or about January 1, 2005 through on or about April 15, 2006, in the District of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the District of Columbia, did willfully attempt to evade and defeat the income tax due and owing by him to the United States for the tax year 2005, by various means, including but not limited to:

a)    filing and causing to be filed a false and fraudulent Form W-4 with MPD, in which he falsely claimed he was "exempt" from withholdings;

b)    failing to timely file a 2005 United States Individual Income Tax Return;

c)    failing to pay said tax due and owing.

In violation of Title 26, United States Code, Section 7201.

## COUNT SIX
### Fraud in the First Degree

18.    Paragraphs 1 through 7 are realleged as though fully set forth herein;

19.    Beginning on or about January 1, 2002, and continuing through on or about September 29, 2003, in the District of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the District of Columbia, engaged in a scheme and systematic course of conduct with the intent to defraud the District of Columbia and to obtain for MICHAEL C. IRVING property of the

District of Columbia by means of false and fraudulent pretenses, representations and promises, and thereby obtained property of the District of Columbia and caused the District of Columbia to lose property, consisting of District of Columbia income taxes required by law to be paid by MICHAEL C. IRVING, in the approximate value of more than $250, by committing the following acts, including but not limited to:

a)  filing and causing to be filed false and fraudulent Forms W-4 and D-4 with MPD, in which he falsely claimed he was "exempt" from withholdings;

b)  filing and causing to be filed a false claim for refund in the amount of $12,490, to wit: 2000 Fiduciary Income Tax Return;

c)  filing and causing to be filed a false claim for refund in the amount of $12, 523, to wit: 2001 Fiduciary Income Tax Return;

d)  filing and causing to be filed a false claim for refund in the amount of $10,534, to wit: 2002 Fiduciary Income Tax Return;

e)  filing and causing to be filed a false claim for refund in the amount of $10,534, to wit: 2002 District of Columbia Individual Income Tax Return which falsely reported his total income was $0.

In violation of Title 22, District of Columbia Code, Section 3221(a).

## COUNT SEVEN
### Attempt to Evade or Defeat Tax- 2003

20. Paragraphs 1 through 7 are realleged as though fully set forth herein;

21. Beginning on or about January 1, 2003, and continuing through on or about April 15, 2004, in the District of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the

District of Columbia, did willfully attempt to evade or defeat a tax, or the payment thereof, to the District of Columbia, which tax he evaded or attempted to evade exceeded $10,000, by various means, including but not limited to:

a)  filing and causing to be filed false and fraudulent Forms W-4 and D-4 with MPD, in which he falsely claimed he was "exempt" from withholdings;

b)  failing to timely file a 2003 District of Columbia Individual Income Tax Return;

c)  failing to pay said tax due and owing.

In violation of Title 47, District of Columbia Code, Section 4101(a).

## COUNT EIGHT
### Attempt to Evade or Defeat Tax-2004

22. Paragraphs 1 through 7 are realleged as though fully set forth herein;

23. Beginning on or about January 1, 2004, and continuing through on or about April 15, 2005, in the District of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the District of Columbia, did willfully attempt to evade or defeat a tax, or the payment thereof, to the District of Columbia, which tax he evaded or attempted to evade exceeded $10,000, by various means, including but not limited to:

a)  filing and causing to be filed false and fraudulent Forms W-4 and D-4 with MPD, in which he falsely claimed he was "exempt" from withholdings;

b)  failing to timely file a 2004 District of Columbia Individual Income Tax Return;

c)  failing to pay said tax due and owing.

In violation of Title 47, District of Columbia Code, Section 4101(a).

## COUNT NINE
### Attempt to Evade or Defeat Tax-2005

24. Paragraphs 1 through 7 are realleged as though fully set forth herein;

25. Beginning on or about January 1, 2005, and continuing through on or about April 15, 2006, in the District of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the District of Columbia, did willfully attempt to evade or defeat a tax, or the payment thereof, to the District of Columbia, which tax he evaded or attempted to evade exceeded $10,000, by various means, including but not limited to:

   a) filing and causing to be filed false and fraudulent Forms W-4 and D-4 with MPD, in which he falsely claimed he was "exempt" from withholdings;

   b) failing to timely file a 2005 District of Columbia Individual Income Tax Return;

   c) failing to pay said tax due and owing.

In violation of Title 47, District of Columbia Code, Section 4101 (a).

A TRUE BILL:

_____
FOREPERSON

_____
DANA J. BOENTE
Deputy Assistant Attorney General
Tax Division
U.S. Department of Justice