NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                            Criminal Number  07-R-107 PLF

Michael C. Irving
          (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_David H. Dickieson_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

David H. Dickieson (DC Bar# 321778)
(Attorney & Bar ID Number)

Schertler & Onorato, LLP
(Firm Name)

601 Pennsylvania Avenue, NW, North Building, 9th Floor
(Street Address)

Washington, DC 20004
(City)          (State)          (Zip)

(202) 628-4199
(Telephone Number)