UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 09 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. : Cr. No. 07-107 (PLF)

:

MICHAEL C. IRVING, : VIOLATIONS:

      Defendant. : 18 U.S.C. 287 False Claims for Refund; 26
: U.S.C. § 7201 Tax Evasion; 22 D.C. Code
: § 3221(a) Fraud in the First Degree; 47 D.C.
: Code § 4101(a) Attempt to Evade of Defeat
: Tax
:

## BOOK AND RELEASE ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this 9th day of May 2007 **ORDERED**:

3. That defendant, who is released on personal recognizance, be accompanied on May 9, 2007 by Special Agent Tia Mace, IRS, to Precinct 1 D of the Metropolitan Police Department for "routine processing" and that this be a condition of his release.

                                       Paul L. Friedman
                                       United States District Judge

May 9, 2007