UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 07-107 (PLF) |
| | : | |
| MICHAEL C. IRVING, | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____

**JOINT MOTION TO CONTINUE**

The parties jointly move for a continuance of the hearing presently scheduled for August 15, 2007.  Both parties have a conflict, and are unavailable to appear in Court on this matter on August 15, 2007.  After consultation, the parties propose to the Court a hearing date of Friday September 7, 2007 for argument on any pending motions.

A proposed Order is attached.

Respectfully submitted,

DANA BOENTE
Deputy Assistant Attorney General
for Tax


  /s/Michael P. Ben'Ary
Michael P. Ben'Ary
VA. Bar No. 46658
Karen E. Kelly
VA. Bar No. 35403
Tax Division
601 D. Street, NW
Washington, DC 20530
(202) 616-3864

  /s/David Schertler
David Schertler
David Dickieson
Schertler & Onorato
601 Pennsylvania Ave NW
Washington, D.C. 20036
(202) 628-4199

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. No. 07-107 (PLF) |
| : | |
| MICHAEL C. IRVING, : | |
| : | |
| Defendant. : | |
| : | |

_____

**ORDER**

UPON joint motion of the parties, IT IS HEREBY ORDERED that the August 16, 2007 Motions hearing date in the above referenced case is VACATED, and RESCHEDULED for Friday, September 7, 2007 at 10:00.

**SO ORDERED.**

_____
Judge Paul L. Friedman
U.S. District Court for District of Columbia