UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 07-107 (PLF) |
| | : | |
| MICHAEL C. IRVING, | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____

**JOINT MOTION TO AMEND SCHEDULING ORDER**

COMES NOW the United States, jointly with the defense, and respectfully requests this this Court to amend the Scheduling Order in the above referenced case as proposed below. Defense Motions to be filed by Monday, July 2, 2007.  Responses from the Government are due on July 16, 2007.  Defendant's reply, if any, are due by July 23, 2007.  Oral argument on all pending motions to be heard on Friday, July 27, 2007 at 11:00.

A proposed Order is attached.

Respectfully submitted,

DANA BOENTE
Deputy Assistant Attorney General
for Tax


  /s/Michael P. Ben'Ary
Michael P. Ben'Ary
VA. Bar No. 46658
Karen E. Kelly
VA. Bar No. 35403
Tax Division
601 D. Street, N.W.
Washington, DC 20530
(202) 616-3864

  /s/David Schertler
David Schertler
David Dickieson
Schertler & Onorato
601 Pennsylvania Ave N.W.
Washington, D.C. 20036
(202) 628-4199

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. No. 07-107 (PLF) |
| : | |
| MICHAEL C. IRVING, : | |
| : | |
| Defendant. : | |

_____

**ORDER**

UPON joint motion of the parties, IT IS HEREBY ORDERED that the previous Scheduling Order be Vacated, and that Defendant's Motions be filed July 2, 2007, with Government Replies due July 16, 2007. Defendant's Rebuttal due on July 23, 2007. Motions hearing scheduled for July 27, 2007 at 11:00.

**SO ORDERED.**

_____
Judge Paul L. Friedman
U.S. District Court for District of Columbia