IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 07-CR-107 (PLF) |
| ) | |
| v. ) | Judge Paul L. Friedman |
| ) | |
| ) | |
| MICHAEL C. IRVING ) | |
| ) | |

### CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

Pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure, the Defendant respectfully moves to modify the briefing schedule for pre-trial motions, without altering the hearing date of July 27, 2007 at 11 a.m.

Specifically, the Defendant requests that the initial date for Motion to be filed be moved from July 2, 2007 to July 6, 2007.  Responses from the Government would then be due on July 20, 2007 and Defendant's reply, if any, would be due by July 25, 2007.

The reason for this adjustment is the travel schedule of Defendant's counsel in conjunction with the Fourth of July holiday.  This schedule was previously put on a very fast track to allow the schedule to precede the Court's August calendar.  The government attorney consents to this motion

Date:  June 29, 2007                                  Respectfully Submitted,

                                                                      Schertler & Onorato, LLP

                                                                      _____/s/_____
                                                                      David Schertler (DC Bar #367203)
                                                                      David Dickieson (DC Bar #321778)
                                                                      601 Pennsylvania Avenue, NW
                                                                      North Building, 9th Floor
                                                                      Washington, DC 20004
                                                                      Telephone: (202) 628-4199
                                                                      Facsimile: (202) 628-4177

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | 07-CR-107 (PLF) |
| v. | ) ) ) | Judge Paul L. Friedman |
| MICHAEL C. IRVING | ) ) ) |  |

**ORDER**

Upon joint motion of the parties, IT IS HEREBY ORDERED that the previous Scheduling Order be vacated in part, and that Defendant's Motions be filed July 6, 2007, with Government Replies due July 20, 2007. Defendant's rebuttal due on July 25, 2007. The motions hearing scheduled for July 27, 2007 at 11:00 a.m. is not changed.

SO ORDERED.

_____     _____
Date                                                              The Honorable Paul L. Friedman
                                                                       US District Court Judge