IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 07-CR-107 (PLF) |
| v. ) | Judge Paul L. Friedman |
| ) | |
| MICHAEL C. IRVING ) | |

**MOTION TO DISMISS COUNT SIX OF THE INDICTMENT**

The Defendant, Michael C. Irving hereby moves to dismiss Count Six of the Indictment, which charges him with fraud in the first degree under 22 D.C. Code §3221(a), on the grounds that Count Six fails to allege facts sufficient to support a fraud charge. The reasons supporting this motion are set forth below.

**I.     BACKGROUND**

The Defendant, Michael C. Irving, was charged by indictment with nine criminal counts: (1) Two counts of making a false claim for a refund in violation of 18 U.S.C. §287, (2) Three counts of attempting to evade federal income tax in violation of 26 U.S.C. 7201, (3) One count of fraud in violation of 22 D.C. Code § 3221(a), and (4) Three counts of evading District of Columbia income taxes in violation of 47 D.C. Code §410(a).  All the charges arise from the Government's allegation that for several years, from 2003 through 2005, Mr. Irving intentionally failed to file tax returns and did not pay federal and District income taxes during those years. Mr. Irving is charged with violations of both the federal and the District of Columbia tax code.

Count Six, however, charges Mr. Irving with a violation of the District's general fraud provision set out in 22 D.C. Code §3221(a).  That statute states:

> A person commits the offense of fraud in the first degree if that person engages in a scheme or systematic course of conduct with intent to defraud or to obtain

>property of another by means of a false or fraudulent pretense, representation, or promise and thereby obtains property of another or causes another to lose property.

Specifically, Count Six alleges that Mr. Irving engaged in a scheme using false representations to obtain property of the District of Columbia consisting of District of Columbia income taxes. The charges identifies five specific acts that the Government alleges Irving committed in an effort to avoid paying taxes or to attempt to obtain refunds for taxes paid in 2000, 2001, and 2002. We submit that those alleged acts are insufficient to make out a crime of fraud under the D.C. Code.

## II.     LEGAL ANALYSIS

The elements of fraud in the first degree under D.C. Code § 22-3221, are as follows:

(1)     That the defendant engaged in a scheme or systematic course of conduct;

(2)     That he did so with the intent to defraud someone or obtain property of another by means of a false or fraudulent pretense representation, or promise;

(3)     That, as a result of that scheme or systematic course of conduct, the defendant obtained property of another or caused another to lose property; and

(4)     That the property lost or obtained had a value of $250 or more.

Criminal Jury Instructions for the District of Columbia, No. 4.41, p. 395, 5th ed. Rev. 2005 ("The Redbook"). In this case, the specific factual allegations that the Government sets out in Count Six of the Indictment fail to meet the third element of the D.C. fraud charge, namely that the defendant obtained the property of another or caused another to lose property. Those specific allegations made in Count Six are as follows:

(1)     filing and causing to be filed false and fraudulent Forms W-4 and D-4 with MPD, in which [the defendant] falsely claimed he was "exempt" from withholdings;

(2)     filing and causing to be filed false a false claim for refund in the amount of $12,490, to wit: 2000 Fiduciary Income Tax Return;

 (3) filing and causing to be filed false a false claim for refund in the amount of $12,523, to wit: 2001 Fiduciary Income Tax Return;

 (4) filing and causing to be filed false a false claim for refund in the amount of $10,534, to wit: 2002 Fiduciary Income Tax Return;

 (5) filing and causing to be filed false a false claim for refund in the amount of $10,534, to wit: 2002 District of Columbia Individual Income Tax Return which falsely reported his total income was $0.

Count Six of the Indictment attempts to shoehorn traditional allegations of tax evasion into the general D.C. statute against fraud. In this case, the specific acts upon which the government relies, and upon which the grand jury acted, do not make out the crime of fraud. The acts described in Count Six fail to establish a fraudulent scheme that resulted in obtaining the property of another or causing another to lose property as necessary to make out the crime of fraud.

