**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | )  | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **07-CR-107 (PLF)** |
| | ) | |
| v. | ) | **Judge Paul L. Friedman** |
| | ) | |
| | ) | |
| **MICHAEL C. IRVING** | ) | |
| | ) | |

**MOTION TO DISMISS COUNTS FOUR, FIVE, EIGHT, AND NINE**

Pursuant to Federal Rules of Criminal Procedure 12(b)(2) and 12(b)(3)(B), Michael C. Irving, through undersigned counsel, respectfully moves this Court to dismiss Counts Four, Five, Eight and Nine of the Indictment on the grounds that the purported signature which forms the basis for those charges was not the signature of the Defendant, but were forged signatures provided by personnel in the Metropolitan Police Department – Payroll Section.  Such forged signatures served to ratify, endorse and confirm the Defendant's belief that he had taken the necessary steps to become "exempt" from any withholding requirement for District of Columbia and federal taxes.

Even the most cursory review of the IRS Forms W-4 and the District of Columbia's Form D-4 provided in discovery in this case reveal that the signatures on several of these forms are not compatible with other signatures executed by the Defendant.  *See* Exhibits 1 and 2 where Exhibit 1 provides valid signatures and Exhibit 2 provides forged signatures.  The Government attorneys have taken grand jury testimony from at least one person in the payroll department of the Metropolitan Police Department who is believed to have forged Mr. Irving's signature on these forms.  Nonetheless, despite having knowledge of these forgeries, the Government has pushed

ahead with an Indictment asserting that the taxpayer, Mr. Irving, has signed false and fraudulent tax forms with the Metropolitan Police Department.

Specifically, the signatures on the 2004 and 2005 tax forms were forged by persons within the MPD payroll department. Those Counts of the Indictment associated with those years, Counts Four, Five, Eight and Nine cannot stand as a matter of law. These forged signatures not only highlight the Government's deficiencies in assembling the requisite elements of crime, but the forgeries also demonstrate the fact that even those persons with knowledge within the government's payroll department believed that there was nothing illegal about Mr. Irving's claim of exemption and they were willing to help him with the annual paperwork burden.

This form of approval and acceptance by the payroll department, although blatantly misguided, confirmed Mr. Irving's belief that his own actions were legal. In fact, the legal repercussions of the forgeries create complications for the Government's case. Since the Form W-4 is a nullity if it is not signed by the Taxpayer,[1] the Government is therefore basing its case

---

[1] The Ninth Circuit has analyzed the elements set forth in other court decisions to create a list of analogous criteria necessary to allow a document to qualify as a "tax return" in United States v. Hatton, 220 F.3d 1057 (9th Cir. 2000). Under the criteria articulated in that decision, a forged document cannot be a return because it was not properly executed under penalty of perjury:

> "Although the I.R.C. does not provide a statutory definition of "return," the Tax Court developed a widely-accepted interpretation of that term in *Beard v. Commissioner,* 82 T.C. 766, 1984 WL 15573 (1984), *aff'd,* 793 F.2d 139 (6th Cir.1986). In order for a document to qualify as a return: "(1) it must purport to be a return; (2) it must be executed under penalty of perjury; (3) it must contain sufficient data to allow calculation of tax; and (4) it must represent an honest and reasonable attempt **\*1061** to satisfy the requirements of the tax law." *Hindenlang,* 164 F.3d at 1033 (citing definition of "return" in *Beard* ); *Beard,* 82 T.C. at 767. The *Beard* definition was derived from two Supreme Court cases, *Germantown Trust Co. v. Commissioner,* 309 U.S. 304, 60 S.Ct. 566, 84 L.Ed. 770 (1940) and *Zellerbach Paper Co. v. Helvering,* 293 U.S. 172, 55 S.Ct. 127, 79 L.Ed. 264 (1934), and provides a sound approach under both the Bankruptcy Code and the I.R.C. Furthermore, the *Beard* definition is consistent with the purpose of a return, which is not only to get tax information in some form, but "to get it with such uniformity, completeness, and arrangement that the physical task of handling and verifying returns

on documents with no legal import, knowing that Mr. Irving did not sign the documents. When this crucial information is combined with the Government's knowledge that Mr. Irving did not prepare any of the substantive documents at issue, and in fact did not understand any of the actions taken towards becoming "exempt," it is hard to understand how the Government believes that it has a good faith belief that there was any criminal intent involved in this case. At a minimum, these four Counts must be dismissed.

