**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 07-107 (PLF)** |
| | : | |
| | : | |
| **MICHAEL C. IRVING,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

_____

**GOVERNMENT'S CONSOLIDATED OPPOSITION TO DEFENDANT'S PRE-TRIAL MOTIONS**

Comes now the United States of America, by and through undersigned counsel, and hereby opposes Defendant's Motion To Dismiss On The Basis of Alleged Selective Prosecution, Motion For Expanded Discovery To Demonstrate Selective Prosecution, Motion To Strike Count Six, Motion To Dismiss Counts Four, Five, Eight and Nine, and Motion To Strike Allegations. Defendant's motions lack merit, and, thus should be summarily denied. In support of this consolidated opposition, the government submits the following:

**FACTUAL BACKGROUND**

On April 24, 2007, a duly impaneled grand jury in the United States District Court for the District of Columbia returned an indictment charging defendant with two counts of filing false claims, three counts of federal income tax evasion, one count of fraud in the first degree in violation of D.C. Code, and three counts of D.C. income tax evasion. See Exhibit 1. These charges stem from defendant's affirmative attempts to evade his federal and local income taxes for the calendar years 2002 through 2005, and his fraudulent attempts to obtain money from the

1

federal government and the District of Columbia.

Defendant joined the Metropolitan Police Department ("MPD") as a police officer in 1989.  He earned wages from the MPD and received from  MPD a Form W-2 each year that summarized his yearly income.[1]  When hired, defendant filed an initial Form W-4 tax authorizing income tax withholding from his paycheck.[2]  Defendant filed timely tax returns and paid taxes for twelve years up through April 15, 2002.

In November 2002, defendant's conduct changed.  At this time, defendant requested MPD to stop withholding federal and local income taxes from his paycheck.  Defendant caused to be submitted to MPD new federal and D.C. withholding certificates, Form W-4 and Form D-4. In these documents, he swore under penalties of perjury that he was exempt from withholding. Specifically, he claimed that for the previous tax year (2001), he owed no taxes and was entitled to a full refund of all federal income taxes that had been withheld.  He also swore that he did not expect to owe any income taxes for that current tax year (2002).

Defendant's statements were false.  Defendant did in fact owe taxes for tax year 2001. He filed his 2001 income tax return in April 2002, in which he correctly reported that he earned $149,484 in wage income from MPD and owed $28,105 in tax.  Even with the benefit of a tax credit, defendant was not entitled to a full refund of his withholdings for the 2001 calendar year. With respect to the 2002 tax year, defendant knew that he would incur a similar tax liability, as

---

[1]Defendant earned $155,211 from MPD in 2002, $152,153 in 2003, $136,962 in 2004, and $181,913 in 2005.

[2]The representations that a taxpayer makes on the Form W-4 direct how much an employer should withhold from an employee's income for purposes of complying with income tax laws.

his employment status was unchanged.  Indeed, defendant knew from his tenure with MPD that

it was more likely that his income would continue to increase.

Along with the false Forms W-4, defendant also submitted a signed "Affidavit" in which

he falsely represented that he didn't owe taxes in 2001.  See Exhibit 2.  In that Affidavit, which

defendant signed under the complimentary close of "constitutionally yours;" he wrote:

> You can see by checking my statement against the law itself that I have
> fulfilled all the requirements contained in the law.  The law makes it
> perfectly clear that "not withstanding any other provision of this section"
> (i.e. Section 3402(n) that you "shall not be required to deduct and
> withhold any tax. . ."[sic] from my wages if I provide you with the
> certified statement contained in this affidavit.  Let me further point out
> that under law (Section 3402(n) I am not required to provide you or the
> IRS with any other document or statement because this affidavit fulfills all
> the requirements contained in the law.
>
> Let me further remind you that no mimeographed letter or alleged
> regulation can abrogate or supercede my sworn statement and the clear
> language and intent of the law as shown below.

Id. (emphasis in original).

In that document, defendant warned MPD:

> I am putting you my employer on notice that you are not to file any w-2's
> [sic] to the IRS on me with box 10 showing income . . I will hold you
> criminally responsible for such action. . .As you may not be aware that the
> law states if I turn in a [sic] exemption certificate you are relieved of the
> duty to withhold and the duty to submit any information to the IRS stating
> you paid my taxable income or wages . . .**YOU HAVE BEEN
> WARNED!**

Id. at 3 (emphasis in original).

Defendant attached a document entitled "W-4T Voluntary Withholding Agreement,

Termination of Withdrawal from W-4 Agreement" to the false withholding certificates.  This

document purported to have been issued by the government, and bore a label of "Public Domain

Form."  It was submitted in an effort to terminate the previously filed Form W-4 that properly

3

authorized withholding from wages.

At the beginning of each calendar year, MPD payroll system automatically resets the exemptions for those employees who claim "exempt" back to a standard withholding deduction. Accordingly, to maintain exemption from withholding, an employee must affirmatively submit a new Form W-4 in order to maintain exempt status. Thus, in March 2003, defendant caused to be filed another false Form W-4 and Form D-4 to MPD. These forms again represented that he was "exempt" from income tax withholding. At the direction of defendant, MPD stopped the income tax withholding from defendant's paychecks. As a result, defendant enjoyed a bigger paycheck and "tax-free" income.

In Spring 2003, defendant did not visit his usual tax return preparer. Instead, defendant filed with the Internal Revenue Service ("IRS") a false U.S. Individual Income Tax Return, Form 1040EZ, for the 2002 tax year. On this handwritten form submitted to the IRS, he falsely reported that he did not earn any income in 2002 and did not owe any taxes. Defendant attached the Form W-2 from MPD which reported his wages of $155,211 for calendar year 2002. On this Form 1040EZ, defendant represented that he was due a payment from the IRS of $32,732, which was the amount of income taxes withheld from his wages in 2002 before he claimed he was exempt. Defendant also appended to the Form 1040EZ a statement that declared: "This statement is being submitted as part of my 2002 1040 Income Tax Return and is an integral part of that return." See Exhibit 3. In this statement, defendant asserted:

> I am filing this 1040 return even though I know that no section of the Internal Revenue Code establishes an individual or personal "income tax" liability applicable to me. . . **IMPORTANT NOTE**: Even though this W-2 form use the term "wages." I earned no taxable "wages" in 2002, as such term is defined in United States tax laws.

> Although I am previously documented I am a non-resident to the state of
> the forum of United States tax laws, I am aware that citizens have been
> illegally prosecuted under the Internal Revenue Code Sections 7201 and
> 7203 for the non-existent "crime" of allegedly failing to file a 1040 and
> State Income Tax Form. . . Therefore, this return (and other previously
> filed tax returns) is not being filed voluntarily.  It is being filed because of
> fear of being illegally penalized and prosecuted for failure to file a return
> for 2002.

Id. (emphasis in original).

Contemporaneously, defendant filed with the District of Columbia a handwritten Form

D-40 EZ Income Tax Return for the 2002 tax year.  On that document, defendant reported no

wages or income earned in 2002 and declared that he was entitled to receive the $10,534 income

tax withheld from his paycheck as a refund.  He appended to his filing a four page  statement:

"This statement is being submitted as part of my 2002 D-40 Income Tax Return and is an

Integral Part of that Return."  This statement reiterated his frivolous arguments that he did not

earn income and was not required to file a federal or state income tax return.

In an effort to address the situation,, the IRS responded to defendant's filing on May 23,

2003 in a letter that informed him that the Service could not accept the Form 1040EZ that he

filed because it not contain the information the law required him to report.  The IRS also

explained that defendant's views of the tax laws were incorrect.  It stated:

> We have determined that the return is a frivolous return.  The position you
> have taken has no basis in law and represents a frivolous position.  The tax
> laws are very clear and have been test in the courts-including the Supreme
> Court of the United States.  Claims, such as yours, have been considered
> and rejected repeatedly as frivolous and without merit by the federal
> courts.
>
> We encourage you to seek advice from competent tax counsel or an
> attorney qualified to practice in your state to assist in answering your tax
> questions.

See Exhibit 4.

The IRS included some helpful IRS publications along with this letter that provided summaries of Federal tax laws and IRS tax collection procedures.  One of the publications IRS sent to defendant was a pamphlet entitled: "Why Do I have to Pay Taxes?", which provided simple explanations of the laws that require the payment of taxes by U.S. citizens and addressed some common frivolous arguments, including the arguments that (1) wages are not income and (2) filing and paying taxes is "voluntary." The pamphlet explained why such positions are not legally correct or recognized by the courts.  Moreover, in that letter, the IRS provided contact information for IRS employee, D. Parizek, who defendant could contact for assistance with any questions or issues.

Defendant did not follow the advise in the letter from the IRS.  Instead, he sent a document styled: "Michael C. Irving, claimant, versus IRS Agent D. Parizek, Complaint and Private Administrative Remedy and Demand."  <u>See</u> Exhibit 5.  The document purported to initiate civil litigation against the IRS and IRS Agent Parizek.  In this document, defendant asserted:

1. Michael C. Irving is a natural born, flesh and blood, man.
2. Michael C. Irving is a Secured Party Creditor and have UCC-1's filed in the public chamber, for all the world to see, stating such.
3. The State of District of Columbia, and IRS Agent have no jurisdiction over the natural born people known as Michael C. Irving.

<u>See</u> <u>Id.</u>

In June 2003, the D.C. Office of Tax and Revenue ("OTR") issued a "Notice of Correction and Tax Bill" to defendant, wherein defendant was informed that he erred when he reported that he owed no taxes on his 2002 tax return.  The letter included contact information to assist defendant in resolving his tax liability.

6

Instead of seeking to resolve those liabilities, however, defendant filed a 2002 Form

1041, U.S. Income Tax Return for Estates and Trusts in September 2003 seeking payment from

the IRS of $32,732. On that false Form 1041, defendant reported the existence of a "simple

trust" of Michael C. Irving, with a fiduciary of Michael Christopher Irving, trustee. According

to that filing, the "trust" earned W-2 income of $155,211 and incurred "fiduciary fees" of

$155,211, resulting in no taxable income. This "trust" did not exist.

Shortly thereafter, defendant filed false D.C. Forms D-41, Fiduciary Income Tax Returns,

for tax years 2000 through 2002. He attached a "Commercial Affidavit," a "UCC Financing

Statement," and a copy of the 2002 Form 1041 filed with the IRS to those filings . See Exhibit 6.

The Commercial Affidavit, signed by defendant as the Secured Party-Creditor, alleged that:

"Michael Christopher Irving, Secured Party, received no income in 2000." In the UCC Financing

Statement, defendant asserted:

> 1) The above named Secured Partner, Employer
> Identification No. ███████, a living soul, hereby
> secures all right, interest, and title in birth certificate
> number ███████ as received by the State of Illinois
> Office of Vital Records Department on November 10, 1964
> and the pledge represented by same including, but no
> limited to the pignus, hypotheca, hereditaments, res, and
> the energy and all products derived therefrom, including,
> but not limited to, the all cap name of MICHAEL IRVING,
> MICHAEL C. IRVING, IRVING, MICHAEL
> CHRISTOPHER, IRVING, MICHAEL C. and Michael
> Christopher Irving, or any variation/derivation thereof, and
> all signatures on all contracts and agreements predicated on
> the Straw Man described above as the debtor. 2) District of
> Columbia Driver License no. ████████. 3) Social Security
> Number ███████

Id. Each of these filed false Forms D-41 claimed defendant's wages as income to the "trust"'

and attached the Forms W-2 issued by MPD. According to defendant's filings, each year the

7

Michael C. Irving "trusts" paid "fiduciary fees" in the exact amount of W-2 income; each "trust" reportedly earned no income; and each false trust return sought a payment from the government in the amount of withholdings for that year. For example, the 2000 Form D-41 sought payment of $12,490, the 2001 Form D-41 sought payment of $12,523, and the 2002 Form D-41 sought payment of $32,732.

In an attempt to follow up on its earlier correspondence, the IRS sent another letter to defendant explaining that his false 2002 Form 1040-EZ could not be processed. This letter, sent on October 3, 2003, reiterated that defendant's interpretation of the tax laws was erroneous:

> The United States Supreme Court has consistently ruled that the income tax laws are constitutional. The Internal Revenue Service is charged with the responsibility of seeing that taxpayers comply with the Internal Revenue laws. Persons not filing timely and correct returns subject themselves to civil and criminal penalties in addition to their tax liability.

See Exhibit 7. The IRS appended to that letter a report of proposed tax and penalties for the corrected 2002 tax return and an explanation of the process to pursue should defendant disagree with the proposed IRS adjustments. The IRS also included pamphlets describing taxpayer rights and obligations and the Tax Court Appeals process.

Around this time, OTR issued another notice to defendant. In a December 2003 letter titled "Notice of Potential Enforcement Action," OTR requested that defendant pay the outstanding taxes owed for the 2002 tax year and advised if defendant was "unable to pay the amount, or believe you do not owe this amount, call us TODAY."

Defendant did not contact OTR. He did not follow the process described in the IRS publications. Rather, in December 2003, he again caused to be submitted to MPD false Forms W-4 and D-4, which continued to allege that he was "exempt" from withholdings.

In late December 2003, the IRS sent another letter to defendant advising him of the deficiency on his 2002 Form 1040-EZ. This correspondence included a notice of income tax examination changes, a detailed explanation of how a taxpayer may properly challenge IRS tax determinations and an envelope addressed to the IRS in which defendant could mail his tax payment. See Exhibit 8.

Instead of pursuing the procedures suggested in the IRS letter, defendant caused to be filed another false Form W-4 in January 2004 .

The IRS then informed defendant, by a February 2004 letter, that his 2002 trust return (Form 1041) was a "frivolous document" and that the tax laws are "very clear and have been tested in the courts." He was again advised to "seek advice from competent tax counsel or an attorney." For a second time, the IRS sent the IRS Pamphlet to defendant, which explained:

> There have always been individuals who, for a variety of reasons, argue that various taxes are illegal. They use false, misleading, or unorthodox tax advice to gain followers. The courts have repeatedly rejected their arguments as frivolous, and now routinely impose financial penalties for raising such meritless defenses.

Despite this instruction, defendant failed to file either his 2003 U.S. Individual Income Tax Return or his Form D-40 when they were due in April 2004, despite earning $152,153 in wages from MPD during that tax year.

It was only after defendant was informed by the IRS that the it intended to levy his bank accounts to obtain the money that he owed that defendant contacted his former tax return preparer. With the aid of his preparer, defendant prepared and caused to be filed a Form 1040 for the 2002 tax year, which accurately reported his MPD wages of $155,211 as taxable income. That 2002 Form 1040 was filed with the IRS on December 24, 2004.

