UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL C. IRVING, )<br>)<br>Defendant. )<br>) | Criminal Action No. 07-107 (PLF) |

ORDER

This matter came before the Court for argument on four motions filed by the defendant. The Court carefully considered the memoranda of law filed by the parties and the cases they cited. The Court also heard argument from counsel in open court. At the conclusion of the argument, the Court took under advisement the motion to dismiss Count 6 of the indictment and awaits supplemental briefing from the parties. As to the other motions, and for the reasons stated in open court, it is hereby

ORDERED that defendant's motion to dismiss on the basis of selective prosecution [Docket #8] is DENIED; it is

FURTHER ORDERED that defendant's motion to strike [Docket #10] is DENIED; and it is

FURTHER ORDERED that defendant's motion to dismiss Counts 4, 5, 8 and 9 of the indictment [Docket #11] is DENIED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:   July 27, 2007