IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 07-CR-107 (PLF) |
| v. ) | Judge Paul L. Friedman |
| ) | |
| MICHAEL C. IRVING ) | |

**DEFENDANT'S MOTION TO COMPEL DISCOVERY OF
GRAND JURY TESTIMONY OF DARRYL B. RICHMOND**

The Defendant, Michael C. Irving hereby moves to compel certain discovery information in the possession of the Government that the Government has refused to provide. The reasons supporting this motion are set forth below.

**I.    BACKGROUND**

The Defendant, Michael C. Irving, was charged by indictment with nine criminal counts: (1) Two counts of making a false claim for a refund in violation of 18 U.S.C. §287, (2) Three counts of attempting to evade federal income tax in violation of 26 U.S.C. 7201, (3) One count of fraud in violation of 22 D.C. Code § 3221(a), and (4) Three counts of evading District of Columbia income taxes in violation of 47 D.C. Code §410(a).   All the charges arise from the Government's allegation that for several years, from 2003 through 2005, Mr. Irving intentionally failed to file tax returns and did not pay federal and District income taxes during those years. Mr. Irving is charged with violations of both the federal and the District of Columbia tax code.

At issue in this case is Mr. Irving's intent.  Mr. Irving did not file his tax returns and did not pay taxes for the years in question because he was acting under a subjective good faith belief that he was not required to do so.  Mr. Irving contends that he was first exposed to this idea by another Metropolitan Police Department Detective, Eugene Lonon.  Mr. Lonon was killed in an

automobile accident in April 2003. The defense also believes that Mr. Lonon told other police officers about the concept of being a "tax protester" and that these other officers, following Mr. Lonon's guidance, did precisely what Mr. Irving is alleged to have done, namely, submit documentation to the authorities announcing their tax protester status and failing to file tax returns or pay taxes.

In correspondence from the Government dated June 7, 2007, the Government informed counsel for Mr. Irving that:

> MPD Detective Darryl B. Richmond testified in the grand jury that based upon information he obtained from MPD Detective Eugene Lonan, he held a belief that citizens weren't responsible for paying taxes. According to Richmond's testimony, he didn't file his Federal Income Tax Returns for approximately two years.

(June 7, 2007 Letter from Karen E. Kelly to David Schertler.) Counsel for Mr. Irving has requested a copy of Detective Lonon's grand jury testimony in this regard, but the Government has refused that request.

Under *Brady v. Maryland*, 373 US. 83 (1973) and its progeny, Mr. Irving should be entitled to Detective Richmond's grand jury testimony in order to discover precisely what Detective Richmond said about what he had learned from Detective Lonon and what he did with that information. We submit that this information is critical to the defense in this case because, to the extent it exists, it will assist the defense in corroborating Mr. Irving's claim that he acted on information provided to him by Mr. Lonon and that other police officers, like Detective Richmond, acted on the same information. In that sense, it is clearly "favorable to the accused."

WHEREFORE, the Defendant respectfully requests that this Court compel the Government to disclose the grand jury testimony of Detective Darryl B. Richmond as it relates to what he learned from Detective Lonon and how he acted upon that information.

>Respectfully submitted,
>
>SCHERTLER & ONORATO, LLP
>
>
>_____/s/_____
>David Schertler (DC Bar #367203)
>David Dickieson (DC Bar #321778)
>601 Pennsylvania Avenue, NW
>North Building, 9th Floor
>Washington, DC 20004
>Telephone: (202) 628-4199
>Facsimile: (202) 628-4177