IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 07-CR-107 (PLF) |
| v. ) | Judge Paul L. Friedman |
| ) | |
| MICHAEL C. IRVING ) | |

**MOTION FOR LEAVE TO LATE FILE BY ONE BUSINESS DAY
DEFENDANT'S SUPPLEMENTAL PLEADING IN SUPPORT OF HIS
MOTION TO DISMISS COUNT SIX OF THE INDICTMENT**

The Defendant, Michael C. Irving, through counsel, hereby asks leave of this Court to file his supplemental pleading in support of his motion to dismiss Count Six of the Indictment one business day late.

At a motions hearing on July 27, 2007, the Court permitted counsel for Mr. Irving to file a supplemental motion in support of his motion to dismiss count six of the indictment and set August 10, 2007 as the due date for that supplemental pleading. Counsel for Mr. Irving requests leave of this Court to file that supplemental pleading late by one business day (Monday, August 13 as opposed to Friday August 10). The reason for this request is that counsel for Mr. Irving was unable to file a timely pleading because of developments and preparations involving a trial that counsel is to begin on August 20, 2007 before the Honorable Colleen Kollar-Kotelly.

Counsel apologizes for the short delay, but submits that this delay should cause no prejudice to the Government since the parties will not appear again before this Court until September 4, 2007.

WHEREFORE, the Defendant respectfully requests that this Court grant him leave to late file his supplemental pleading in support of his motion to dismiss Count Six of the Indictment.

Date:  August 13, 2007

Respectfully submitted,

SCHERTLER & ONORATO, LLP

_____/s/_____
David Schertler (DC Bar #367203)
David Dickieson (DC Bar #321778)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>MICHAEL C. IRVING )<br>) | 07-CR-107 (PLF)<br><br>Judge Paul L. Friedman |

**<u>ORDER</u>**

Upon careful consideration of Defendant's Motion for Leave to Late File By One Business Day Defendant's Supplemental Pleading in Support of His Motion to Dismiss Count Six of the Indictment, the Motion is hereby GRANTED this _____ day of _____, 2007.

SO ORDERED.

_____                    _____
Date                                                                         The Honorable Paul L. Friedman
                                                                             US District Court Judge