**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | 1:07-CR-107 (PLF) |
| | ) | |
| v. | ) | Judge Paul L. Friedman |
| | ) | |
| | ) | |
| **MICHAEL C. IRVING** | ) | |
| | ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

COMES NOW the defendant, Michael C. Irving, by and through his attorneys, David Schertler and David H. Dickieson of Schertler & Onorato, LLP, and respectfully requests that the Court enter an order modifying the conditions of release previously entered herein, as set forth in the attached proposed Order. In support of this motion, the defendant states as follows:

1. That the defendant's travel is currently restricted in accordance with the order setting conditions of release to allow limited travel within the continental United States and he was required to surrender his passport;

2. That the defendant now seeks permission to travel to London, England for a specified purpose and on dates certain;

   a. Mr. Irving's wife is involved in an American Bar Association international conference in London during the period October 3 to October 6, 2007;

   b. Mr. Irving's wife has requested that Mr. Irving accompany her on this business trip;

3. Mr. Irving seeks modification of his conditions of release to allow travel as follows:

   a. Depart United States for London, England on October 2, 2007;

    b.    Arrive and remain in London, England from October 3, 2007 through October 7, 2007;

    c.    Return to the United States from London, England on October 7, 2007.

4.    Mr. Irving has had no violations of pretrial release;

5.    The Defendant's counsel has sought the consent of the government's counsel, but the United States has not yet taken a position with respect to this motion.

WHEREFORE, the defendant, Michael C. Irving, respectfully moves the Court for an order modifying his conditions of release to allow travel to London, England from October 2, 2007 through October 7, 2007

Date: September 11, 2007    Respectfully submitted,

Schertler & Onorato, LLP

/s/
David Schertler (DC Bar #367203)
David Dickieson (DC Bar #321778)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

*Attorneys for Michael C. Irving*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | **07-CR-107 (PLF)** |
| **v.** | ) ) ) ) | **Judge Paul L. Friedman** |
| **MICHAEL C. IRVING** | ) ) ) | |

**ORDER**

Upon careful consideration of the Motion to Modify Conditions of Release, the Motion is hereby GRANTED this _____ day of _____, 2007, as follows:

a. The Defendant may retrieve his passport and is granted permission to depart United States for London, England on October 2, 2007;

b. The Defendant will arrive in London, England on October 3, 2007, and remain in London, England until October 7, 2007;

c. The Defendant will return to the United States from London, England on October 7, 2007 and surrender his passport to the Pre-trial Services Agency.

SO ORDERED.

_____          _____
Date                                                                    The Honorable Paul L. Friedman
                                                                              US District Court Judge