IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 07-CR-107 (PLF) |
| v. | ) Judge Paul L. Friedman |
| MICHAEL C. IRVING | ) |

### ORDER

Upon careful consideration of the Motion to Modify Conditions of Release, the Motion is hereby GRANTED this _____ day of _____, 2007, as follows:

a.  The Defendant may retrieve his passport and is granted permission to depart United States for London, England on October 2, 2007;

b.  The Defendant will arrive in London, England on October 3, 2007, and remain in London, England until October 7, 2007;

c.  The Defendant will return to the United States from London, England on October 7, 2007 and surrender his passport to the Pre-trial Services Agency.

SO ORDERED.

_September 11, 2007_
Date

_Paul L. Friedman_
The Honorable Paul L. Friedman
US District Court Judge