UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 07-107 (PLF) |
| : | |
| **MICHAEL C. IRVING,** : | |
| : | |
| **Defendant.** : | |
| : | |

## GOVERNMENT'S MOTION SEEKING COURT AUTHORIZATION TO FILE A REPLY TO DEFENDANT'S SUPPLEMENTAL FILING

COMES NOW THE UNITED STATES, through her attorneys, and seeks permission from this Honorable Court to file a reply to Defendant's Reply to Government's Consolidated Reply to Defendant's Pre-Trial Motions to Compel.

In his sixteen page filing defendant presented case law and argument that was not fully presented in his initial filing and the Government would like an opportunity to reply. Accordingly, the Government seeks permission from this Court to file a reply.

Respectfully submitted,

JOHN MARRELLA
Deputy Assistant Attorney General

  /s/ Karen E. Kelly
Karen E. Kelly
VA. Bar : 35403
Michael P. Ben'Ary
VA. Bar : 46658
Trial Attorneys

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 07-107 (PLF) |
| | : | |
| MICHAEL C. IRVING, | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____

**ORDER**

UPON CONSIDERATION OF THE REQUEST FROM THE GOVERNMENT, permission to file a reply to Defendant's Reply is GRANTED. IT IS HEREBY ORDERED that the government shall file the Motion in Reply by September 24, 2007.

**SO ORDERED.**

_____
Judge Paul L. Friedman
U.S. District Court for District of Columbia