```
                                              FILED
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA                 SEP 2 1 2007
```
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA** :
:
v. : **Criminal No. 07-107 (PLF)**
:
:
**MICHAEL C. IRVING,** :
:
**Defendant.** :
:

### SCHEDULING ORDER

Upon return of an indictment against Michael Irving, and having found that the indictment in this case fell within the provisions of 18 U.S.C. § 3161(h)(8)(B)(ii) in that the case is factually and legally complex due to the nature of the prosecution and having found that it would be unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself within the time limits of 18 U.S.C. § 3161, et seq., the Court hereby enters the following Scheduling Order:

(1)    ORDERED THAT

    (a)    all discovery from the government should be completed, however if there is any outstanding production it should be completed no later than September 28, 2007, the government has a continuing obligation to produce such materials as soon as practicable if discovered thereafter;

    (b)    All reciprocal discovery required to be provided by defendant under Rule 16 shall be completed by October 1, 2007.

1

(c) All statements required to be provided by the government under the Jencks Act shall be provided no later than 2 days prior to the commencement of trial.

(d) In exchange for the government's early Jencks production, the defendant will provide all statements under the Jencks Act no later than 2 days prior to the commencement of defendant's case.

(e) any defense the defendant may seek to assert under Rule 12 shall be disclosed to the government no later than October 1, 2007, without the necessity of the government inquiring or submitting a filing about such defenses;

(f) any evidence that the government seeks to admit against the defendant pursuant to Fed. R. Evid. 404(b) shall be disclosed to the defendant no later than October 1, 2007; and it is further

(2) ORDERED that:

as all discovery and dispositive motions and oppositions having been filed and argued,

(a) all motions in limine shall be filed no later than October 5, 2007, with responses due, if any, on October 10, 2007;

(b) proposed (joint submission) for voir dire shall be filed no later than October 15, 2007;

(c) proposed (joint submission) for jury instructions shall he filed no later than October 15, 2007; and it is further

(3) ORDERED that:

(a) the Court will schedule hearings and status conferences as necessary, however, there is a status conference scheduled for October 11, 2007 at 10:30;

  (b)  a status conference is also scheduled for October 16, 2007 at 9:30.

  (c)  a pre-trial conference will occur prior to trial to be set by the Court; and it is further

(4) ORDERED that trial of this matter will begin on October 22, 2007.

Order this _____ day of September, 2007.

               _____
               HON. PAUL L. FRIEDMAN
               US DISTRICT COURT JUDGE