**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | **1:07-CR-107 (PLF)** |
| v. | ) ) ) | **Judge Paul L. Friedman** |
| **MICHAEL C. IRVING** | ) ) ) | |

**NOTICE OF MICHAEL C. IRVING'S EX PARTE
APPLICATION FOR RULE 17(c) SUBPOENA DUCES TECUM**

Michael C. Irving, through undersigned counsel, hereby gives notice that he has made an application *ex parte* and *in camera* that the Court authorize the issuance of a Rule 17(c) subpoena *duces tecum*.

Date: October 1, 2007

Respectfully submitted,

Schertler & Onorato, LLP

_____/s/_____
David Schertler (DC Bar #367203)
David Dickieson (DC Bar #321778)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

*Attorneys for Michael C. Irving*