First, the government claims that Mr. Irving filed false or fraudulent W-4 and D-4 forms with his employer, the Metropolitan Police Department, in which he claimed he was exempt from withholding. Along with the D-4 form Mr. Irving filed claiming exempt status, he also filed a four-page affidavit explaining clearly the basis on which he believed himself to be exempt. (See Exhibit 1.) As a consequence, in doing so, Mr. Irving did not use a false or fraudulent pretense or representation to deceive the D.C. Government into agreeing not to withhold taxes. Mr. Irving completely disclosed to the D.C. Government his reasons, although legally incorrect, for claiming exempt status. In response, the D.C. Government chose to accept Mr. Irving's position and essentially, agreed with him that he was exempt from withholding and determined that it would not withhold taxes from payments the D.C. Government made to him

for his work. Knowing fully why Mr. Irving was claiming exempt status, the D.C. Government could have decided that his claim for exemption had no merit and refused to provide him exempt status. It did not do that. To the contrary, the D.C. Government placed its imprimatur of approval upon Mr. Irving's position by honoring it and granting him exempt status. The United States must concede that there was no deception or fraud upon the D.C. Government in Mr. Irving's filing of the D-4.

The other four acts alleged in Count Six relate to four separate filings in which Mr. Irving requested a refund on D.C. Income Taxes that he had paid in 2000, 2001, and 2002. It is counsel's understanding that the District of Columbia government never honored these various requests for refunds and that no tax payments were ever refunded to Mr. Irving. Under these circumstances, the D.C. Government was never deprived of any money or property as a result of Mr. Irving's attempts to get refunds for prior taxes he paid. Therefore, the third element of fraud, i.e., that the defendant has obtained property of another or caused another to lose property, cannot be met.

For these reasons, based on the allegations as set forth in Count Six, the Government has not made out the essential elements of the crime of first degree fraud as set forth in 22 D.C. Code §3221(a) and, as a consequence, that Count should be dismissed.

WHEREFORE, the Defendant respectfully requests that this Court dismiss Count Six of the Indictment.

          Respectfully submitted,

          SCHERTLER & ONORATO, LLP

          _____/s/_____
          David Schertler (DC Bar #367203)
          David H. Dickieson (DC Bar #321778)
          601 Pennsylvania Avenue, NW
          North Building, 9th Floor
          Washington, DC 20004
          Telephone: (202) 628-4199
          Facsimile: (202) 628-4177

# EXHIBIT 1




0000650100



**FORM D-4**

GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE CHIEF FINANCIAL OFFICER
OFFICE OF TAX AND REVENUE

## Employee's Withholding Allowance Certificate

1. **WHO MUST FILE** – Every new employee who resides in or is domiciled in the District of Columbia and from whom tax is required to be withheld, must fill out Form D-4 and file it with his/her employer. If you are not liable for D.C. taxes because you are a nonresident or are not domiciled in the District of Columbia, you must file Form D-4A (Certificate of Nonresidence in the District of Columbia).
2. **WHEN TO FILE** – File Form D-4 whenever you start new employment. Once filed with your employer, it will remain in effect until an amended certificate is filed. An employee may file a new withholding allowance certificate at any time if the number of withholding allowances to which he or she is entitled increases. However, an employee must file a new certificate within 10 days if the number of withholding allowances previously claimed decreases.
3. **WHAT TO FILE** – After completing Form D-4, detach the bottom portion and file it with your employer. Keep the top portion for your records.

### D-4 WORKSHEET INSTRUCTIONS

A. **thru D** – Choose the appropriate category.
E. Enter a "1" or "2" for each category of Age or Blindness, depending on the number of allowances you are claiming for yourself or your spouse or both. **The age and blindness allowance does not apply to dependents.**
F. **Dependents** – Enter the number of dependents you are entitled to claim and who are not claiming themselves on a separate District of Columbia Individual Income Tax return.
G. **Additional Withholding Allowances** – You may claim additional allowances, the number of which is determined by taking the excess of your estimated itemized deductions over your applicable standard deduction and dividing it by the current allowable personal exemption amount.

### D-4 WORKSHEET TO FIGURE YOUR WITHHOLDING ALLOWANCES

A. **SINGLE:** If you claim an allowance for yourself only, and if no one else claims you as a dependent enter the figure "1" .................... | 1
B. **HEAD OF HOUSEHOLD:** If you are single, or married and not living with your spouse and maintain a household for yourself and a qualifying person, enter the figure "2" ....................
C. **MARRIED FILING JOINTLY:** If you claim an allowance for yourself and your spouse, and an allowance for your spouse is not claimed on another certificate, enter the figure "2" ....................
D. **MARRIED FILING SEPARATELY:** If you claim an allowance for yourself only, enter the figure "1" ....................
E. **AGE AND BLINDNESS:** (Applicable only to you and your spouse, but NOT to dependents) AGE – If you or your spouse will be 65 years of age or older at the end of the year, enter the figure "1"; if both will be 65 or older, enter the figure "2" ....................
   BLIND – If you or your spouse are blind enter the figure "1"; if both are blind enter the figure "2" ....................
F. **DEPENDENTS:** Enter the number of dependents for whom allowances are claimed ....................
G. Additional withholding allowances. (See Instruction G above) ....................
H. Add the number of allowances you have entered on the worksheet and enter the TOTAL here and on line 1 of Form D-4 below ....................