WHEREFORE, the Defendant Michael Irving respectfully requests that Counts Four, Five, Eight and Nine relating to years 2004 and 2005 be dismissed due to the Government's knowledge that the Defendant did not sign the Employee's Withholding Allowance Certificate for those years, but that his signatures were forged by well-meaning, but misguided persons within the payroll department of the Metropolitan Police Department.

Date:  July 6, 2007                                         Respectfully submitted,

                                                            SCHERTLER & ONORATO, LLP


                                                            _____/s/_____
                                                            David Schertler (DC Bar #367203)
                                                            David H. Dickieson (DC Bar #321778)
                                                            601 Pennsylvania Avenue, NW
                                                            North Building, 9th Floor
                                                            Washington, DC 20004
                                                            Telephone: (202) 628-4199
                                                            Facsimile: (202) 628-4177

---

may be readily accomplished." *Commissioner v. Lane-Wells Co.*, 321 U.S. 219, 223, 64 S.Ct. 511, 88 L.Ed. 684 (1944)."

# EXHIBIT 1

Case 1:07-cr-00107-PLF    Document 11-2    Filed 07/06/2007    Page 1 of 6

# Form W-4 (2002)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2002 expires February 16, 2003. See **Pub. 505,** Tax Withholding and Estimated Tax.

**Note:** *You cannot claim exemption from withholding if (a) your income exceeds $750 and includes more than $250 of unearned income (e.g., interest and dividends) and (b) another person can claim you as a dependent on their tax return.*

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See **Pub. 919,** How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using **Form 1040-ES,** Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the **Instructions for Form 8233** before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2002. See Pub. 919, especially if you used the **Two-Earner/Two-Job Worksheet** on page 2 and your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

---

**Personal Allowances Worksheet** (Keep for your records.)

A  Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . A ____

B  Enter "1" if:  { • You are single and have only one job; or  
• You are married, have only one job, and your spouse does not work; or  
• Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less. }  . . B ____

C  Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . . . . C ____

D  Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . . . D ____

E  Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) . E ____

F  Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . F ____
(**Note:** *Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.*)

G  **Child Tax Credit** (including additional child tax credit):
• If your total income will be between $15,000 and $42,000 ($20,000 and $65,000 if married), enter "1" for each eligible child plus **1 additional** if you have three to five eligible children or **2 additional** if you have six or more eligible children.
• If your total income will be between $42,000 and $80,000 ($65,000 and $115,000 if married), enter "1" if you have one or two eligible children, "2" if you have three eligible children, "3" if you have four eligible children, or "4" if you have five or more eligible children. G ____

H  Add lines A through G and enter total here. Note: *This may be different from the number of exemptions you claim on your tax return.* ▶ H ____

For accuracy, complete all worksheets that apply.  { • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
• If you have **more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $35,000, see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
• If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below. }

---------- Cut here and give Form W-4 to your employer. Keep the top part for your records. ----------

**Form W-4**
Department of the Treasury
Internal Revenue Service

**Employee's Withholding Allowance Certificate**

▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2.

OMB No. 1545-0010

**2002**

1  Type or print your first name and middle initial: **Michael C**    Last name: **Irving**   073-4*   2  Your social security number: **579 84 8740**

Home address (number and street or rural route): **1510 Webster Street NW**

3  ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
Note: *If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.*

City or town, state, and ZIP code: **Washington DC 20011**

4  If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

5  Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2)   5  **00**

6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . 6  $

7  I claim exemption from withholding for 2002, and I certify that I meet **both** of the following conditions for exemption:
• Last year I had a right to a refund of **all** Federal income tax withheld because I had **no** tax liability **and**
• This year I expect a refund of **all** Federal income tax withheld because I expect to have **no** tax liability.
If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . . . ▶  7  **Exempt**

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature (Form is not valid unless you sign it.) ▶ *Michael Irving*    Date ▶ **11-3-2002**

8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)    9 Office code (optional)    10 Employer identification number

Cat. No. 10220Q

*24/02/ʔ*    *13  086-002*

# Form W-4 (2002)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2002 expires February 16, 2003. See **Pub. 505,** Tax Withholding and Estimated Tax.