Defendant never filed his 2003 return.  Moreover, immediately after filing this version of the 2002 Form 1040, in January 2005 defendant caused to be filed with MPD another false Form W-4 claiming exemption from withholding taxes.  In April 2005, despite earning $136,962  in wages in 2004, defendant did not file his 2004 tax returns.  In April 2006, despite earning $181,913 in wages in 2005, defendant did not file his 2005 tax returns.  In July 2006, the IRS sent defendant yet another letter, this one requested he file his 2004 tax return.  Defendant ignored the request.

The criminal investigation was initiated in the Fall of 2006.

## <u>ARGUMENT</u>

I.    Motion to Dismiss Should Be Denied Because Defendant Failed To Meet The Threshold <u>Burden To Prove Selective Prosecution</u>

Defendant's motion to dismiss should be denied because he has failed to present a shred of support for the proposition that he was singled out for prosecution and that this prosecution is improperly motivated.  To prevail on a claim of selective prosecution, defendant "bears the heavy burden" of producing prima facie evidence that; (1) he was singled out for prosecution among others similarly situated, *and*; (2) the decision to prosecute was improperly motivated. <u>Attorney General v. Irish People</u>, 684 F.2d 928, 932 (D.C. Cir. 1982), <u>cert. denied</u>, 459 U.S. 1172 (1983);  <u>United States v. Mangieri, Jr.</u>, 694 F.2d 1270, 1273 (D.C. Cir. 1982);  <u>United States v. Wilson</u>, 639 F.2d 500, 503 (9th Cir. 1981); <u>United States v. Berrios</u>, 501 F.2d 1207, 1211 (2d Cir. 1974).  Defendant has failed to produce any evidence of either element.

Prosecutorial decisions are supported by a presumption of regularity.  In the absence of clear evidence to the contrary, courts presume that prosecutors have properly discharged their official duties.  <u>See</u> <u>Armstrong,</u> 517 U.S. at 464.  In the ordinary case, so long as there exists

probable cause to believe that the accused committed an offense defined by statute, the decision whether or not to prosecute, and what charge to file rests entirely in the discretion of the prosecutor.  Id.  To dispel this presumption, the defendant must present "clear evidence to the contrary."  Id.

Under the first prong of the test, defendant must first present "clear evidence" that "similarly situated" persons were not prosecuted for the same conduct.  Armstrong, 517 U.S. at 470; United States v. Hsia, 24 F. Supp. 2d 33,48 (D.D.C. 1998).  A "similarly situated" individual is one that "committed the same basic crime in substantially the same manner as the defendant–so that any prosecution of that individual would have the same deterrence value and would be related in the same way to the government's enforcement priorities and enforcement plan."  United States v. Smith, 231 F.3d 800, 807-808 (11th Cir. 2000).  The evidence against the similarly situated person must be as strong or stronger than that against the defendant.  Id.

Defendant fails to present any evidence that similarly situated persons were not prosecuted.  Instead, he argues, without attribution or citation to any source for his assertions, that tax protestors are not prosecuted by the Department of Justice, except for two categories: promoters, and protestors who engage tax crimes in conjunction with other criminal actions.  In contrast, he asserts that he is a simple tax protestor, and, as such, has been unfairly singled out from other tax protestors for prosecution because he is a "black man in Washington D.C. and the Government is intent upon making an example out of [defendant] to deter other African-Americans in the District of Columbia from taking similar protest actions."  Defendant's Motion To Dismiss on the Basis of Alleged Selective Prosecution, at p. 4.

Defendant's claim has no basis in reality.  In fact, contrary to defendant's assertion, the

conduct for which defendant is being prosecuted is not typically ignored. Indeed, the Department of Justice vigorously prosecutes tax protestors. See Exhibit 9 (press releases for prosecutions based on similar conduct). Defendant fails to establish that he is being prosecuted for conduct which other persons, similarly situated, were not generally prosecuted. Defendant fails to point out similarly situated tax protestors who were not prosecuted, even though their tax reporting violations were known.

Indeed, the government has a legitimate interest in ensuring that tax laws are enforced and obeyed. Smith, 231 F.3d at 812. It is consistent with that government interest to prosecute tax protestors for violations of the tax laws. Courts have recognized that such prosecution demonstrates nothing more than a legitimate interest in punishing flagrant violators and deterring violations by others; this does not demonstrate selective or discriminatory prosecution. United States v. Vance, 730 F.2d 736, 738 (11th Cir. 1984).

The second prong requires clear evidence of improper motivation. Defendant must establish that the selection was deliberately based upon an unjustifiable standard such as race, or was designed to prevent or paralyze his exercise of constitutional rights. See Mangieri, Jr., 694 F.2d at 1273. In this case, there is no discrimination on the part of the government. Defendant has not presented a scintilla of evidence that his prosecution is invidious or undertaken in bad faith. Defendant has failed to show any prosecutorial decision motivated by a discriminatory purpose or intent, or that such a decision had a discriminatory effect. He has failed to direct the Court's attention to any similarly situated people of other races, religions, national origin, or ethnicities who were not prosecuted for tax crimes when they committed them. Hsia, 24 F.Supp. 2d at 48; Branch Ministries v. Richardson, 970 F.Supp. 11, 17 (D.D.C. 1997). Defendant has

offered no evidence concerning the unequal application of the law, statistical disparities, or other indirect evidence of intent. <u>Hsia</u>, 24 F.Supp. 2d at 48. Bare assertions do not make a case. <u>United States v. Johnson</u>, 577 F.2d 1304 (5th Cir. 1978).

Defendant asserts, without more, that "there are numerous other similarly situated persons who are not prosecuted." Defendant's Motion at 4. He alleges that "even within the Metropolitan Police Department, Mr. Irving and his counsel have identified to the prosecutors other police officers who did precisely what Mr. Irving is alleged to have done and were not prosecuted." <u>Id.</u> Again, the defendant's assertion has no basis in reality. Defendant has not identified to the government, or this Court, a single MPD Officer similarly engaged in the defendant's scheme who has not been prosecuted. At no time has he identified any similarly situated person of any race or ethnicity who is engaged in the same or similar criminal conduct.[3]

In fact, as defendant well knows, the government conducted an investigation into the actions of Metropolitan Police Officers who worked with defendant during the prosecution years to determine the prevalence of this particular criminal scheme.[4] Based upon the results of that investigation, the government identified to defendant one additional MPD employee who may have engaged in a similar tax scheme. <u>See</u> Exhibit 10. Even that employee, however, who is also African American, could not be considered "similarly situated" to this defendant for purposes of prosecution; that employee abandoned his criminal tax scheme after contact from the

---

[3]However, should defendant identify other Metropolitan Police Officers engaged in his scheme, the Government would investigate the crime, and if the facts warranted, would present the facts to the Grand Jury.

[4] More than 18 grand jury subpoenas were issued to MPD officers who were interviewed by investigators. Most worked with defendant during the prosecution years.

Maryland tax authority, long before he was contacted by the investigators in this case.[5]

II.    Alternative Motion for Discovery Regarding Selective Prosecution Must Be Denied
       Because Defendant Failed To Make a Substantial Threshold Showing

Defendant's motion for expanded discovery based upon a claim of selective prosecution should also be denied because he has failed to make any showing on either of the prongs, as set forth above. Although defendant need not establish a prima facie case, to succeed on this motion the defendant must present concrete evidence on both prongs of the selective prosecution test, and the showing must be sufficient to show a reasonable likelihood that unconstitutional selective prosecution has taken place. Armstrong, 517 U.S. at 468.

The standard for discovery in aid of a claim of selective prosecution is rigorous. Id. This standard serves to "discourage fishing expeditions, protect legitimate prosecutorial discretion, [and] safeguard government investigative records." United States v. Bourgeois, 964 F.2d 935, 940 (9th Cir. 1992). Courts are very reluctant to grant discovery with respect to a selective prosecution claim unless more than a threshold showing is made. Armstrong, 517 U.S. at 468; Hsia, 24 F. Supp. 2d at 49.

For example in Armstrong, the Supreme Court denied an expanded discovery request based upon a claim of selective prosecution in a crack cocaine case against African-American defendants. 517 U.S. at 460. In support of the motion, defendants attached (i) affidavits claiming that only African-American defendants were prosecuted for the sale of crack and (ii) a "study" that reported that all twenty-four defendants in the district prosecuted for the sale of crack cocaine in a specific year were African-American. Id. at 461. The Supreme Court held

---

[5] The Government cannot disclose the status of any potential, ongoing or pending criminal investigations pursuant F.R.Cr.P 6(e) and 26 U.S.C. § 6103.

14

that the defendants failed to meet their burden and denied discovery, explaining that the evidence only demonstrated that others <u>had</u> been prosecuted, not that others similarly situated had not.  <u>Id.</u>

The Supreme Court reaffirmed the principles of <u>Armstrong</u> in <u>United States v. Bass</u>. 536 U.S. 862 (2002) (per curiam).  In <u>Bass</u>, defendant sought expansive discovery claiming that the government sought the death penalty against him based upon his race.  Although the district court granted discovery of the government's capital charging practices, the Supreme Court summarily reversed, citing <u>Armstrong</u> and reiterating that in order to be entitled to discovery on a claim of selective prosecution, a defendant must make a "credible showing" that similarly situated persons of a different race were not prosecuted.  <u>Id.</u> at 863.

As in <u>Armstrong</u> and <u>Bass</u>, defendant fails to make any showing of facts or otherwise in his pleadings to support his allegation of selective prosecution.  He identifies no similarly situated person who were not prosecuted.  Nor does he present any evidence of improper prosecutorial motivation.  Rather, his pleading relies upon mere supposition.  Accordingly, his motion for expanded discovery based upon selective prosecution must be denied.

III.    Count Six Sufficiently Charges That Defendant's Criminal Conduct Caused Financial
        <u>Loss to the District of Columbia</u>

Count Six of the Indictment is properly charged.  Count Six states the essential elements of the offense charged and defendant's motion to dismiss must fail.

Defendant mistakenly claims that the language of the count fails to sufficiently allege that defendant's conduct caused a monetary loss to another.  His argument is without merit.

Count Six tracks with specificity the statutory language of the charged offense.  <u>See</u>

15

Exhibit 1, ¶ 18-19.  An indictment is sufficient if the offense is described with sufficient clarity to show a violation of the law, and enables the accused to ascertain the nature and cause of the accusation against him.  Hamling v. United States, 418 U.S. 87, 117 (1974).  Count Six specifically alleges that the defendant engaged in conduct that caused the District of Columbia

to:        lose property, consisting of District of Columbia income taxes required by
           law to be paid by Michael C. Irving, in the approximate value of more
           than $250, by committing the following acts.

See Exhibit 1, ¶ 19.

In contesting the sufficiency of the evidence supporting Count Six, defendant relies upon arguments based upon facts not alleged in the indictment.  Fed. R. Crim. P. 7(c)(1).  The Court cannot properly consider such matters in evaluating a motion to dismiss the indictment. Accordingly, defendant's motion should be denied.

IV.     Counts Four, Five, Eight and Nine of the Indictment Are Properly Charged

Defendant is wrong in his contention that the government cannot demonstrate a violation of 26 U.S.C. § 7201, with the exception of the 2002 year, because allegedly he did not personally sign the false Forms W-4 submitted to MPD.

Defendant's arguments are based entirely on sufficiency-of-the-evidence grounds on various "facts" not contained within the four corners of the indictment.  Such a determination by the Court at this juncture would be premature because there is no stipulated record or evidence upon which to base a finding.  A review of the Indictment at this point is limited to matters within the four corners of the Indictment.  United States v. Safavian, 429 F.Supp. 2d 156, 158 (D.D.C. 2006).

An indictment need only contain a "plain, concise and definite statement of the essential

16

facts constituting the offense charged." <u>Safavian</u>, 429 F.Supp.2d at 158; Fed. R. Crim. P. 7(c). An indictment is sufficiently specific where it (1) contains the elements of the offense charged and fairly informs the defendant of those charges so that he may defend against them and (2) enables him to plead acquittal or conviction in bar of future prosecutions for the same offense. <u>Hamling v. United States</u>, 418 U.S. 87,117 (1974). "An indictment returned by a legally constituted and unbiased grand jury . . . if valid on its face, is enough to call for trial of the charge on the merits." <u>Costello v. United States</u>, 350 U.S. 359, 363 (1956). <u>See</u> <u>United States v. Conlon</u>, 628 F.2d 150, 155-56 (D.C. Cir. 1980). Therefore the government is entitled to present its evidence at trial and have its sufficiency tested by a motion for acquittal under Rule 29. <u>United States v. Yakou</u>, 428 F.3d 241, 247 (D.C. Cir. 2005); <u>Safavian</u>, 429 F.Supp. 2d at 158.

To prove felony tax evasion under 26 U.S.C. § 7201, the government must show (1) an affirmative act constituting an evasion or attempted evasion of a federal tax, (2) a tax deficiency and (3) that the defendant acted willfully. <u>See</u> <u>Sansone v. United States</u>, 380 U.S. 343, 351 (1965).

An affirmative attempt to evade or defeat payment of a federal tax involves conduct calculated to mislead the IRS. <u>See</u> <u>Spies v. United States</u>, 317 U.S. 492, 499 (1943). The filing of false tax returns can constitute such an act. <u>See</u> <u>United States v. Habig</u>, 390 U.S. 222, 227 (1968). Similarly, the filing and maintaining of false Forms W-4 constitutes such an act. <u>See, e.g.</u>, <u>United States v. Waldeck</u>, 909 F.2d 555, 560 (1st Cir. 1990) (courts have uniformly held that the filing of false W-4s constitutes evidence of a wilful attempt to evade taxes in violation of 26 U.S.C. § 7201); <u>DiPetto v. United States</u>, 936 F.2d 96,97 (2d Cir. 1991) (per curiam) (the filing and maintaining of the false forms W-4 satisfied the affirmative act requirement). <u>Accord,</u>

17

United States v. Harris, 2006 WL 2882711 (D.D.C. 2007)(unpublished).

The challenged affirmative acts in the Indictment include "filing and *causing to be filed* false and fraudulent Forms W-4 with MPD, in which he falsely claimed he was 'exempt' from withholdings." See Exhibit 1 at ¶¶ 13 (a); 15 (a); 17 (a); 21 (a);  23 (a); 25(a) (emphasis added). Regardless of who purportedly signed those false documents, the conduct of *filing and causing to be filed false and fraudulent Forms W-4* as charged in the Indictment properly constitute affirmative acts of tax evasion and is properly included in the charging language of the indictment.  Defendant will have the opportunity to present his facts and contest the charges at trial.  Accordingly, defendant's motion to dismiss counts Four, Five, Eight and Nine should be denied.

V.    Government's Description Of The False Forms W-4 As "False" Is Proper

The description of the Forms W-4 as "False" in the Indictment is accurate.  Defendant mistakenly asserts that although the Forms W-4 submitted to his employer were in fact false, he claims that at the time he committed the crime he did not know they were false.  Defendant's argument is misguided.