### D-4 EMPLOYEE'S WITHHOLDING ALLOWANCE CERTIFICATE INSTRUCTIONS

1. Print or type your full name, current address and correct social security number. Under Title V, Sec.1(a) of the D.C. Income and Franchise Tax Act, each employee is required to furnish his/her employer with their social security number on Form D-4. Your social security number is necessary for the identification of your tax account with the District of Columbia and will be used only for tax administration purposes.
2. Be sure to check the proper Filing Status Box. This enables your employer to use the correct income tax withholding table.
3. Enter on line 1 of the allowance certificate below the total number of allowances claimed on line H of the worksheet above.
4. In some instances, even if you claim zero withholding allowances, you may not have enough tax withheld. You may, upon agreement with your employer, have more tax withheld by filling in a dollar amount on line 2 below.
5. You may claim an exempt status on line 3 below, only if you qualify for an exempt status on Federal Form W-4.
6. Be sure to sign and date Form D-4.

*Tear along this line and give the bottom part to your employer. Keep the top portion for your records.*

---

**EMPLOYEE'S WITHHOLDING ALLOWANCE CERTIFICATE**          **Form D-4**

Government of the District of Columbia
Office of the Chief Financial Officer
OFFICE OF TAX AND REVENUE

Type or print your full name (Last, First, M.I.)   Irving, Michael C

Your Social Security Number   579 84 8740

Home address   1510 Webster St. NW. Wash. DC. 20011

Filing Status (Check only one) ➔  ☒ Single   ☐ Head of Household   ☐ Married Filing Jointly   ☐ Married Filing Separately

| 1 | Total number of allowances you are claiming (from line H. of the Worksheet above). | |
| 2 | Additional amount, if any, you want deducted each pay period | $ |
| 3 | I claim exemption from withholding because (check boxes below that apply): | |

a ☐ Last year I did not owe any District income tax and had a right to a full refund of ALL income tax withheld from me AND
b ☐ This year I do not expect to owe any District income tax and expect a full refund of ALL income tax withheld from me.
   If both a. and b. apply, enter the year this is effective and the word "EXEMPT" here. __Exempt__  ➔ YEAR __2002__
c. If you entered "EXEMPT" on line 3b, are you a full-time student?   ☐ Yes   ☐ No

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or, if claiming exemption from withholding, that I am entitled to claim the exempt status.

Employee's signature ➔ _Michael__     Date ➔ 11-3-2002

EMPLOYER: Keep this certificate with your records. If 10 or more exemptions are claimed OR if you suspect this certificate contains false information please send a copy to —
Office of Tax and Revenue, 941 N. Capitol St., N.E., Washington, D.C. 20002 Att: Compliance Administration

Rev. 10/00

13- 056-00

# AFFIDAVIT
*(Establishing my "exempt" status with respect to Federal and state income taxes pursuant to 26 USC 3402(n))*

To: __Metropolitan Police Department__   Date: __November 3, 2002__
(employer's name)

This is my sworn affidavit, submitted to section 3402(n) of the Internal Revenue Code (reproduced below), <u>certifying</u> that:
1. I incurred no liability for income tax imposed under subtitle A for the preceding taxable year; 2001
2. I anticipate I will incur no liability for income tax imposed under subtitle A for the current taxable 2002 year; and;
3. I had a right to full refund of any and all amounts withheld for both years.

You can see by checking my statement <u>against the law itself</u> that <u>I have fulfilled all the requirements contained in the law</u>. The law makes it perfectly clear that "not withstanding any other provision of this section..." (i.e. Section 3402(n) that you"... shall not be required to deduct and withhold any tax..." from my wages if I provide you with the certified statement contained in this affidavit. Let me further point out that under law (Section 3402(n) <u>I am not required to provide you or the IRS with any other document or statement because this affidavit fulfills all the requirements contained in the law</u>.