**Note:** *You cannot claim exemption from withholding if* **(a)** *your income exceeds $750 and includes more than $250 of unearned income (e.g., interest and dividends) and* **(b)** *another person can claim you as a dependent on their tax return.*

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See **Pub. 919,** How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using **Form 1040-ES,** Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the **Instructions for Form 8233** before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2002. See Pub. 919, especially if you used the **Two-Earner/Two-Job Worksheet** on page 2 and your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

---

**Personal Allowances Worksheet** (Keep for your records.)

- A  Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . . A ____
- B  Enter "1" if: 
  - You are single and have only one job; or
  - You are married, have only one job, and your spouse does not work; or
  - Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.     B ____
- C  Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . . . . . C ____
- D  Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . . . . D ____
- E  Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . E ____
- F  Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . F ____
  (**Note:** *Do not include child support payments. See* **Pub. 503,** *Child and Dependent Care Expenses, for details.*)
- G  **Child Tax Credit** (including additional child tax credit):
  - If your total income will be between $15,000 and $42,000 ($20,000 and $65,000 if married), enter "1" for each eligible child plus **1 additional** if you have three to five eligible children or **2 additional** if you have six or more eligible children.
  - If your total income will be between $42,000 and $80,000 ($65,000 and $115,000 if married), enter "1" if you have one or two eligible children, "2" if you have three eligible children, "3" if you have four eligible children, or "4" if you have five or more eligible children.    G ____
- H  Add lines A through G and enter total here. Note: *This may be different from the number of exemptions you claim on your tax return.* ▶ H ____

For accuracy, complete all worksheets that apply.
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have **more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $35,000, see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

--------- Cut here and give Form W-4 to your employer. Keep the top part for your records. ---------

---

**Form W-4**
Department of the Treasury
Internal Revenue Service

**Employee's Withholding Allowance Certificate**

▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2.

OMB No. 1545-0010

**2002**

1  Type or print your first name and middle initial: **Michael C**   Last name: **Irving**   2  Your social security number: **073-4X-579 84 8740**

Home address (number and street or rural route): **1510 Webster Street NW**

3  ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate
Note: *If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.*

City or town, state, and ZIP code: **Washington, D.C. 20011**

4  If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

5  Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2)  **5  00**
6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . . . . . . . .  6  $
7  I claim exemption from withholding for 2002, and I certify that I meet **both** of the following conditions for exemption:
   - Last year I had a right to a refund of **all** Federal income tax withheld because I had **no** tax liability **and**
   - This year I expect a refund of **all** Federal income tax withheld because I expect to have **no** tax liability.
   If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . . . . ▶  **7  Exempt**

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature (Form is not valid unless you sign it.) ▶ **Michael C.** 
Date ▶ **3-10-2003**

8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)   9 Office code (optional)   10 Employer identification number: **13 056000**

Cat. No. 10220Q

# EXHIBIT 2

F  ###  13056000

# Form W-4 (2004)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2004 expires February 16, 2005. See **Pub. 505**, Tax Withholding and Estimated Tax.

**Note:** *You cannot claim exemption from withholding if: (a) your income exceeds $800 and includes more than $250 of unearned income (e.g., interest and dividends) and (b) another person can claim you as a dependent on their tax return.*

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See **Pub. 919**, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the **Instructions for Form 8233** before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2004. See Pub. 919, especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

---

**Personal Allowances Worksheet** (Keep for your records.)

A  Enter "1" for **yourself** if no one else can claim you as a dependent ............................................. A ____

B  Enter "1" if: { • You are single and have only one job; or
• You are married, have only one job, and your spouse does not work; or
• Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less. } .. B ____

C  Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) ............. C ____

D  Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return ......... D ____

E  Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . E ____

F  Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . F ____
(**Note:** *Do not include child support payments. See **Pub. 503**, Child and Dependent Care Expenses, for details.*)

G  **Child Tax Credit** (including additional child tax credit):
• If your total income will be less than $52,000 ($77,000 if married), enter "2" for each eligible child.
• If your total income will be between $52,000 and $84,000 ($77,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have four or more eligible children. .............................. G ____