There is no doubt that defendant's willfulness will be an issue in the pending jury trial. This, however, is a fact issue for the jury, not a pretrial issue to be decided based upon the language of the indictment. The Court cannot properly consider such matters in evaluating a motion to dismiss language in the indictment.  See, e.g., Safavian, 429 F. Supp. 2d at 159.

It is clear that the Forms W-4 that defendant caused to be submitted to his employer were false.  At trial, the evidence will prove that defendant acted willfully.  Willfulness is the "voluntary, intentional violation of a known legal duty."  See, e.g., Cheek, 498 U.S. at 192.  The

government bears the burden of "negating a defendant's claim of ignorance of the law or a claim that because of the misunderstanding of the law, he had a good-faith belief that he was not violating any of the provisions of the tax laws" and the evidence in this case will do so. However, the government is not obligated to meet this burden prior to trial.

Accordingly, defendant's Motion to Strike should be dismissed.

**CONCLUSION**

WHEREFORE, the United States moves this Court for an Order denying all of defendant's Motions.

Respectfully submitted,

JOHN MORELLA

Deputy Assistant Attorney General

  /s/ Karen E. Kelly
Karen E. Kelly

19

VA. Bar No. 35403

Michael P. Ben'Ary
VA. Bar No. 46658
Tax Division
601 D. Street, NW
Washington, DC 20530
(202) 616-3864

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


UNITED STATES OF AMERICA      :
                                      :
         v.                        :      Cr.  No. 07-107 (PLF)
                                        :
                                        :
MICHAEL C. IRVING,             :
                                        :
           Defendant.        :
                                        :
_____


**<u>ORDER</u>**

      AFTER careful consideration in this case, IT IS HEREBY ORDERED that the

Defendant's Motions are denied.


                                        **SO ORDERED.**

                                        _____
                                        Judge Paul L. Friedman
                                        U.S. District Court for District of Columbia

**EXHIBIT 1**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in May 11, 2006**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO:  0 7 - 1 0 7 |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C.  § 287 (False Claims for |
| | : | Refund); |
| | : | 26 U.S.C.  § 7201 (Attempt to Evade or |
| | : | Defeat Tax) ; |
| MICHAEL C.  IRVING, | : | 22 D.C. Code § 3221(a)(Fraud in the First |
| | : | Degree); |
| Defendant. | : | 47 D.C. Code § 4101(a)(Attempt to Evade |
| | : | or Defeat Tax) |
| _____ | : | |

FRIEDMAN, J. PLF

### INDICTMENT

The Grand Jury charges that:

APR 24 2007

At all times relevant to the Indictment:

### Introduction

1. In September 1989, **MICHAEL C. IRVING** was appointed as a Police Officer with the Metropolitan Police Department ("MPD") in Washington D.C.;

2. In 1996, **MICHAEL C. IRVING** was promoted by MPD to Detective.

3. **MICHAEL C. IRVING** was paid wages from MPD for his employment in the amount of $155,211 in 2002, $152,153 in 2003, $136,962 in 2004 and $181,913 in 2005.

4. The Internal Revenue Service (hereinafter "IRS") is an agency of the United States Department of Treasury responsible for administering and enforcing the tax laws of the United States, and collecting taxes owed the Treasury of the United States.

5. The Office of Tax and Revenue (hereinafter "OTR") is an agency of the District of

Columbia responsible for administering and enforcing the tax laws of the District of Columbia.

6.   A Form W-4, "Employee's Withholding Allowance Certificate," is an IRS form signed under penalties of perjury by a taxpayer to inform the employer regarding the amount of federal income tax to withhold from the wages of the employee.

7.   A Form D-4, "Employee's Withholding Allowance Certificate" is a District of Columbia OTR form signed under penalties of perjury by a taxpayer, who resides or is domiciled in the District of Columbia, to inform the employer regarding the amount of District of Columbia income tax to withhold from the wages of the employee.

## COUNT ONE
### False Claim for Refund - Form 1040EZ 2002

8.   Paragraphs 1 through 7 are realleged as though fully set forth herein;

9.   On or about February 20, 2003, in the District of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the District of Columbia, knowingly made and presented to the IRS a false and fraudulent claim for refund in the amount of $32,732 knowing such claim to be false, fictitious, and fraudulent.

In violation of Title 18, United States Code, Section 287.

## COUNT TWO
### False Claim for Refund - Form 1041 2002

10.  Paragraphs 1 through 7 are realleged as though fully set forth herein;

11.  On or about September 29, 2003, in the District of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the District of Columbia, knowingly made and presented to the IRS a false and fraudulent claim for refund in the amount of $32,732 knowing such claim to be

-2-

false, fictitious, and fraudulent.

In violation of Title 18, United States Code, Section 287.

## COUNT THREE
### Attempt to Evade or Defeat Tax-2003

12.   Paragraphs 1 through 7 are realleged as though fully set forth herein;

13.   Beginning on or about January 1, 2003, through on or about April 15, 2004, in the District

of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the District of Columbia,

did willfully attempt to evade and defeat a substantial portion of the income tax due and

owing by him to the United States for the tax year 2003 by various means, including but not

limited to:

    a)   filing and causing to be filed false and fraudulent Forms W-4 with MPD, in which

        he falsely claimed he was "exempt" from withholdings;

    b)   failing to timely file a 2003 United States Individual Income Tax Return;

    c)   failing to pay said tax due and owing.

In violation of Title 26, United States Code, Section 7201.

## COUNT FOUR
### Attempt to Evade or Defeat Tax-2004

14.   Paragraphs 1 through 7 are realleged as though fully set forth herein;

15.   Beginning on or about January 1, 2004, through on or about April 15, 2005, in the District

of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the District of Columbia,

did willfully attempt to evade and defeat the income tax due and owing by him to the United

States for the tax year 2004 by various means, including but not limited to:

    a)   filing and causing to be filed false and fraudulent Forms W-4 with MPD, in which

-3-

he falsely claimed he was "exempt" from withholdings;

b)     failing to timely file a 2004 United States Individual Income Tax Return;

c)     failing to pay said tax due and owing.

In violation of Title 26, United States Code, Section 7201.

## COUNT FIVE
## Attempt to Evade or Defeat Tax-2005

16.    Paragraphs 1 through 7 are realleged as though fully set forth herein;

17.    Beginning on or about January 1, 2005 through on or about April 15, 2006, in the District

of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the District of Columbia,

did willfully attempt to evade and defeat the income tax due and owing by him to the United

States for the tax year 2005, by various means, including but not limited to:

a)     filing and causing to be filed a false and fraudulent Form W-4 with MPD, in which

he falsely claimed he was "exempt" from withholdings;

b)     failing to timely file a 2005 United States Individual Income Tax Return;

c)     failing to pay said tax due and owing.

In violation of Title 26, United States Code, Section 7201.

## COUNT SIX
## Fraud in the First Degree

18.    Paragraphs 1 through 7 are realleged as though fully set forth herein;

19.    Beginning on or about January 1, 2002, and continuing through on or about September 29,

2003, in the District of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the

District of Columbia, engaged in a scheme and systematic course of conduct with the intent

to defraud the District of Columbia and to obtain for MICHAEL C. IRVING property of the

-4-

District of Columbia by means of false and fraudulent pretenses, representations and

promises, and thereby obtained property of the District of Columbia and caused the District

of Columbia to lose property, consisting of District of Columbia income taxes required by

law to be paid by MICHAEL C. IRVING, in the approximate value of more than $250, by

committing the following acts, including but not limited to:

a)     filing and causing to be filed false and fraudulent Forms W-4 and D-4 with MPD, in

       which he falsely claimed he was "exempt" from withholdings;

b)     filing and causing to be filed a false claim for refund in the amount of $12,490, to

       wit:  2000 Fiduciary Income Tax Return;

c)     filing and causing to be filed a false claim for refund in the amount of $12, 523, to

       wit: 2001 Fiduciary Income Tax Return;

d)     filing and causing to be filed a false claim for refund in the amount of $10,534, to

       wit:  2002 Fiduciary Income Tax Return;

e)     filing and causing to be filed a false claim for refund in the amount of $10,534, to

       wit: 2002 District of Columbia Individual Income Tax Return which falsely reported

       his total income was $0.

In violation of Title 22, District of Columbia Code, Section 3221(a).

## COUNT SEVEN
## Attempt to Evade or Defeat Tax- 2003

20.    Paragraphs 1 through 7 are realleged as though fully set forth herein;

21.    Beginning on or about January 1, 2003, and continuing through on or about April 15,

       2004, in the District of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the

District of Columbia, did willfully attempt to evade or defeat a tax, or the payment

thereof, to the District of Columbia, which tax he evaded or attempted to evade exceeded

$10,000, by various means, including but not limited to:

a)    filing and causing to be filed false and fraudulent Forms W-4 and D-4 with MPD,

      in which he falsely claimed he was "exempt" from withholdings;

b)    failing to timely file a 2003 District of Columbia Individual Income Tax Return;

c)    failing to pay said tax due and owing.

In violation of Title 47, District of Columbia Code, Section 4101(a).

## COUNT EIGHT
### Attempt to Evade or Defeat Tax-2004

22.    Paragraphs 1 through 7 are realleged as though fully set forth herein;

23.    Beginning on or about January 1, 2004, and continuing through on or about April 15,

2005, in the District of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the

District of Columbia, did willfully attempt to evade or defeat a tax, or the payment

thereof, to the District of Columbia, which tax he evaded or attempted to evade exceeded

$10,000, by various means, including but not limited to:

a)    filing and causing to be filed false and fraudulent Forms W-4 and D-4 with MPD,

      in which he falsely claimed he was "exempt" from withholdings;

b)    failing to timely file a 2004 District of Columbia Individual Income Tax Return;

c)    failing to pay said tax due and owing.

In violation of Title 47, District of Columbia Code, Section 4101(a).

## COUNT NINE
### Attempt to Evade or Defeat Tax-2005

24.    Paragraphs 1 through 7 are realleged as though fully set forth herein;

25.    Beginning on or about January 1, 2005, and continuing through on or about April 15,

2006, in the District of Columbia and elsewhere, MICHAEL C. IRVING, a resident of the

District of Columbia, did willfully attempt to evade or defeat a tax, or the payment

thereof, to the District of Columbia, which tax he evaded or attempted to evade exceeded

$10,000, by various means, including but not limited to:

    a)    filing and causing to be filed false and fraudulent Forms W-4 and D-4 with MPD,

        in which he falsely claimed he was "exempt" from withholdings;

    b)    failing to timely file a 2005 District of Columbia Individual Income Tax Return;

    c)    failing to pay said tax due and owing.

In violation of Title 47, District of Columbia Code, Section 4101 (a).

A TRUE BILL:

FOREPERSON

DANA J. BOENTE
Deputy Assistant Attorney General
Tax Division
U.S. Department of Justice

-7-

**EXHIBIT 2**

**AFFIDAVIT**

*(Establishing my "exempt" status with respect to Federal and state income taxes pursuant to 26 USC 3402(n))*

To: _Metropolitan Police Department_    Date: _November 3, 2002_
(employer's name)

This is my sworn affidavit, submitted to section 3402(n) of the Internal Revenue Code (reproduced below), <u>certifying</u> that:

1. I incurred no liability for income tax imposed under subtitle A for the preceding taxable year; 2001
2. I anticipate I will incur no liability for income tax imposed under subtitle A for the current taxable 2002   year; and;
3. I had a right to full refund of any and all amounts withheld for both years.

You can see by checking my statement <u>against the law itself</u> that <u>I have fulfilled all the requirements contained in the law</u>.  The law makes it perfectly clear that "not withstanding any other provision of this section..." (i.e. Section 3402(n) that you"... shall not be required to deduct and withhold any tax..." from my wages if I provide you with the certified statement contained in this affidavit.  Let me further point out that under law (Section 3402(n) <u>I am not required to provide you or the IRS with any other document or statement because this affidavit fulfills all the requirements contained in the law.</u>

Let me further remind you that no mimeographed letter or alleged regulation can abrogate or supercede my sworn statement and the clear language and intent <u>of the law as shown below</u>.

## INTERNAL REVENUE CODE SECTION 3402(n)

(n) <u>Employees incurring no income tax liability</u>.

<u>Not withstanding any other provision of this section</u>, an employer <u>shall not be required to deduct and withhold any tax under this chapter</u> upon a payment of wages to an employee if there is in effect with respect to such payment a withholding exemption certificate (in such form and containing such other information as the Secretary may prescribe) <u>furnished to the employer by the employee certifying that the employee</u>:

(1) <u>incurred no liability for income tax</u> imposed under subtitle A for her preceding taxable year, 2001  and

(2) anticipates that he/she <u>will incur no liability for income tax</u> imposed under subtitle A for her  current  taxable year 2002

The Secretary shall by regulations provide for the coordination of the provisions of this subsection with the provisions of subsection (f)."   *(emphasis added)*

PAGE 1 OF 4

**Federal register, Tuesday September 7, 1943, 404, 104, pg. 12267**: Employee: "The term employee **specifically includes** officers and employees **whether elected of appointed of the United States, a state, territory, or political subdivision thereof or the District of Columbia or any agency or instrumentality of any one or more of the foregoing.**

**26 U.S.C. 3401 (c) EMPLOYEE.** "For purposes of this chapter, [Chapter 24, Collection of Income Tax at Source on Wages], the term employee includes an **officer, employee or elected official of the United States**, a State or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality of any one or more of the foregoing. The term employee also includes an officer of a corporation."

(c) Generally, physician, lawyers, dentist, veterinarians, contractors, public stenographers, auctioneers, and others who follow and **independent trade, business, or profession**, in which they offer their services to the public, <u>are not employees</u>.

## "OUR TAX SYSTEM IS BASED UPON <u>VOLUNTARY ASSESSMENT AND PAYMENT, NOT UPON DISTRAINT</u>"

Supreme Court,:   <u>Flora v. U.S.</u>, 362 U.S. 145, 4 L ed 2nd 623, 80 s Ct 630
<u>Helvering v. Mitchell</u>, 303 IS 391, 399, 82 L ed 917, 921, 58 S Ct
<u>Treasury Regulations</u> on Procedural Rules (1954 Code) 601.103 (a)

"The tax system is based on voluntary compliance..." 26 CFR 601.602 (a)

**Voluntary:** 1) given freely without compulsion, 2) having the power of free choice  - Webster's Dictionary

"By means which the law permits, a taxpayer has the right to decrease the amount of what otherwise would be his taxes or to altogether avoid them." - <u>Gregory vs. Helvering</u>

<u>Income</u>, as defined by the <u>Supreme Court</u> means, <u>gains and profits</u> as a result of <u>corporate activity</u> and <u>profit</u> gained through the sale or conversion of capital assets." <u>Stanton v Baltic Mining Co.</u> 240 U.S. 103, <u>Stratton's Independence v. Howbert</u> 231 U.S. 399. <u>Doyle v. Mitchell Bros.</u> Co. 247 U.S. 179, <u>Eisner v. Macomber</u> 252 U.S. 189, <u>Evans v. Gore</u> 253 U.S. 245, <u>Merchants Loan & Trust Co. V. Smietanka</u> 225 U.S. 509. The following rulings are quoted from <u>Conner v. United States</u>, 303 F. Supp. 1187 (1969) pg. 1191
[1]...The meaning of income in its everyday sense is a <u>gain</u>... The amount of such <u>gain</u> recovered by an individual in a given period of time." Webster's Seventh New Collegiate Dictionary, p. 425 " <u>Income is nothing more or less than realized gain.</u>" <u>Shuster v. Helvring</u>, 121 F. 2d 643 (2nd Cir. 1941). <u>It [Income] is not synonymous with receipts.</u> 47 C.J.S. Internal Revenue 98, p. 226."