Let me further remind you that no mimeographed letter or alleged regulation can abrogate or supercede my sworn statement and the clear language and intent <u>of the law as shown below</u>.

## INTERNAL REVENUE CODE SECTION 3402(n)

(n) <u>Employees incurring no income tax liability</u>.
<u>Not withstanding any other provision of this section</u>, an employer <u>shall not be required to deduct and withhold any tax under this chapter</u> upon a payment of wages to an employee if there is in effect with respect to such payment a withholding exemption certificate (in such form and containing such other information as the Secretary may prescribe) <u>furnished to the employer by the employee certifying that the employee:</u>
   (1) <u>incurred no liability for income tax</u> imposed under subtitle A for her preceding taxable year, 2001 and
   (2) anticipates that he/she <u>will incur no liability for income tax</u> imposed under subtitle A for her current taxable year 2002

The Secretary shall by regulations provide for the coordination of the provisions of this subsection with the provisions of subsection (f)."   *(emphasis added)*

PAGE 1 OF 4

<u>Federal register, Tuesday September 7, 1943, 404, 104, pg. 12267</u>: Employee: "The term employee <u>**specifically includes**</u> officers and employees <u>**whether elected of appointed of the United States, a state, territory, or political subdivision thereof or the District of Columbia or any agency or instrumentality of any one or more of the foregoing.**</u>

**26 U.S.C. 3401 (c) EMPLOYEE.** "For purposes of this chapter, [Chapter 24, Collection of Income Tax at Source on Wages], the term employee includes an **officer, employee or elected official** <u>of the United States,</u> a State or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality of any one or more of the foregoing. The term employee also includes an officer of a corporation."

(c) Generally, physician, lawyers, dentist, veterinarians, contractors, public stenographers, auctioneers, and others who follow and **independent trade, business, or profession,** in which they offer their services to the public, <u>**are not employees**</u>.

## "OUR TAX SYSTEM IS BASED UPON <u>VOLUNTARY ASSESSMENT AND PAYMENT, NOT UPON DISTRAINT</u>"

**Supreme Court,:**   <u>Flora v. U.S.</u>, 362 U.S. 145, 4 L ed 2nd 623, 80 s Ct 630
<u>Helvering v. Mitchell</u>, 303 IS 391, 399, 82 L ed 917, 921, 58 S Ct
<u>Treasury Regulations</u> on Procedural Rules (1954 Code) 601.103 (a)

"The tax system is based on voluntary compliance..." 26 CFR 601.602 (a)

Voluntary: 1) given freely without compulsion, 2) having the power of free choice - Webster's Dictionary

"By means which the law permits, a taxpayer has the right to decrease the amount of what otherwise would be his taxes or to altogether avoid them." - <u>Gregory vs. Helvering</u>

Income, as defined by the Supreme Court means, <u>gains and profits</u> as a result of <u>corporate activity</u> and **profit** gained through the sale or conversion of capital assets." <u>Stanton v Baltic Mining Co.</u> 240 U.S. 103, <u>Stratton's Independence v. Howbert</u> 231 U.S. 399. <u>Doyle v. Mitchell Bros.</u> Co. 247 U.S. 179, <u>Eisner v. Macomber</u> 252 U.S. 189, <u>Evans v. Gore</u> 253 U.S. 245, <u>Merchants Loan & Trust Co. V. Smietanka</u> 225 U.S. 509. The following rulings are quoted from <u>Conner v. United States,</u> 303 F. Supp. 1187 (1969) pg. 1191
[1]...The meaning of income in its everyday sense is a **gain**... The amount of such **gain** recovered by an individual in a given period of time." Webster's Seventh New Collegiate Dictionary, p. 425 " <u>**Income is nothing more or less than realized gain.**</u>" <u>Shuster v. Helvring</u>, 121 F. 2d 643 (2nd Cir. 1941). <u>**It [Income] is not synonymous with receipts.**</u> 47 C.J.S. Internal Revenue 98, p. 226."