H  Add lines A through G and enter total here. **Note:** *This may be different from the number of exemptions you claim on your tax return.* ▶ H ____

For accuracy, complete all worksheets that apply. { • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
• If you have **more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $35,000 ($25,000 if married) see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
• If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below. }

---------- Cut here and give Form W-4 to your employer. Keep the top part for your records. ----------

Form **W-4**
Department of the Treasury
Internal Revenue Service

**Employee's Withholding Allowance Certificate**
▶ Your employer must send a copy of this form to the IRS if: (a) you claim more than 10 allowances or (b) you claim "Exempt" and your wages are normally more than $200 per week.

OMB No. 1545-0010
**2004**

1  Type or print your first name and middle initial: *Michael C*   Last name: *Irving*
2  Your social security number: *577 84 8740*

Home address (number and street or rural route): *1510 Webster St NW*

3  ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
Note: *If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.*

City or town, state, and ZIP code: *Washington, DC 20011*

4  If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

5  Total number of allowances you are claiming (from line H above **or** from the applicable worksheet on page 2)   5 ____
6  Additional amount, if any, you want withheld from each paycheck .......................................   6  $____
7  I claim exemption from withholding for 2004, and I certify that I meet **both** of the following conditions for exemption:
• Last year I had a right to a refund of **all** Federal income tax withheld because I had **no** tax liability **and**
• This year I expect a refund of **all** Federal income tax withheld because I expect to have **no** tax liability.
If you meet both conditions, write "Exempt" here ........................................... ▶ 7 *Exempt*

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature (Form is not valid unless you sign it.) ▶ *Michael C Irving*     Date ▶ *12/08/03*

8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS)  |  9 Office code (optional)  |  10 Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 10220Q    Form **W-4** (2004)

# Form W-4 (2005)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2005 expires February 16, 2006. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $800 and includes more than $250 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2005. See Pub. 919, especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

**Personal Allowances Worksheet** (Keep for your records.)

A  Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . . . . . . . A ____

B  Enter "1" if:
   - You are single and have only one job; or
   - You are married, have only one job, and your spouse does not work; or
   - Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.   B ____

C  Enter "1" for your spouse. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . C ____

D  Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . . . D ____

E  Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) . . E ____

F  Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit . . F ____
   (Note. Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

G  Child Tax Credit (including additional child tax credit):
   - If your total income will be less than $54,000 ($79,000 if married), enter "2" for each eligible child.
   - If your total income will be between $54,000 and $84,000 ($79,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have four or more eligible children.   G ____

H  Add lines A through G and enter total here. (Note. This may be different from the number of exemptions you claim on your tax return.) ► H ____

For accuracy, complete all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $35,000 ($25,000 if married) see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

--- Cut here and give Form W-4 to your employer. Keep the top part for your records. ---

| Form **W-4** | Employee's Withholding Allowance Certificate | OMB No. 1545-0010 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | **2005** |

1  Type or print your first name and middle initial: **Michael C**   Last name: **Irving**  073-44   2 Your social security number: **577 84 8740**

Home address (number and street or rural route): **1510 Webster St NW**

3  ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
   Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code: **Washington, DC 20011**

4  If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a new card. ► ☐

5  Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2)   5  **00X**

6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . .   6  $

7  I claim exemption from withholding for 2005, and I certify that I meet **both** of the following conditions for exemption.
   - Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability **and**
   - This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.
   If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . . ► 7  **Exempt**

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature (Form is not valid unless you sign it.) ► *[signature]*   Date ► **1/25/05**

8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)   9 Office code (optional)   10 Employer identification number (EIN): **130 56000**

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 10220Q   Form **W-4** (2005)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | 07-CR-107 (PLF) |
| v. | ) ) ) | Judge Paul L. Friedman |
| MICHAEL C. IRVING | ) ) ) |  |

**<u>ORDER</u>**

Upon careful consideration of Defendant's Motion to Dismiss Counts Four, Five, Eight and Nine, the Motion is hereby GRANTED this _____ day of _____, 2007 and Counts Four, Five, Eight and Nine are DISMISSED.

SO ORDERED.

_____      _____
Date                                                                    The Honorable Paul L. Friedman
                                                                              US District Court Judge