[2] Whatever may constitute income, therefore, **must have essential feature of gain** to the recipient.  This was true when the 16th amendment became effective, it was true at the time of the decision in Eisner v.  McComber (supra), it was true under section **22(a)** of the Internal Revenue  Code of 1939, and it is true under section **61(a)** of the Internal Revenue Code of 1954.  **If there  is no gain, there is no income."**

In defining the words  **"Include" and "including,"**  The **Supreme Court,** ruled as follows:
"The  ordinary significance of the terms, as defined by the dictionaries, both Webster and the Standard, is "to confine within; to hold; to contain; to shut up; embrace; and involve.  Include or the participial form  thereof,  is  defined  to comprise within'; 'to hold'; 'to contain'; 'to shut up'; and synonyms  are 'contain'; 'enclose'; 'comprehend'; 'embrace."
**Montillo Salt Co.  V.  Utah,** 221 U.S.  452, at 455, 466

**Treasury Definition 3980, Vol. 29, January-December, 1927, pgs 64 and 65** defines the words *includes* and *including* as: "(1) **To comprise, comprehend, or embrace... (2) To enclose within; contain; confine...**  But granting that the word *including* is a term of enlargement, it is clear that it **only** performs that office by introducing the **specific elements** constituting the enlargement.  It thus, and thus **only**, enlarges the otherwise more **limited, preceding general language**...  The word 'including' is obviously used in the sense of its **synonyms,** comprising, comprehending; embracing."

***Includes*** is a word of *limitation*.  Where a *general term* in Statue is followed by the word, *'including'* the primary import of specific words following quoted words is to indicate restriction rather that enlargement.  **Powers ex rel Dovon v. Charron R.I.,** 135 A, 2nd 829, 832 Definitions - Words and Phrases pages 156-156, Words and Phrases under **"limitations'.**

General Instructions for Forms W-2 and W-3
Who must file Form W-2.   Employers must file Form W-2 for wages paid to
each employee from whom:

Income, social security, or Medicare taxes were withheld or
Income tax would have been withheld if the employee had claimed no more than one withholding allowance or **had not claimed exemption from withholding on Form W-4, Employee's Withholding Allowance Certificate**.

I am putting you my employer on notice that you are not to file any w-2 's to the IRS on me with box 10 showing income. Any figures in box 10 on a w-2 is treated as taxable income and I will hold you criminally responsible for such action and I will submit form 4852 to correct the w-2 and you will have to explain why you are charging me with taxable income. As you may not be aware that the law states if I turn in a exemption certificate you are relieved of the duty to withhold and the duty to submit any information to the IRS stating you paid me taxable income or wages.  I am not the employee describe in the definition of employee as defined by the Federal Register as stated above   **YOU HAVE BEEN WARNED!**

3 of 4

Pursuant to 26 U.S.C. 3401 (a), "...[T]he term 'wages' means all remuneration for services performed by an 'employee'." As I am not an "employee", I do not earn "wages", for Federal or State income tax purposes. I am none of the persons in 20 Fed Proc. L. Ed 48.548, 26 U.S.C. 6331 (a), 26 CFR 301.6331 - 1(a)(4), 27 CFR 70.51, 27 CFR 70.161 and 70.162 or corresponding STATE INCOME TAX Regulations, under the federal conformity clause.

**Public Salary Act of 1939, TITLE I** – SECTION 1. 22(a) of the Internal Revenue Code relating to the definition of **'gross income'**, is amended after the words **'compensation for personal service'** the following:  "Including personal service <u>as an officer or employee of a State, or any political subdivision thereof, or any agency or instrumentality of any one or more of the foregoing.</u>"

Constitutionally yours,

*Michael Christopher Irving*

SSN ███-██-8740

Date November 3, 2002

UCC 1 FILLING No. 0602-002-12783

<u>All rights reserve without prejudice U.C.C. 1-207</u>

"Liability" <u>DISCHARGE</u>, pursuant to U.C.C., Sections 3-305.2(c) and 3.601.3".

—"Receipt" of government, "benefits" is under <u>PROTEST</u>, pursuant to U.C.C. 1-207, and 3-305.2(c).

**If the Payer or the Internal Revenue Services both State or Federal Dishonor this Affidavit you must with in ten days produce a valid claim where relief can be granted.**

PAGE 4 OF 4

**EXHIBIT 3**

Name: _Michael C. Irving_

Social Security # _____ - 8740_

To: The Internal Revenue Service  Income Tax Board

**This statement is being submitted as a part of my 2002 1040 Income Tax Return and is an integral part of that return.**

I am filing this 1040 return even though I know that no section of the Internal Revenue Code establishes an individual or personal "income tax" liability applicable to me. Although there are sections of the Internal Revenue Code which do make certain "persons" involved in "revenue taxable activities" liable for the income tax, i.e. Section 4401 (wagering), Section 5005 (distillers), Section 5703 (tobacco), there is no statue or regulation in 26 U.S.C., and the implementing 26 CFR regulations that make me liable for the income tax.

Further, although there are requirements for filing a tax "return" in 26 U.S.C. Section 4374, 4401(c), 5601(a) and 5703(b), with respect to other types of taxes, there is no requirement in 26 U.S.C. or 26 CFR requiring me to file a 1040 or State Income Tax Return.

In spite of the fact that there is no statue or regulation in the United States tax laws that makes me liable for the income tax or requires me to file a 1040 or State Income Tax Return, I am filing this return for the purpose of obtaining a refund of those funds belonging to me, withheld by the employer and turned over to your agency as evidenced on the attached W-2 Form.

**IMPORTANT NOTE**: Even though this W-2 form use the term "wages." I earned no taxable "wages" in 2002, as such term is defined in United States tax laws. As you are aware "wages" are only earned by the following:

> **Federal register, Tuesday September 7, 1943, 404, 104, pg. 12267**: Employee: "The term employee specifically includes officers and employees whether elected of appointed of the United States, a state, territory, or political subdivision thereof or the District of Columbia or any agency or instrumentality of any one or more of the foregoing.
>
> **26 U.S.C. 3401 (c) EMPLOYEE.** "For purposes of this chapter, [Chapter 24, Collection of Income Tax at Source on Wages], the term employee includes an **officer, employee or elected official of the United States,** a State or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality of any one or more of the foregoing. The term employee also includes an officer of a corporation."

Page 1 0f 4 (Plus Return)

(c) Generally, physician, lawyers, dentist, veterinarians, contractors, public stenographers, auctioneers, and others who follow and **independent trade, business, or profession,** in which they offer their services to the public, **are not employees.**

**3401(a) WAGES.** For the purposes of this chapter [Chapter 24, Collection of Income Tax at Source on Wages], the term "wages" means all remuneration (other than fees paid to a public official) for services performed by an <u>employee</u> [of the United States, a State or any political subdivision thereof, of the District of Columbia or any agency or instrumentality of any of the foregoing or an officer of a corporation..."

Based upon these definitions, which only have applicability in United States tax laws, it can be concluded that "wages" do constitute "gross income." However I did not earn "wages" or "gross income" as such terms are defined in United States tax laws. I, therefore, had no "taxable income" for 2002 or any other year. I also did not receive "compensation for services" as defined in United State tax laws and I had no "gross income" as such term is defined in United States tax laws.

**Public Salary Act of 1939, TITLE I SECTION 1.** Sec. 22(a) of the Internal Revenue Code relating to the definition of **"gross income,** is amended after the words **"compensation for personal service"** the following: "including [only] personal service <u>as an officer or employee of a State or any political subdivision thereof, or any agency or instrumentality of any one or more of the forgoing."</u>

Although as previously documented I am a non-resident to the state of the forum of United States tax laws, I am aware that citizens have been illegally prosecuted under the Internal Revenue Codes Sections 7201 and 7203 for the non-existent "crime" of allegedly failing to file a 1040 and State Income Tax Form.

Therefore, this return (and other previously filed tax returns) is not being filed voluntarily. It is being filed because of fear of being illegally penalized and prosecuted for failure to file a return for 2002.

It should be noted that the courts have ruled that "a (1040) form with 'zeros' inserted in the space provided...qualified as a return." See U.S. vs Long, 618 F. 2d 74 (9th Circuit 1980); U.S. vs Kimbal, No 87-1392 D.C. No. Cr 86-0017-ECR (9th Cir. Filed 2/26/1990); and U.S. vs Moore, 627 F. 2d 830 (7th Cir.)

I had "zero" income, in 2002 and all previous years according to the Supreme Court's definition of income. According to U.S. vs Ballard, 535 F. 2d 400, 405, the word "income" has not been defined in Title 26, Internal Revenue Code. The definition, however, is limited to the true meaning of the word at the time the Code was enacted.

Page 2 of 4 (Plus Return)

**Income**, as defined by the **Supreme Court** means, **gains and profits as a result of corporate activity** and **profit** gained through the sale or conversion of capital assets." **Stanton v Baltic Mining Co.** 240 U.S. 103, **Stratton's Independence v. Howbert** 231 U.S. 399. **Doyle v. Mitchell Bros.** Co. 247 U.S. 179, **Eisner v. Macomber** 252 U.S. 189, **Evans v. Gore** 253 U.S. 245, **Merchants Loan & Trust Co. V. Smietanka** 225 U.S. 509.

The definition of income was also clearly given in 1918 in the Supreme Court decision of **Doyle vs Mitchell,** 247 U.S. 179, 330, "Whatever difficulty there may be about a precise and scientific definition of 'income,' it imports, as used here [in the Internal Revenue Code}...the idea of **gain** or **increase** arising from **corporate activities...** I must **reject** in this case...**the broad contention submitted in behalf of the Government that all receipts, everything that comes in - are within the proper definition of the term 'gross income'...** I earned no income as defined by the Corporation Excise Tax.

"Certainly the term 'income' has no broader meaning in the 1913 Act than that of 1901 (See **Stratton's independence vs Hauberk,** 231 U.S. 399, 416, 417)...I assume that there is no difference in its' meaning as used in the two acts" **Southern Pacific C. vs John Z. Owe, Jr.,** 247 U.S. 330, 335 (1918).

Further the Supreme Court Case of **Eisner vs MACOMBER, 252 U.S. 189 ruled:**

"...It becomes essential to distinguish between what is and what is not "income," according to **truth and substance,** without regard to form.  **Congress cannot, by any definition it may adopt, conclude the matter since it cannot by legislation, alter the Constitution from which it derives its power to legislate, and within whose limitations alone, that power can be lawfully exercised..."** [Income is} **Derived—from—capital—the—gain—derived—from—capital,** etc.  Here we have the essential matter – not gain **accruing** to capital, not growth or increment of value in the investment, but a **gain,** a **profit,** something of exchangeable value...**severed from the capital** however invested or employed, and coming in, being "derived," that is received or drawn by the recipient for his separate use, benefit and disposal - that is the income derived from property.  Nothing else answers the description..." The emphasis was in the original ruling.

The following rulings are quoted from **Conner v. United States, 303 f Sup 1187 (1969) pg 1191.** "...the meaning of income in its everyday sense is a **gain**...the amount of such **gain** recovered by an individual in a given period of time." Webster's Seventh New Collegiate Dictionary, p. 425 **"Income is nothing more or less than realized gain"** Shuster v. Helvering 121 F 2d 643 (2d Cir 1941). " **It [income] is not synonymous with receipts,"** 47 C.J.S. **Internal Revenue 98, p. 226."**

Having full knowledge of the above well-settled definitions of income, I can only swear under the penalty of perjury that I have earned zero income for 2002 and all other previous years. Any other statement would not be true and would subject me to criminal penalties.

Sincerely,

all rights reserve without prejudice UCC 1-207

Page 4 of 4 (Plus Return)

**EXHIBIT 4**

 Internal Revenue Service
Department of the Treasury
1973 North Rulon White Blvd.
Ogden, UT 84201

Mail Stop: 4612
Person to Contact:
Mr. Parizek
Employee Number: 29-61699
Telephone Number:
1-866-899-9083
Fax Number: 801-629-1175
Hours: 7:00 a.m. to 7:00 p.m.
Mountain Time
Monday - Friday

Date: May 23, 2003

MICHAEL C IRVING
1510 WEBSTER ST NW
WASHINGTON DC 20011

Taxpayer Identification Number:
8740
Tax Period(s) Ending:
December 31, 2002
Form: 1040EZ

Dear MICHAEL C IRVING:

We cannot accept the Form(s) 1040EZ we received from you for the above tax year. We find it does not contain the information that the law requires you to give, and it does not comply with certain Internal Revenue Code requirements.

We have determined that the return is a frivolous return. The position you have taken has no basis in law and represents a frivolous position. The tax laws are very clear and have been tested in the courts - including the Supreme Court of the United States. Claims, such as yours, have been considered and rejected repeatedly as frivolous and without merit by the federal courts. Therefore, we will not respond to future correspondence from you concerning these same issues.

We encourage you to seek advice from competent tax counsel or an attorney qualified to practice in your state to assist in answering your tax questions.

This letter is your notice of legal requirements for filing Federal individual income tax returns and to inform you of the potential consequence of the position you have taken. We are offering you an opportunity to correct your frivolous position within 30 days from the date of this letter and avoid the assertion of a frivolous return penalty and/or the issuance of a notice of deficiency. A notice of deficiency is a legal notice stating the amount of the proposed tax increase and penalties and explaining your rights to file a petition with the United States Tax Court. Please read the filing requirements and the explanation of the penalty shown in the enclosed Notice 555. Failure to file a required return may subject you to prosecution under Internal Revenue Code Section 7203.

Letter PRE-6640 (OSC) (Rev. 02-99)

In addition, INTERNAL REVENUE CODE SECTION 6702 (FRIVOLOUS INCOME TAX RETURN) PROVIDES:

(a)    CIVIL PENALTY - if -
    (1)    any individual files what purports to be a return of the tax imposed by subtitle A but which -

        (A)    does not contain information on which the substantial correctness of the self-assessment may be judged, or

        (B)    contain information that on its face indicates that the self-assessment is substantially incorrect; and

    (2)    the conduct referred to in paragraph (1) is due to -

        (A)    a position which is frivolous, or

        (B)    a desire (which appears on the purported return to delay or impede the administration of Federal income tax laws, then such individuals shall pay a penalty of $500.00.