PAGE 2 OF 4

[2] Whatever may constitute income, therefore, **must have essential feature of gain** to the recipient. This was true when the 16th amendment became effective, it was true at the time of the decision in Eisner v. McComber (supra), it was true under section **22(a)** of the Internal Revenue Code of 1939, and it is true under section **61(a)** of the Internal Revenue Code of 1954. **If there is no gain, there is no income.**"

In defining the words **"Include" and "including,"** The **Supreme Court**, ruled as follows:
"The ordinary significance of the terms, as defined by the dictionaries, both Webster and the Standard, is "to confine within; to hold; to contain; to shut up; embrace; and involve. Include or the participial form thereof, is defined to comprise within'; 'to hold'; 'to contain'; 'to shut up; and synonyms are 'contain'; 'enclose'; 'comprehend'; 'embrace."
                                    **Montillo Salt Co. V. Utah**, 221 U.S. 452, at 455, 466

**Treasury Definition 3980, Vol. 29, January-December, 1927, pgs 64 and 65** defines the words *includes* and *including* as: "(1) **To comprise, comprehend, or embrace... (2) To enclose within; contain; confine...** But granting that the word *including* is a term of enlargement, it is clear that it **only** performs that office by introducing the **specific elements** constituting the enlargement. It thus, and thus **only**, enlarges the otherwise more **limited, preceding general language**... The word 'including' is obviously used in the sense of its *synonyms*, comprising, comprehending; embracing."

*Includes* is a word of *limitation*. Where a *general term* in Statue is followed by the word, *'including'* the primary import of specific words following quoted words is to indicate restriction rather that enlargement. **Powers ex rel Dovon v. Charron R.I.**, 135 A, 2nd 829, 832 Definitions - Words and Phrases pages 156-156, Words and Phrases under "**limitations**'.

General Instructions for Forms W-2 and W-3
Who must file Form W-2. Employers must file Form W-2 for wages paid to
    each employee from whom:

> Income, social security, or Medicare taxes were withheld or
> Income tax would have been withheld if the employee had claimed no more
> than one withholding allowance or **had not claimed exemption from
> withholding on Form W-4, Employee's Withholding Allowance Certificate**.

I am putting you my employer on notice that you are not to file any w-2 's to the IRS on me with box 10 showing income. Any figures in box 10 on a w-2 is treated as taxable income and I will hold you criminally responsible for such action and I will submit form 4852 to correct the w-2 and you will have to explain why you are charging me with taxable income. As you may not be aware that the law states if I turn in a exemption certificate you are relieved of the duty to withhold and the duty to submit any information to the IRS stating you paid me taxable income or wages. I am not the employee describe in the definition of employee as defined by the Federal Register as stated above **YOU HAVE BEEN WARNED!**

Pursuant to 26 U.S.C. 3401 (a), "...[T]he term 'wages' means all remuneration for services performed by an 'employee'." As I am not an "**employee**", I do not earn "**wages**", for Federal or State income tax purposes. I am none of the persons in 20 Fed Proc. L. Ed 48.548, 26 U.S.C. 6331 (a), 26 CFR 301.6331 - 1(a)(4), 27 CFR 70.51, 27 CFR 70.161 and 70.162 or corresponding STATE INCOME TAX Regulations, under the federal conformity clause.

**Public Salary Act of 1939, TITLE I** – SECTION 1. 22(a) of the Internal Revenue Code relating to the definition of '<u>**gross income**</u>', is amended after the words '<u>**compensation for personal service**</u>' the following: "Including personal service <u>as an officer or employee of a State, or any political subdivision thereof, or any agency or instrumentality of any one or more of the foregoing</u>."


Constitutionally yours,

*Michael Christopher Irving*

SSN 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

Date November 3, 2002

UCC 1 FILLING No. 0602-002-12783

<u>All rights reserve without prejudice U.C.C. 1-207</u>

"Liability" <u>DISCHARGE</u>, pursuant to U.C.C., Sections 3-305.2(c) and 3.601.3".

—"Receipt" of government, "benefits" is under <u>PROTEST</u>, pursuant to U.C.C. 1-207, and 3-305.2(c).


**If the Payer or the Internal Revenue Services both State or Federal Dishonor this Affidavit you must with in ten days produce a valid claim where relief can be granted.**

PAGE 4 OF 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>v.                                                )<br>)<br>)<br>**MICHAEL C. IRVING**                 )<br>) | **07-CR-107 (PLF)**<br><br>**Judge Paul L. Friedman** |

**ORDER**

Upon careful consideration of Defendant's Motion to Dismiss and Strike Legally Erroneous Allegations in Indictment, the Motion is hereby GRANTED and Count Six is DISMISSED this _____ day of _____, 2007.

SO ORDERED.

_____                                              _____
Date                                                                 The Honorable Paul L. Friedman
                                                                         U.S. District Court Judge