    (b)    PENALTY IN ADDITION TO OTHER PENALTIES - The penalty imposed by subsection (a) shall be in addition to any other penalty provided by law.

If you send us a correct return(s), we will disregard the previous return(s) filed and not assess the frivolous return penalty(s). We have enclosed a blank income tax form(s) for you to use in filing a proper return. If we do not receive your return within 30 days, or if you file another return taking the same or any other frivolous position, we will assess the frivolous return penalty on each frivolous return filed. Once the frivolous return penalty is assessed, you will receive a bill for $500.00 for each frivolous return filed. You will be required to pay the full $500.00 penalty prior to any reconsideration.

In addition, if we do not hear from you within the above time frame, we may issue a notice of deficiency, if applicable; or, refer your case for appropriate enforcement action.

It will help us identify your case if you attach this letter to your response and mail it to the address shown above. The copy is for your records.

Sincerely,

Operations Manager
Exam SC Support

Enclosures:
Publication 2105
Notices 555 & 609
Tax forms
Copy of this letter
Envelope

Letter PRE-6640 (OSC) (Rev. 02-99)

**EXHIBIT 5**

1  Michael C. Irving
2  c/o 1510 Webster Street, N.W.
   Washington
3  District of Columbia
   United States of America
4  Postal zone [20011]

·5

6

·7

.8   **Private Judicial and Administrative Court of Washington, State**

9   **of District of Columbia**

10

11  Michael C. Irving                    ) Case No. 29-61699

12              Claimant,               )

13   vs.                                 )

14  IRS Agent                            )

15              D. Parizek              )        **COMPLAINT AND**

16                                       )   **PRIVATE ADMINISTRATIVE**

17                                       )     **REMEDY AND DEMAND**

18                                       )

19                                       )

20                                       )        **RECEIVED**

21                                       )
                                             JUN 2 5 2003
22                                       )
                                             **FRP 307**
23                                       )

24  _____

25       "It is the manner of enforcement which gives Title 42 §1983 its unique importance, for

26  enforcement is placed in the hands of the people. Each citizen "acts as a private attorney general

27  who 'takes on the mantel of the sovereign,'" guarding for all of us the individual liberties

28  enunciated in the Constitution. Section 1983 represents a balancing feature in our government

29

30

                1 – Private Administrative Complaint / Inquiry

structure whereby individual citizens are encouraged to police those who are charged with

policing us all." (for reference-see Frankenhauser v. Rizzo, 59 F.R.D. 339 (1973))

## NOTICE OF ADMINISTRATIVE REMEDY PROCEDURE

Michael C. Irving is hereby exhausting his administrative remedies, to determine the nature and

cause of the documents, commercial matter, injuries and assessment described herein.

As an operation of Law, Michael C. Irving is required to exhaust his administrative remedies

before it may bring any judicial action for remedy or relief, if such is warranted by the result of

the administrative process.

For reference, the principles that arise from the Administrative Procedures Act (APA) ORS

Chapter 183, and state and federal constitutional requirements "operate upon the agent/employee

of corporations".

The APA establishes fairly liberal standards for allowing participation by persons who either

have a personal interest in the outcome of the proceeding or represent a pertinent public interest.

Under the authority of the Administrative Procedure Act at 5 USC 556 'D', BURDEN OF

PROOF, "the proponent of a rule or order bears the burden of proof."  The Supreme Court has

stated that "If any tribunal (court) finds absence of proof of jurisdiction over person and subject

matter, the case must be dismissed." For reference, see Louisville RR V. Motley, 2111 US 149,

29 S.Ct. 42. Claimants are relying upon the same measures and enforcing the same requirements

in exhausting the administrative process as to PROOF and JURISDICTION, as applied to the

inquiries that follow.

Claimants initiate this private administrative process under the principal of contract that operates

upon the agent/employee to be a fact finder.

Claimants fully understands that it is not the intent of the Respondent(s) to mislead or otherwise

defraud, deceive, or withhold any evidence as applied to the inquiries and requested documents

herein, and therein Claimants rest upon Respondent 'Good Faith' and duty to so respond.

Claimants have an expectation of 'Good faith' on the part of the Respondent(s) as an

agent/employee on behalf of the agency, IRS, to answer the inquiries, to give proof, to produce

requested documents and evidence.

Claimants are acting in his/her private capacity as a fact finder within his/her private

administrative process to secure a preponderance of evidence, where facts asserted [or admitted]

are more probably true than false. In said case proceeding must be "of a type commonly relied

upon by reasonably prudent men in [the] conduct of their serious affairs." Therein,

Respondent(s) has a 'good faith' duty to respond and answer the inquiries

The response(s), or assent(s), in the absence of a response will provide Michael C. Irving a

means to determine the nature and cause of the Respondent(s) actions and documents.

However, "Silence can only be equated with Fraud where there is a legal or moral duty to

respond or where an inquiry left unanswered would be intentionally misleading." See for

reference U.S. v. Prudden, 424 F. 2nd 1021 (1970).

As with any administrative process, Respondent(s) may controvert the statements and/or claims

made by Petitioners by executing and delivering a verified response point by point, with

evidence in support.  Respondent(s) may agree and admit to all statements and claims made by

Petitioner by TACIT PROCURATION by simply remaining silent.

In the event Respondent(s) admit the statement and claims by TACIT PROCURATION, all

issues are deemed settled STARE DECISIS, and Respondent(s) may not argue, controvert, or

otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial.

Respondent(s) are granted five (5) days to respond to the statements and claims herein and/or to provide Respondent(s)' own answers to inquiries.

Exception: In the event Respondent(s) believes the acts complained of may be raised to the level of, and prosecuted as, a CRIMINAL ACT, Respondent(s)may forward a copy of administrative pleading to the Grand Jury or prosecuting ???????adding. Respondent(s) must serve, or cause to be served, a certified copy of such demand for criminal investigation, and proof of submission to the appropriate Grand Jury or prosecuting authority(s), along with a request for an extension of time to respond based upon Respondent(s) right or privilege against self incrimination.

## VERIFICATION

Declarants, Michael C. Irving state that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarants personal knowledge and belief under penalty of perjury pursuant to the laws of the state of the United States.

## STATEMENTS AND CLAIMS

1. Michael C. Irving is a natural born, flesh and blood, man.

2. Michael C. Irving is a Secured Party Creditor and have UCC-1's filed in the public chamber, for all the world to see, stating such.

3. The State of District of Columbia, and IRS Agent have no jurisdiction over the natural born people known as Michael C. Irving.

# INQUIRIES

1. Does the word "person" as used in the word "personal" in Blacks Law 5th ed., coincide with the decision rendered in Church of Scientology v. U.S. Dept. of Justice 612 F2d 417, 425 (1979) re: "The word "person" in legal terminology is perceived as a general word which normally includes in its scope a variety of entities other than human beings?"

If no answer is provided, Respondent(s) admit the answer is: YES

2. Is the Respondent(s) an employee of a corporation, or a subdivision or sub corporation, of a parent corporation?

If no answer is provided, Respondent(s) admit the answer is: YES

3. Doe(s) the Respondent(s) admit have a duty to protect the 5th Amendment rights of the Claimant?

If no answer is provided, Respondent(s) admit the answer is: YES

4. Doe(s) the Respondent(s) admit intend to violate the 5th Amendment as applied to the Claimant in this matter?

If no answer is provided, Respondent(s) admit the answer is: YES

5. Does the Respondent(s) admit that pursuant to Treasury Delegation Order No. 92, the IRS is trained under the direction of the Division of Human Resources (U.N.) and the Commissioner (INTERNATIONAL), by the office of Personal Management?

If no answer is provided, Respondent(s) admit the answer is: YES

6. Doe(s) the Respondent(s) admit that in the 1979 edition of 22 USCA 278, The United "Nations," you will find Executive Order 10422. The Office of Personal Management is under the direction of the Secretary of the United Nations

If no answer is provided, Respondent(s) admit the answer is: YES

5 – Private Administrative Complaint / Inquiry

7. Can the Respondent(s) lien or seize property, held by Claimant, that is exempt from levy?

If no answer is provided, Respondent(s) admit the answer is: NO

8. Does Respondent(s) admit that pursuant to Treasury Delegation Order No. 91, the IRS entered into a "Service Agreement" with the U.S. Treasury Department (See Public Law 94-564, Legislative History, pg. 5967, Reorganization [BANKRUPTCY!!!!] Plan No. 26) and the Agency for International Development.

If no answer is provided, Respondent(s) admit the answer is: YES

9. Doe(s) the Respondent(s) admit that the Agency for International Development is an international paramilitary operation?

If no answer is provided, Respondent(s) admit the answer is: YES

10. Does Respondent(s) admit that the Agency for International Development gets its authority from the Department of the Army Field manual (1969) 41-10, pgs 1-4, Sec. 1-7 (b) & 1-6, Sec. 1-10(7)(c)(1), and 22USCA 284, includes such activities as. "assumption of full or partial executive, legislative and judicial authority over a country or area"?

If no answer is provided, Respondent(s) admit the answer is: YES

11. Does Respondent(s) admit that he IRS is an agent/member of a 169 Nation pact called the International Criminal Police Organization, or INTERPOL, found at USCA 263a?

If no answer is provided, Respondent(s) admit the answer is: YES

12. Does Respondent(s) admit that the Memorandum of Understanding, (MOU), be-tween the Secretary of the Treasury, AKA the corporate governor of "The fund" and "The Bank" (International Monetary Fund, and the International Bank for Reconstruction and Development), indicated that the Attorney General and his associates are soliciting and collecting information

for foreign principals; the international organizations, corporations, and associations, exemplified by 22 USCA 286f?

If no answer is provided, Respondent(s) admit the answer is: YES

13. Does Respondent(s) admit that, prior to 1938, all U.S. Supreme Court Decisions were based upon what is termed: "Public Law" or that system of law that was controlled by Constitutional limitation. After 1938, all U.S. Supreme Court Decisions are based on "Public Policy" concerning commercial transactions made under the "Negotiable Instrument Law," as a result of the U.S. Bankruptcy as declared by President Roosevelt on March 9, 1933 and codified at 12 U.S.C.A. 95a. and by Executive Orders. This bankruptcy caused the change from "Public Law" to "Private Commercial Law" and was recognized by the Supreme Court in Erie.v. Tompkins, (1938). After that case, all the procedures of Law were officially blended with procedures of Equity.

If no answer is provided, Respondent(s) admit the answer is: YES

14. Does Respondent(s) admit that according to the 1994 US government manual, at page 390, the Attorney General is the permanent representative to INTERPOL, and the secretary of the Treasury is the alternate member?

If no answer is provided, Respondent(s) admit the answer is: YES

15. Does Respondent(s) admit that under Article 30 of the INTERPOL constitution, these individuals must expatriate their citizenship?

If no answer is provided, Respondent(s) admit the answer is: YES

16. Does Respondent(s) admit that from the evidence that the Internal Revenue Service agents are "Agents of a foreign Principal" within the meaning and intent of the " Foreign Agents Registration act of 1938" for private, not public gain?

If no answer is provided, Respondent(s) admit the answer is: YES

17. Does Respondent(s) admit that the IRS is directed and controlled by the corporate Governor of "The Fund" and "The Bank." The Federal Reserve Bank and the IRS collection agency are both privately owned and operate under private status. The IRS operates under public policy, not Constitutional Law, and in the interest of our nations foreign creditors?

If no answer is provided, Respondent(s) admit the answer is: YES

18. Does Respondent(s) admit that the Constitution of the United States only permits Congress to lay and collect taxes? It does not authorize Congress to delegate the tax collection power to a private corporation, which collects our taxes, for a private bank, The Federal Reserve, who then deposits it into the Treasury of the IMF?

If no answer is provided, Respondent(s) admit the answer is: YES

19. Does Respondent(s) admit that the IRS is not allowed to state that they collect taxes for the United States Treasury; they only refer to "The Treasury"?

If no answer is provided, Respondent(s) admit the answer is: YES

20. Does Respondent(s) admit that, the Negotiable Instruments Law is a branch of the "International Law Merchant," which is now known as the "Uniform Commercial Code," (UCC) that was 'drafted' and made uniform, and "adopted in whole or substantially by all states." Black's Law Dictionary, Sixth Edition - page 1531. Thus the several states were and are bound into commercial agreements to the federal United States under the Uniform Commercial Code.

If no answer is provided, Respondent(s) admit the answer is: YES

21. Does Respondent(s) admit that the several (now 50) States accepted the "benefits" of federal grants offered by the Federal United States as the "consideration" of a commercial agreement between themselves. Under the agreement the States (Conference of Governors, March 6, 1933)

8 – Private Administrative Complaint / Inquiry

pledged their full faith and credit and agreed to obey the dictates of Congress, and assume their

portion of the National Debt, collected as "your fair share," as an example, in the nature of the

unlawful income tax, wherein the IRS operates and collects such 'taxes' under the same UCC.

If no answer is provided, Respondent(s) admit the answer is: YES

22. Does Respondent(s) admit that, this system of Negotiable paper has

bound all corporate entities (cities, municipalities, counties and quasi-Private Corporations etc.)

of government together to the process/system of the Commercial Venue of Commercial Law as

expressed and exercised within the Commercial Lien Process? This nation-wide Commercial

"bond" also altered the original (law) status of the Courts to nothing more than "administrative

tribunals" merely administering the bankruptcy (private policy) of debt collection for the

Creditors.

If no answer is provided, Respondent(s) admit the answer is: YES

23. Does Respondent(s) admit that, by and through the bankruptcy, the UCC, and other acts,

Congress in failing to uphold its constitutional duty to provide a lawful medium of exchange

(i.e., "money" backed by silver and gold, or minted coin pursuant to Article 1, section 8, clause

5) have by these various "Acts" created an abundance of this new type of money called

commercial credit money to circulate within the Legislative democracy called the United

States...of which "they" are not bound by Constitutional law and limitation.

If no answer is provided, Respondent(s) admit the answer is: YES

24. Does Respondent(s) admit that, the Commercial Law Venue, compelled upon the people a

forced "benefit" of "limited liability for the payment of debt" by the "use" of federal reserve

notes (debt instruments) wherein "YOUR" debts are only discharged, (not paid) in the form of

interest-bearing negotiable instruments (federal reserve notes). "There is a distinction between a

debt discharged and one paid. When discharged the debt still exists, though divested of its

character as a legal obligation." Stanek v. White, 215 NWR 781 (1927). Federal reserve notes are

only evidence of debt owed to the Federal Reserve Bank and Federal Reserve Notes are a

commercial lien on the Federal Reserve Bank.

If no answer is provided, Respondent(s) admit the answer is: YES

25. Does Respondent(s) admit that, since 1933, by the acts of the

Bankruptcy and the UCC, the Law has been tainted, or "colored," (i.e., color of law) as it were,

because the commercial law is operated in conjunction with the Negotiable Instruments Law,

wherein the Federal Government by and through the Bankers, can/have declared that a 'piece of

paper' has and represents value. Albeit that there is no substance (gold or silver) backing the

'piece of paper,' which the Federal Reserve Bank of Chicago in it's publication "Modern Money

Mechanics," page 3, has in fact declared the use of these debt instruments (federal reserve notes)

a "confidence" game. The substance of the Law (property) (i.e., gold, silver, etc.) has been

removed, like the substance that is the basis of money, accordingly, LAW like MONEY becomes

a fiction, make-believe! Therefore, in the U.S.A., by and through the UCC, all contracts,

agreements, (implied, or otherwise, etc.), applications, permits, etc. where the "colorable"

consideration (federal reserve notes) was passed in those 'contracts,' etc., all such contracts are

then also "colored" and are not genuine, for no lawful consideration (gold or silver) was paid by

either party to the contract to, by Law, pass both the "possession and the property" to the lawful

Buyer. See - Bouvier's Dict. of Law, 1839, "TITLE," definition #5. "The lawful coin of the

United States will pass the property along with the possession."

If no answer is provided, Respondent(s) admit the answer is: YES

26. Does Respondent(s) admit that, today, all our "courts" (sic) sit as Non-Constitutional-Non-Article III-Legislative Tribunals administering the bankruptcy through 'their' statutes which are in reality "commercial obligations" for the BENEFIT OR PRIVILEGE OF DISCHARGING YOUR DEBTS WITH THE LIMITED LIABILITY OF THE FEDERAL RESERVE MONOPOLY 'COLORABLE' MONEY NOTES!

If no answer is provided, Respondent(s) admit the answer is: YES

27. Does Respondent(s) admit that, under the current "colorable" legal

system, the de-facto (we just do it) legislature has created "colorable" rights called privileges, imposes duties, lays down rules of conduct, and the legislative tribunals declare the same as "rights." These privileges are granted and given upon the peoples' voluntary act of asking "permission," then upon providing any colorable consideration (payment = discharge) the people then come under the administrative jurisdiction of Commercial Law.

If no answer is provided, Respondent(s) admit the answer is: YES

28. Does Respondent(s) admit that, today, in AMERICA, everyone, all governments included, are statutory law merchants dealing in negotiable paper (instruments) under the UCC for the limited liability for the discharge of debts, wherein a debt remains (fraud) and nothing else! The so-called "judges" are operating only a commercial tribunal to administer their "corporate" regulations concerning all financial transactions...both voluntary and those compelled.

If no answer is provided, Respondent(s) admit the answer is: YES

29. Does Respondent(s) admit that, ALL DEBTS are satisfied by one or both of two ways, a payment, or a promise to pay? Every payment is by substance, and every promise to pay is accomplished by a currency or paper which is technically known as commercial lien. The satisfaction of the debt by providing substance is called "paying the debt." The satisfaction of the

debt by a written or printed promise to pay the debt is called "discharging the debt." All debts are "paid" by substance. All debts are only "discharged" by CURRENCY, POCKET MONEY NOTES, OR OTHER COMMERCIAL LIENS   (Negotiable Instruments, i.e., Commercial Lien Security/Asset, i.e., UCC 1 Asset).

If no answer is provided, Respondent(s) admit the answer is: YES

30. Does Respondent(s) admit that, all paper money consists of NOTES which declare a debt or obligation and which promise or demand payment? All such evidences of debt or obligations are technically known as COMMERCIAL LIENS.  Such 'notes' includes currency, for example, federal reserve notes, checks, drafts, conditional checks, notes of exchange (paper money/instruments between banks).

If no answer is provided, Respondent(s) admit the answer is: YES

31. Does Respondent(s) admit that, a Federal Reserve Note is a commercial lien on the Federal Reserve Bank? A personal check is a commercial lien on the bank account of the maker of the check (cheque). A draft is a check (cheque) with a conditional agreement printed above the place of endorsement on the backside of the draft. A "note" of exchange is a commercial lien between the banks consisting of one bank demanding payment (discharge) from another bank. A personal check (cheque), while passing between banks, as a note of exchange, is a commercial lien.

If no answer is provided, Respondent(s) admit the answer is: YES

32. Does Respondent(s) admit that, bank accounts are backed (supported) either by substance money or by paper money, or by both? The substance money is called collateral. The paper money can be currency (for example, paper money notes), a loan of credit from the bank, or checks or other paper money as such, are commercial liens, received from other sources. Therefore the "property" declared/pledged or claimed to secure the obligation, and damages, is

the collateral by and through the Commercial Lien process, which establishes (creates) the credit called commercial credit money.

If no answer is provided, Respondent(s) admit the answer is: YES

33. Does Respondent(s) admit that, valid "credit" currency (commercial lien) can be established by making a valid claim of debt (based on a damage or injury) by an affidavit in the form of a 'private security agreement' (and other related documents) and by allowing the lien to mature in three (3) weeks plus 72hrs (24 days) into an accounts receivable (under commercial law) by the failure of the lien debtor to contest the 'agreement/lien' by answering or rebutting, by his affidavit, on a point for point basis.

If no answer is provided, Respondent(s) admit the answer is: YES

34. Does Respondent(s) admit that, a lien must contain 1) the names of the party/parties, claimants, and debtors. 2) An affidavit stating the events, which created the obligation. 3) A ledger giving a one-to one correspondence between events and their values. 4) A list of property pledged or claimed to secure the payment (discharge) of the obligation, and 5) any evidence or exhibits in support of the claims made against the debtor.

If no answer is provided, Respondent(s) admit the answer is: YES

35. Does Respondent(s) admit that, the primary method of establishing a COMMERCIAL LIEN currency/paper/ negotiable instrument is to combine, 1) a promise to perform. 2) A claim of breach/damage /injury/fraud, etc., and 3) a three month (90 day) default to challenge or rebut the claim/lien on said point for point basis.

If no answer is provided, Respondent(s) admit the answer is: YES

36. Does Respondent(s) admit that, Commercial Lien/value/currency can be in the form of a bank check (cheque), a draft, a UCC 1 Security, and its partial assignments... that pass, and are accepted, or circulate 'as' credit money.

If no answer is provided, Respondent(s) admit the answer is: YES

37. Does Respondent(s) admit that, therefore, the "people," operating in their private capacity, by and through the remedy provided in the Uniform Commercial Code, pursuant to their collective sovereign capacity, upon injury or damage, may as a matter of right, proceed to utilize the Commercial Law venue against the agents of governments, their creations (corporations) and its officers (accountability = liability) to arrive at the truth and secure damages by the Commercial Lien process (to create & establish the damages in the form of UCC "money," i.e., a security, an asset, and liability) supported by the full faith and credit of the United States Federal Government under the Commercial Law and the UCC... America's Federal (and State) Common Law.

If no answer is provided, Respondent(s) admit the answer is: YES

38. Does Respondent(s) admit that, in the Commercial Venue, TRUTH is sovereign, and the sovereign must always tell the TRUTH?

If no answer is provided, Respondent(s) admit the answer is: YES


## CAVEAT

Upon receipt of this Private Administrative Process - Notice and Demand, to the intended party, by Certified Mail, as either a 'Public Servant' who by duty as an "Officer" of a government created corporation, etc., and/or by and through your "superior knowledge of the law," you have five (5) days to review and correct any errors within the Memorandum and respond by Certified,

U.S. Mail as to any corrections to the enumerated points herein. Failure to do so within the five

(5) days, allowing up to three days grace for mail delivery, will place you and your office in

default, and the presumption will be taken upon the public record that you and your office fully

agrees to the points and authorities contained within this Private Administrative Process and that

they are true, correct and certain. (F.R.C.P. 8d)

## REQUEST FOR PRODUCTION OF DOCUMENTS

The requests made herein, are made pursuant to the Public Records Law that provides additional

method(s) to obtain information.

1. Please produce a certified copy of the Federal Law or Statute that mandates the collection of

the signature of the Secured Parties from private non-government employee.

2. Please produce a certified copy of the Respondents 'Delegation of Authority' as designated by

its Director.

4. Please produce evidence of a "Security Interest" in Claimants labor, compensation, and

property.

5. Please produce evidence of a "Contract" which bears Claimants bona fide signature that would

create a security interest in Claimants labor, compensation, and property.

6.  Please produce 'Determination of Liability,' supported by facts and evidence.

If no documents are provided, Respondent admits the documents do not exist.

//

//

//

# DEFINITIONS

The term **"Nature and Cause"** means the right to know the venue, jurisdiction, parties of interest, right of action, and cause of action upon which the action is based and under what substantive system of law the Respondent(s) are operating under.

The term **"The State of Your State,"** means those people dwelling in the organic State of Your State, a Republic (without the legislative jurisdiction of the MUNICIPAL CORPORATION OF THE STATE OF YOUR STATE, or UNITED STATES) who possesses unalienable rights from nature's law and Nature's God, which rights are not subject to involuntary liens or diminished by any legal impediment (such as the bankruptcy of the municipal corporation of the UNITED STATES).

The term **"Original Jurisdiction"** means the Original Jurisdiction of the Republic of The united States of America AD 1791, established by the death of the Christ in AD 33, endowing all mankind with inherent liberty under the Law, The Declaration of Independence of The united States of America, AD 1776, Articles of Confederation, AD 1781, The Treaty of Paris, AD 1783, The Northwest Ordinance, AD 1787, The Constitution of The united States of America as amended, AD 1791.

The term **"The united States of America"** means the union of independent republics organized and operated under the original Jurisdiction of the Republic of The united States of America AD 1791, established by the death of the Christ in AD 33, endowing all mankind with inherent liberty under the Law, The Declaration of Independence of The united States of America, AD 1776, Articles of Confederation, AD 1781, The Treaty of Paris, AD 1783, The Northwest Ordinance, AD 1787, The Constitution of The united States of America as amended, AD 1791.

16 – Private Administrative Complaint / Inquiry

The term **"UNITED STATES"** or **"United States"** means the municipal corporation of the District of Columbia established by the action of the Forty First Congress, Sess III, ch 61 and 62, AD 1871, and all political subdivisions established under the authority of the municipal corporation of the District of Columbia.

The term **"UNITED STATES CONSTITUTION"** means the bylaws of the municipal corporation of the District of Columbia and all political subdivisions established under the authority of the municipal corporation of the District of Columbia, adopted under the authority of the action of the Forty First Congress Sess. III ch 61 and 62 AD 1871.

The term **"CODE"** means: A code implies compilation of existing laws, systematic arrangement chapters, sub-heads, table of contents, and index, and revision to harmonize conflicts, supply omissions, and generally clarify and make complete body of laws designed to regulate completely subjects to which they relate. Codes must not conflict with the provisions of the United States and Your State Constitutions.

The term **"CODIFICATION"** means the process of collecting and arranging the laws of a country or state into a code, i.e., into a complete system of positive law, scientifically ordered, and promulgated by legislative authority.

The term **"STATUTE"** means an act of the legislature declaring, commanding, or prohibiting something; a particular law enacted and established by the will of the legislative department of government; the written will of the legislature, solemnly expressed according to the forms necessary to constitute it as the law of the state. This word is used to designate the written law in contradistinction to the unwritten law. Statutes must not conflict with the provisions of the United States and Your State Constitutions.

The term **"STATUTES AT LARGE"** means the Statutes printed in full added in the order of their enactment, in a collected form, as distinguished from any digest, revision, abridgment, or compilation of them.  Thus the volumes of the "United States Statutes at Large", or the "Your State Statutes at Large" contain all the act(s) of the Congress of The united States of America AD 1791 or the Legislature of the State of Your State, in their order.

The term **"INCLUDE"** means to confine within, hold as in an enclosure, take in, attain, shut up, contain, enclose, comprise, comprehend, embrace, involve.

The term **"PERSON"** includes an individual and an entity other than human beings. Church of Scientology v. U.S. Dept. of Justice 612 F2d 417, 425 (1979)

The term **"WHOEVER"** includes all persons, natural and artificial; partners, agents and employees; and all officials, public or private.

The term **"INDIVIDUAL"** means as a noun, this term denotes a single person as distinguished from a group or class, and also, very commonly, a private or natural person as distinguished from a partnership, corporation, or association; but it is said that this restrictive signification is not necessarily inherent in the word, and that it may, in proper cases, include artificial persons.

The term **"NATURAL PERSON,"** a person is such, not because he is human, but because rights and duties are ascribed to him. The person is the legal subject or substance of which legal rights and duties are attributes. An individual human being considered as having such attributes is what lawyers call a natural person. All public officials who are under oath or affirmation to uphold the Constitution and Law of The United States of America are natural persons.

The term **"SHALL"** means command, imperative, mandatory, denoting an obligation to act or not to act.

The term **"AGENCY"** means the relation created by express or implied contract or by law, whereby one party delegates the transaction of some lawful business with more or less discretionary power to another, who undertakes to manage the affairs and render an account to the party that delegated the authority.

The term **"PUBLIC OFFICER"** means an officer of a public corporation; that is, one holding office under government of a municipality, state, or nation.  One occupying an office created by law.  One who exercises some portion of the sovereign power of the state, either in making, administering or executing the laws.  One who acts under a sworn oath, or affirmation and/or Bond.  The term includes but is not limited to attorney-at-law.

The term **"BONAFIDE SIGNATURE"** means, in contracts, any symbol executed or adopted by a party attesting that party voluntary entered into the agreement in good faith, that all terms, conditions, and obligations were fully disclosed, and that the party fully understood the consequences of the instrument.

The term **"HOLDER IN DUE COURSE"** means in commercial law, a holder of an instrument who took it for value, in good faith and without notice of any claim or defense against it, UCC § 3-302(1), and who can enforce the instrument free from all claims and personal defenses.

The term **"SECURED PARTY"** means, a lender, seller or other person in whose favor there is a security interest, including a person to whom accounts or chattel paper have been sold.  When the holders of obligations issued under an indenture of trust, equipment trust agreement or the like are represented by a trustee or other person, the representative is the secured party.  Section 9-1051(1)(m) of the 1972 UCC Code § 9-1051(1)(i) of the 1962 UCC Code.  The term also includes the assignee of the right to proceeds under a letter of credit.  UCC § 5-116(2).

Further Declarant says not.

**NOTICE TO RESPOND**

Michael C. Irving grant Respondent five (5) days, exclusive of the day of receipt, to respond to the statements, claims, inquiries and requests above.

Failure to respond will constitute, as an operation of Law, the admission of Respondent by tacit procuration to the statements, claims, answers to inquiries and requests provided above. Said statements, claims, answers to inquiries and requests shall be deemed STARE DECISIS.

In the event Respondent defaults to Michael C. Irving's administrative process, Respondent may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceeding.

Respondent's response must be served upon Petitioner exactly as provided:

///

Michael C. Irving
c/o 1510 Webster Street, N.W.
Washington
District of Columbia,
postal zone [20011]
///

We look forward to your timely response.

Sincerely, _Michael C. Irving_ _____ DATE 6-16-2003
                Michael C. Irving - Secured Party/Creditor

                                    Michael C. Irving
                          c/o 1510 Webster Street, N.W.
                                        Washington
                          District of Columbia [20011]
                              United States of America
                                          Claimant

cc: D. Parizek (IRS Agent/Operations Manager)

                    20 - Private Administrative Complaint / Inquiry

**EXHIBIT 6**

SLN 1032818700001    PLN 1032818700001

CTY# YEAR UCC #
0602002l2783

Filed and Recorded Sep-11-2002 01:31pm
**Juanita Hicks**
Clerk of Superior Court
Fulton County, Georgia

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
MICHAEL CHRISTOPHER IRVING
1510 WEBSTER STREET, NW
WASHINGTON, DC  20011
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| IRVING, MICHAEL CHRISTOPHER in-corporated | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1510 WEBSTER STREET, NW | WASHINGTON | DC | 20011 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| -8740 | | in-corporated | DISTRICT OF COLUMBIA | 11264701336 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Irving | Michael | Christopher | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 1510 Webster Street, NW | Washington | DC | Near 20011 | USA |

4. This FINANCING STATEMENT covers the following collateral:

1) The above named Secured Party, Employer Identification No. ■■-■■-8740, a living soul, hereby secures all right, interest, and title in birth certificate number 112-64-701336 as received by the State of Illinois Office Vital Records Department on November 10, 1964 and the pledge represented by same including, but not limited to the pignus, hypotheca, hereditaments, res, and the energy and all products derived therefrom, including, but not limited to, the all cap name of MICHAEL CHRISTOPHER IRVING, MICHAEL C. IRVING, IRVING, MICHAEL CHRISTOPHER, IRVING, MICHAEL C. and Michael Christopher Irving, or any variation/derivation thereof, and all signatures on all contracts and agreements predicated on the Straw Man described above as the debtor.
2) District of Columbia Driver License no. 9573235     3) Social Security Number ■■-■■-8740.

SEE ATTACHED SECURITY AGREEMENT

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# COMMERCIAL AFFIDAVIT

State of Washington        Taxpayer Identification Number: 57-9848740

To:    Respondent: Internal Revenue Service
       Technical Support Manager and Director of Field Office

The Undersigned Affiant, Michael Christopher Irving – Secured Party, hereinafter "Affiant," does solemnly swear, declare and state as follows:

1. Affiant is competent to state to the matters set forth herein.
2. Affiant has personal knowledge of the facts stated herein.
3. All the facts stated herein are true, correct, and complete, admissible as evidence, and if called upon as a witness, Affiant will testify to their veracity.

### Plain Statement of Facts

4. Michael Christopher Irving, Secured Party, received no income in 2001 required to be reported under 26 CFR 1.1-1, in lieu of the forms approved by the Office of Management and Budget as in the statement requested in the IRS instruction manual.
5. Since no monies were received as income any and all monies withheld for the year 2001 are to be released to the Secured Party.
6. Therefore, Affiant hereby submits this Commercial Affidavit in accord with the instructions on the Privacy Act Page of the 1040 Manual as the required statement to be filed in lieu of the forms approved by the Office of Management and Budget and 26 CFR.

### Verification

7. The Undersigned Affiant, Michael Christopher Irving, certifies on Affiant's commercial liability that Affiant has read this Affidavit and issues the same with intent and understanding of purpose and does solemnly swear, declare and state that the statements, allegations, demands and contents contained herein are true, correct, and complete, not misleading, the truth, the whole truth and nothing but the truth.

## NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT - NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

You have ten (10) days in which you can respond and rebut this Commercial Affidavit, from receipt, UCC §1-204, unless you request in writing an extension of time. A lack of response or rebuttal means you assent to this Commercial Affidavit and that a fault exists, UCC §1-201(16), creating fraud through material misrepresentation that vitiates all forms, contracts, testimony, agreements, etc. expressed or implied, from the beginning, UCC §1-103.

Signed:      *Michael Christopher Irving / Agent*

Michael Christopher Irving, Secured Party-Creditor
c/o 1510 Webster St., NW
Washington, DC 2011-7032

Void Where Prohibited By Law

**EXHIBIT 7**



**Department of the Treasury**
**Internal Revenue Service**
**1973 North Rulon White Blvd.**
**Ogden, UT 84404**

Taxpayer Identification Number:
xxx-xx-8740

Form: 1040      Tax Year(s): 2002

Person to Contact: Mrs. Thurgood

Date:  October 3, 2003

MICHAEL C IRVING
1510 WEBSTER ST NW
WASHINGTON DC 20011

Contact Identification Number: 0461806422

Contact Telephone Number: (866) 899-9083 ext. 8497

Contact Fax Number:                               RECEIVED IN COR
                                                  IRS - OSC -618
Contact Hours: 7:00 am - 3:00 pm Mountain Time

                                                  OCT 2 ● 2003

Dear Mr. Irving:                                  OGDEN, UTAH

We received your Form 1040 for 2002.  As you were previously informed, it can not be processed.  We have
figured the proposed tax and penalties based on available information, as shown on the enclosed report.

We have also considered all of the correspondence you have submitted since the return was filed.

The United States Supreme Court has consistently ruled that the income tax laws are constitutional.  The
Internal Revenue Service is charged with the responsibility of seeing that taxpayers comply with the Internal
Revenue laws.  Persons not filing timely and correct tax returns subject themselves to civil and criminal
penalties in addition to their tax liability.

Enclosed are two copies of our examination report showing our proposed changes to your tax.  The reasons for
the adjustments are explained on the enclosed Form 886-A.  The actual amount now due, not including penalties
or interest, is shown on the first page.

It is to your advantage to pay in full now because interest is charged on the unpaid balance until the total amount
is paid.  If you cannot pay the total amount you owe now, complete and return the enclosed Installment
Agreement Request, Form 9465.

If you agree with the tax and penalties as shown, sign, date and return one copy of the report.

If you do not agree to the proposed adjustments, you may file a return, explain why you did not file a return, or
mail us any information you would like considered.

Please respond within 30 days from the date of this letter.  If we do not hear from you within this time we will
issue a Notice of Deficiency.  A Notice of Deficiency is a legal notice stating the amount of the proposed tax
increase and penalties, and explaining your rights to file a petition with the United States Tax Court.

If you have any questions about this matter please contact the person whose name, telephone number, and
contact hours are shown above.

RECEIVED
OCT 2 3 2003

FRP 303

Spec Ltr CE22-L1862

When you write, please provide your telephone number, the hours you can be reached, and a copy of this letter.

Telephone Number (   )_____ Hours _____

Thank you for your cooperation.

Sincerely,

Operations Manager,
Exam SC Support

Enclosures:
Examination Report (2)
Copy of this letter
Publications 1, 5 and 594
Notices 433 & 609
Form 9465
Envelope

**Spec Ltr CE22-L1862**

**EXHIBIT 8**

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN, UT  84201-0040

7112 7667 8555 2011 5939

MICHAEL C IRVING
1510 WEBSTER ST NW
WASHINGTON, DC  20011-7032103

**Letter Number:** 3219(SC/CG)
**Letter Date:** DECEMBER 10, 2003

**Taxpayer Identification Number:**
███-██-8740

**Tax Form:** 1040

**Tax Year Ended and Deficiency**
DECEMBER 31, 2002    $39,137.00

**Contact Person:**
MR.PARIZEK    29-61699

**Contact Telephone Number:**
(866) 899-9083
(TOLL FREE NUMBER)

**Hours to Call:**
7:00 AM TO 7:00 PM MON-FRI

**Last Date to Petition Tax Court:**
MARCH 9, 2004

Penalties/Additions to Tax

| | | |
|---|---|---|
| IRC Section | 6651(a)(1) | $1,601.25 |
| IRC Section | 6654(a) | $92.50 |

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the **Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the **United States Tax Court, 400 Second Street NW, Washington D.C. 20217.** Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

If you have questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you. If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory. An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information. Please attach this letter to your correspondence to help us identify your case. Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers. You also have the right to contact the Taxpayer Advocate. You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling (801) 620-7168 or writing to:

> OGDEN SERVICE CENTER
> TAXPAYER ADVOCATE
> P.O. BOX 9941, STOP 1005
> OGDEN, UT 84409

Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

Sincerely yours,

Commissioner
By

*Thomas D Mathews*

Enclosures:
Copy of this letter
Waiver
Envelope

THOMAS D. MATHEWS
COMPLIANCE CENTER
OGDEN Service Center

Cat. No. 27500P                    Letter 3219(SC/CG) (08-1999)

**EXHIBIT 9**

Press Releases



**U.S. Department of Justice**

**Jeffrey A. Taylor**
*United States Attorney*
*for the District of Columbia*

Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530

**PRESS RELEASE**

**FOR IMMEDIATE RELEASE**
**Friday, January 19, 2007**

For Information, Contact Public Affairs
Channing Phillips (202) 514-6933

### Federal employee pleads guilty to income tax evasion by falsely claiming exemption

**Washington, D.C.** - A long-time employee of the Central Intelligence Employee (CIA), Cassandra Harris, has pled guilty to evading her income taxes for the calendar year 2001, U.S. Attorney Jeffrey A. Taylor, Francis Turner, Special Agent in Charge of the Internal Revenue Service, Criminal Investigation, Baltimore Field Office, and Sherryl Hobbs-Newman, Deputy Chief Financial Officer for the District of Columbia's Office of Tax and Revenue, announced today.

Harris pleaded guilty yesterday in the U.S. District Court for the District of Columbia before the Honorable Ellen Segal Huvelle. In pleading guilty, Harris, 47, of the 5300 block of 2nd Street, NW, Washington, D.C., admitted that she evaded approximately $56,000 in federal income taxes for tax years 1999 through 2002.

According to the government's evidence, in 1999, Harris instructed the CIA to stop withholding income taxes from her pay by filing a Form W-4 in which she falsely claimed an exemption. She filed income tax returns for 1999 and 2000, but failed to report any income even though she earned more than $70,000 from the CIA for each of these years. Instead, she wrote zero on all the lines of the returns and attached statements claiming, among other things, that she was not required to file returns or pay income taxes.

When the IRS contacted Harris to discuss her tax liability, Harris responded that the IRS's notice of tax deficiency was "illegal and unconstitutional." Harris continued to maintain that the filing of income tax returns was voluntary. For the tax years 2001 and 2002, Harris maintained her exempt withholding status with the CIA and failed to timely file income tax returns with the IRS. As a result, she failed to pay any taxes due for those years.

Harris also admitted to failing to pay her District of Columbia income taxes for the same years by claiming an exemption from state withholding and either filing incomplete returns or not at all.

Harris is scheduled to be sentenced on April 26, 2007. She faces a maximum term of imprisonment of 5 years and a fine of $250,000 under the statute and a likely sentence of 10 to 16 months in prison pursuant to the plea agreement. Harris has agreed as part of her plea agreement to cooperate with the federal and local taxing authorities to pay any outstanding taxes, interest and penalties.

In announcing the guilty plea, U.S. Attorney Taylor, IRS Special Agent Turner and Deputy Chief Newman commended the investigatory work of IRS Special Agent Sharnell Thomas and D.C. Office of Tax and Revenue Special Agent Joseph Sadler. They also praised Assistant U.S. Attorneys Diane G. Lucas and Susan B. Menzer, who are prosecuting the case.



**U.S. Department of Justice**

**Stephen J. Murphy**
**United States Attorney**
**Eastern District of Michigan**

*Suite 2001*
*211 West Fort Street*
*Detroit, Michigan 48226-3277*
*Fax: (313) 226-3561*

**For Immediate Release:**
**Contact:** Gina Balaya (313) 226-9758

Feb 9, 2007

---

**EVENT: Sentenced**

**Defendant: Kenneth Heath**

### SHELBY TOWNSHIP TAX PROTESTER
### SENTENCED ON TAX EVASION CHARGES

---

A 69-year-old Shelby Township man was sentenced to 21 months in prison by a federal judge today after being found guilty in September of four counts of tax evasion and one count of attempting to pass a fictitious financial instrument, United States Attorney Stephen J. Murphy announced today.

Murphy was joined in the announcement by IRS Special Agent in Charge Maurice Aouate.

Receiving the sentence from United States District Judge George Caram Steeh was Kenneth Heath, 69, of Shelby Township. Heath was a self-proclaimed follower of nationally-known convicted tax protester Irwin Schiff. Heath was convicted of avoiding the payment of more than $37,000 after failing to file tax returns or pay any taxes in 1999, 2000, 2001 and 2002.

United States Attorney Murphy said, "The right to protest cannot cross the line into unlawful conduct. Although our system depends on the voluntary compliance of citizens, no one is exempt from paying taxes or following federal tax laws."

Maurice Aouate, Special Agent in Charge, IRS Criminal Investigation Division, said, "The courts have consistently held that there are no legal grounds for failure to file tax returns or failure to pay your tax liability. Mr. Heath was put on notice of this when the book he relied upon was written from a prison cell by an author who had similar anti-tax behaviors."

During the trial, Heath testified that after reading a book by Schiff, who was sent to prison in 2006 after his fourth tax evasion conviction, called "The Federal Mafia" he became convinced that he did not have a legal obligation to pay federal income taxes. At sentencing, Heath said he refused to accept the court's jurisdiction over him or admit that he had committed a crime.

In imposing the sentence, Judge Steeh stated: "Mr. Heath is not alone in his tax protesting behaviors and there is obviously . . . a need to promote respect for the law and to deter others from engaging in this conduct." Judge Steeh rejected Heath's "claimed good faith belief" that he did not have to pay taxes, noting that Heath "found ideas to support his behavior that are convenient for the circumstances he is in."

In addition to his prison sentence, Heath was ordered to cooperate with the IRS in determining and repaying the taxes he owes, serve a three-year term of supervised release, and pay a special assessment of $500.

In September, a jury deliberated for less than three hours before returning the verdict, concluding a three-day trial before Judge Steeh.

In addition to his conviction on four counts of felony tax evasion, Heath was also convicted of the fictitious instruments charge after he admitted sending a realistic-looking "Registered Bill of Exchange" to the IRS for $88,000 in hopes the agency would wipe out his tax debt. An expert witness for the government testified at trial that there is no such thing as a "Registered Bill of Exchange."

Murphy commended the two-year long investigation of special agents from the IRS Criminal Investigation Division.

The case was prosecuted by Assistant U.S. Attorneys Sarah Resnick Cohen and James Mitzelfeld.

**The United States Attorney's Office**

# Northern District of West Virginia



**OFFICE OF THE UNITED STATES ATTORNEY**
**NORTHERN DISTRICT OF WEST VIRGINIA**

**Sharon L. Potter**
**UNITED STATES ATTORNEY**

1125 Chapline Street, Federal Building, Suite 3000 ● Wheeling, WV 26003
(304) 234-0100 ● Contact: Fawn E. Thomas, Public Affairs Specialist

February 1, 2007
FOR IMMEDIATE RELEASE

### Morgantown Man Convicted on Tax Violations

CLARKSBURG, WEST VIRGINIA — A 62 year old Morgantown, West Virginia, resident was convicted yesterday (January 31, 2007) on tax violations by Chief Judge Irene M. Keeley, who heard the case sitting without a jury in United States District Court for the Northern District of West Virginia in Clarksburg

United States Attorney Sharon L. Potter announced that CLEVELAND J. BILLER was convicted on charges contained in a five-count Indictment returned against him in March 2006.

BILLER was convicted on Counts One through Four of the Indictment charging him with filing false tax returns for the tax year 1999 declaring zero taxable income when his correct taxable income was approximately $196,397; for the tax year 2000 declaring zero taxable income when his correct taxable income was approximately $240,072; for the tax year 2001 declaring $8,164 taxable income when his correct taxable income was approximately $322,221; and for the tax year 2002 declaring zero taxable income when his correct taxable income was approximately $299,282. BILLER was convicted on Count Five of the Indictment charging him with corruptly obstructing and impeding the due administration of the tax laws by concealing unreported income in the approximate amount of $1,111,494 from late 1996 through September 18, 2003.

BILLER, who is currently free on bond pending sentencing, faces a maximum exposure of three years imprisonment and a fine of $250,000 on each count of the Indictment.

The case was prosecuted by Assistant United States Attorney Robert H. McWilliams, Jr. The case was investigated by the Internal Revenue Service - Criminal Investigation Division.

- Department of Justice
- USA.gov
- Privacy Policy
- Project Safe Neighborhoods
- PSN Grants
- www.regulations.gov



# UNITED STATES ATTORNEY'S OFFICE
# EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA    NEWPORT NEWS    NORFOLK    RICHMOND

## CHUCK ROSENBERG, UNITED STATES ATTORNEY

**FOR IMMEDIATE RELEASE:**                    **February 28, 2007**

Jim Rybicki                                   Further Information Contact:
Public Information Officer                    Deanna Warren
Phone: (703) 842-4050 Fax: (703) 549-5202     Phone: (757) 441-6331
E-Mail: usavae.press@usdoj.gov
Website: www.usdoj.gov/usao/vae

### Couple Plead Guilty to Tax Evasion

    **(Norfolk)** - Louis T. Faison, Jr., age 61 and Veta B. Faison, age 58, both of Norfolk, pled guilty today to Evasion of Income Tax.  Chuck Rosenberg, United States Attorney for the Eastern District of Virginia; and  Charles R. Pine, Special Agent in Charge, Criminal Investigative Division, Internal Revenue Service, made the announcement after the guilty plea in United States District Court.  Sentencing is scheduled before Senior United States District Judge Robert G. Doumar, on July 30, 2007.  At sentencing Lewis and Veta Faison each face a potential penalty of five years in prison, a $250,000 fine, and restitution.

    According to court documents, the Faisons were employed by the City of Virginia Beach School System.  During the years 1998 through 2004, they earned approximately $750,000 in joint gross income.  During this same period, the Faisons evaded taxes by filing false and inflated W-2 forms to prevent the withholding of federal tax.  The Faisons admitted that no federal tax was paid on this gross income, and when contacted by the Internal Revenue Service, the Faisons submitted joint tax returns showing zero income.  These various false returns were submitted with tax protester literature.  The federal tax loss for the years 1998 through 2004 is alleged to be over $124,000.

    The case was investigated by the Criminal Investigative Division, Internal Revenue Service.  Supervisory Assistant United States Attorney Robert J. Seidel, Jr. is prosecuting the case on behalf of the United States.

###



**U.S. Department of Justice**

**United States Attorney's Office**
**Western District of Tennessee**

| | |
|---|---|
| 800 Federal Office Building | Ph:   (901) 544-4231 |
| Memphis, Tennessee 38103 | Fax:  (901) 544-4230 |
| | TTY:  (901) 544-3054 |

# PRESS RELEASE

**FOR IMMEDIATE RELEASE**     **FOR FURTHER INFORMATION**
**CONTACT:  LEIGH ANNE JORDON**
**(901) 544-4231**

March 8th, 2007

### Pilot Charged with Income Tax Evasion

Memphis, TN – David Kustoff, United States Attorney for the Western District of Tennessee, announced that Michael D. Mason, 50, of Cordova, Tennessee, was indicted on March 7, 2007 by a federal grand jury in Memphis. Mason, a pilot for Fed Ex, was charged with six counts of income tax evasion and faces a maximum penalty of 30 years in prison and a fine of up to $1.5 million, if convicted on all counts. Mason was arrested and had his initial appearance before U.S. Magistrate Judge James Allen today.

According to the indictment, Mason failed to file income tax returns for calendar years 2000 through 2004 as required by law. Additionally, the indictment alleges that Mason failed to pay the Internal Revenue Service (IRS) income due and owing and concealed or attempted to conceal his true and correct income by filing a false Form W-4 for each year. Also, the indictment charges that in 2001, Mason created "nominee" bank accounts. Mason's taxable income was over $1 million during these years, the indictment states.

Count Six of the Indictment alleges that Mason willfully attempted to evade the payment of his income taxes due and owing for 2000 through 2004, in the approximate amount of $229,064 by concealing from the IRS the nature and extent of his assets and location thereof, by creating a false lien against this residence, by using bank accounts in "nominee" names and the names of family members, and by preparing false documents.

This investigation was conducted by IRS Criminal Investigation. Assistant U.S. Attorney Stuart J. Canale will represent the government.

# # # #

*Note: An indictment is a form of accusation and is not evidence of guilt. The defendant is presumed innocent until and unless proven guilty beyond a reasonable doubt.*



# Department of Justice

## Acting United States Attorney James R. Klindt
## Middle District of Florida

| Tampa | Orlando | Jacksonville | Fort Myers |
|---|---|---|---|

FOR IMMEDIATE RELEASE
MONDAY, APRIL 2, 2007
http://www.usdoj.gov/usao/flm/pr

CONTACT: STEVE COLE
PHONE: (813) 274-6136
FAX: (813) 274-6300

### LAKELAND WOMAN INDICTED FOR
### TAX EVASION AND FAILURE TO FILE INCOME TAX RETURNS

Tampa, Florida - Acting United States Attorney James R. Klindt today announced the unsealing of an indictment of Nancy Montgomery Ware, a 43 year old resident of Lakeland, Florida, charging Montgomery Ware with income tax evasion and failure to file income tax returns.  The maximum penalties Montgomery Ware faces if convicted on all counts are 13 years of imprisonment and a fine of $800,000.  She will make her initial appearance in federal court in Tampa today at 2:00 p. m. before Magistrate Mark A. Pizzo.

According to the Indictment, Montgomery Ware  allegedly received approximately $489,470 in taxable income during calendar year 2000 and approximately $541,080 in taxable income during calendar year 2001. The indictment further alleges that she attempted to evade the income tax she owed by, among other things, filing Forms W-4 fraudulently claiming to be "exempt" from federal income tax withholding, attempting to conceal the nature and extent of her income by placing it in nominee bank accounts, making extensive use of cash to conduct transactions, instituting a frivolous lawsuit in an effort to stop her employer from withholding federal income tax from her paychecks, failing to file income tax returns, and failing to pay income tax owed to the Internal Revenue

Service.  The Indictment also alleges that Montgomery Ware, who received approximately $781,937 in gross income during calendar year 2002, approximately $665,338 in gross income during calendar year 2003, and approximately $567,831 in gross income during calendar year 2004, failed to file a federal income tax return for any of those years.

The case was investigated by the Internal Revenue Service, Criminal Investigation. Assistant United States Attorney Rachelle DesVaux Bedke is prosecuting the case.

An indictment is merely a formal charge that a defendant has committed a violation of the federal criminal laws, and every defendant is presumed innocent until, and unless, proven guilty.

# NEWS RELEASE

**Drew H. Wrigley**
**United States Attorney**
**District of North Dakota**

*655 First Ave. N. Suite 250*       *P. O. Box 699*
*Fargo, ND  58102-4932*       *Bismarck, ND  58502-0699*
*701-297-7400*       *701-530-2420*

*For Further Information Contact: Julie Hough  (701-297-7400)*       **FOR IMMEDIATE RELEASE**
*April 5, 2007*

## Larimore Man Sentenced on Tax Evasion Charge

**FARGO** - United States Attorney Drew Wrigley announced that on April 4, 2007, **Ardell Steven Zejdlik** of Larimore, North Dakota, was sentenced before United States District Court Judge Ralph R. Erickson for attempting to evade and defeat payment of income tax.

**Zejdlik**, 56, pleaded guilty on November 29, 2006, to evading and frustrating the payment of income tax due and owing by him to the United States of America.

Judge Erickson sentenced **Zejdlik** to four days incarceration, followed by two years of supervised release, of which ten months is to be served in home confinement.  **Zejdlik** was ordered to pay a $100 special assessment to the Crime Victim's Fund.  **Zejdlik** was ordered to pay restitution of the outstanding taxes, interest, and penalties in the amount of $303,843.00.

At the sentencing hearing Zejdlik tearfully stated that he had erroneously purchased false advice on the constitutionality of the federal income taxation legislation.  Zejdlik has now filed income tax returns for the years 1995 through 2005.

The case was investigated by the Internal Revenue Service - Criminal Investigation Division.

Assistant United States Attorney Janice M. Morley prosecuted the case.

-end-

# News
# Release

**U.S. Department of Justice**

*United States Attorney*
*Northern District of Ohio*
Gregory A. White
United States Attorney

For Release:        April 18, 2007

John M. Siegel
Assistant U.S. Attorney
(216) 622-3820

Gregory A. White, United States Attorney for the Northern District of Ohio, announced today that Lyn V. Bates was arrested on a four-count indictment charging him with attempted income tax evasion and failure to file income tax returns. The indictment was returned by a federal grand jury on April 11, 2007, and was unsealed upon his arrest this morning. Bates was arraigned before Magistrate Judge James Gallas, in Akron, who ordered Bates to be released on $100,000 twenty-percent bond (requiring a cash deposit to the court of $20,000). The case has been assigned to United States District Judge Ann Aldrich. According to court records, Bates resides at 2640 Brentwood Road, N.W., Canton, Ohio.

The indictment charges that Bates willfully attempted to evade his 1999 income taxes by filing a false and fraudulent joint income tax return which reported taxable income of $0 and income taxes owing of $0, when he and his wife actually had joint taxable income of approximately $151,202, upon which there was income tax owing to the United States of approximately $44,262. The indictment further charges that Bates willfully failed to file income tax returns for the years 2000 through 2002, which he was required to file by virtue of the fact that he and his wife had joint gross income of $456,997 in 2000, $411,858 in 2001, and $410,544 in 2002.

If convicted, the defendant's sentence will be determined by the Court after review of factors unique to this case, including the defendant's prior criminal record, if any, the defendant's role in the offense and the characteristics of the violation. In all cases the sentence will not exceed the statutory maximum and in most cases it will be less than the maximum.

The government's case is being prosecuted by Assistant United States Attorney John M. Siegel, following a grand jury investigation conducted with the assistance of the Internal

News Release 18 April 2007

Revenue Service, Criminal Investigation Division, Akron, Ohio.

An indictment is only a charge and is not evidence of guilt. A defendant is entitled to a fair trial in which it will be the government's burden to prove guilt beyond a reasonable doubt.

#####

Press Release



*U.S. Department of Justice*
*Office of the United States Attorney*
*Middle District of Tennessee*

Craig S. Morford
United States Attorney

William M. Cohen
Assistant U.S. Attorney
(615) 736-5151

### MIDDLE TENNESSEE MAN INDICTED ON TAX EVASION CHARGES

Nashville, TN – April 26, 2007 – Craig S. Morford, United States Attorney for the Middle District of Tennessee, announced that Robert M. MacLafferty, a former resident of Portland, Tennessee, has been indicted by a federal grand jury in Nashville, Tennessee on five counts of income tax evasion. Each count carries a maximum penalty of five years in prison and a fine of up to $250,000.

The indictment was returned by the grand jury on April 11, 2007. MacLafferty was arrested in South Carolina and had his initial appearance on April 24, 2007. MacLafferty was released on a $25,000 unsecured bond pending his trial in Nashville.

According to the indictment, MacLafferty failed to file federal income tax returns for calendar years 2000 through 2003. During these years, MacLafferty had taxable income totaling over $190,000 and owed more than a total of $22,000 in income tax on that income. MacLafferty is alleged to have filed a false W-4 Form claiming total exemption from federal tax withholding, and claimed that he was not a citizen of the United States of America.

Additionally, the indictment charges that from about May 1999 until about September 2006, MacLafferty attempted to evade the payment of $39,394.00 in income taxes owed by him for 1996 and 1997. The indictment states that MacLafferty concealed the nature and extent of his assets and location thereof, filed a false W-4 Form claiming total exemption from federal tax withholding, claimed that he was not a citizen of the United States of America, quitclaimed his ownership of real property to his wife and terminated his employment to avoid having money withheld from his paycheck to pay the income tax due and owed by him to the United States.

This investigation was conducted by IRS Criminal investigation. Assistant U.S. Attorney William M.

Cohen will represent the government.

Note: An indictment is a form of accusation and is not evidence of guilt. The defendant is presumed innocent until and unless proven guilty beyond a reasonable doubt.

<u>Back to Previous Page</u>

**EXHIBIT 10**



U.S. Department of Justice

**Tax Division**

*Northern Criminal Enforcement Section*
*P.O. Box 972, Ben Franklin Station*                          *(202) 514-51̶*
*Washington, D.C. 20044*                          *Telefax: (202) 514-845̶*

June 7, 2007

**By Fax: (202) 628-4177**

David Schertler, Esq.
David Dickieson, Esq.
Schertler & Onorato, L.L.P.
601 Pennsylvania Ave., NW
North Building, 9th Floor
Washington, DC 20004

Re:    <u>United States v. Michael C. Irving, 07-107 (PDF)</u>

Dear Counsel,

The government is aware that MPD Detective ▮▮▮▮▮▮▮▮ testified in the grand jury that based upon information he obtained from MPD Detective ▮▮▮▮▮▮ he held a belief that citizens weren't responsible for paying taxes. According to ▮▮▮▮ testimony, he didn't file his Federal Income Tax Returns for approximately two years. He then resumed filing his Federal Income Tax Returns thereafter, and paid his back taxes. According to ▮▮▮▮ testimony, he never discussed his belief with anyone.

Pursuant to Rule 16(b)(1)(A), we request reciprocal discovery, including copies of, and the opportunity to inspect, any documents within your possession and control which you intend to introduce as evidence in your case-in-chief at trial.

Please do not hesitate to contact us regarding these matters.

Very truly yours,

Karen E. Kelly
Michael Ben'Ary
Trial Attorneys