# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 07-107(PLF)** |
| | ) | |
| **MICHAEL C. IRVING** | ) | |
| | ) | |
| **Defendant .** | ) | |

## GOVERNMENT'S NOTICE OF
## SELF-AUTHENTICATION UNDER FRE 803(6) AND 902(11)

The United States of America, by and through its attorneys, hereby files this notice that it intends to admit records from the following entities pursuant to Federal Rules of Evidence 803(6) and 902(11):

| ENTITY | EXHIBIT NUMBER |
|---|---|
| All Tech Title | D-18 |
| American Express | D-1 |
| Associates Gold Master Card | D-2 |
| Bank of America | D-3 |
| Citibank | D-4 |
| Countrywide Home Loans | D-5 |
| Daimler Chrysler | D-6 |
| Discover Financial Services | D-7 |
| Dolphin & Evans Title Insurs. Agency, Inc. | D-20 |
| Jimmy's Auto , Inc. | D-8 |
| JP Morgan Chase | D-9 |
| National City Mortgage Co | D-10 |

| ENTITY | EXHIBIT NUMBER |
|---|---|
| Neiman Marcus | D-11 |
| Pepco | D-13 |
| PNC Bank | D-14 |
| Police Federal Credit Union | D-15 |
| Village Settlement | D-19 |
| Wachovia Bank, NA | D-16 |
| Zale Corporation | D-17A and D-17B |

As grounds for admission of these records, the Government states as follows:

1.     These records have been made available for inspection and copying to the defendant through discovery;

2.     The attached declarations have been made available for inspection and copying to the defendant; and

3.     Discovery in this case, the attached declarations and this notice comply with the provision of Federal Rules of Evidence 803(6) and 902(11).

Accordingly, the Government intends to admit the records from the above-listed entities without calling a custodian of records as a witness.

Respectfully submitted,

John Marrella
Deputy Assistant Attorney General
For Criminal Matters


 s/Michael P. Ben'Ary
Michael P. Ben'Ary
Karen E. Kelly
Trial Attorneys

2

<u>CERTIFICATE OF SERVICE</u>

I, Michael P. Ben'Ary, Trial Attorney, do hereby certify that I have served a copy of the foregoing via electronic filing and facsimile to:

David Schertler
601 Pennsylvania Ave, N.W.
North Building, 9th Floor
Washington, DC 20004

　s/Michael P. Ben'Ary　
Michael P. Ben'Ary
Trial Attorney

DECLARATION FROM _____**ALL TECH TITLE**_____
(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is ___MD   CHOUMIL_____
(name of declarant)

     I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

     Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of the business below. We complied with the Grand Jury subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits __1-18__.

     (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

     (2) were kept in the course of the regularly conducted business activity; and

     (3) were made by the regularly conducted business activity as a regular practice.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10-2-07____.
(Date)

_____M. Choumil_____
(Signature of Declarant)
___Mo   CHOUMIL____
(Name of Declarant)

---

    [1] As defined in Fed.R.Evid. 803(6), "record" includes any memorandum, report, record or data compilation, in any form, or acts, events, conditions, opinions or diagnoses. The term "business," as used in Fed.R.Evid. 803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**DECLARATION FROM** – *American Express TRS Co. Inc.*
(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is *Marie Henderson*
(name of declarant)

     I am a United States citizen,  and I am over 18 years of age.  I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

     Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business.  We complied with the Grand Jury subpoena and provided  records responsive to the subpoena.  I have reviewed the records provided.  Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits *D-1* .

       (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

       (2) were kept in the course of the regularly conducted business activity; and

       (3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *July 27th, 2007*
(Date)

                                  *Marie Henderson*
(Signature of Declarant)

                                  MARIE HENDERSON
(Name of Declarant)

---

     As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

<u>DECLARATION FROM</u>      <u>CITIBANK (SOUTH DAKOTA), N.A.</u>

(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is _____Gina Steineke_____.

(name of declarant)

      I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

      Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business. We complied with the Grand Jury subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits _D-2_

      (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

      (2) were kept in the course of the regularly conducted business activity; and

      (3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____July 27, 2007_____.

(Date)

_____Gina Steineke_____

(Signature of Declarant)

                                GINA J. STEINEKE

_____    Citibank (South Dakota), N.A.

(Name of Declarant)      Legal Department/MC 1251

                                  Ph. (605) 331-7459

                                  Fx (605) 330-6745

---

      As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION FROM _Bank of America_

(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is _Kathleen Easterday_

(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business. We complied with the Grand Jury subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits _D 3_.

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _8/2/07_ .

(Date)

_Kathleen Easterday_
(Signature of Declarant)

_Kathleen Easterday_
(Name of Declarant)

---

    As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

DECLARATION FROM    Citibank
                              (Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is ___*Martha Wallis*___
                    (name of declarant)

    I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of the business below. We complied with the Grand Jury subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits _D—4_

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on _9-25-07_ .
                  (Date)

_Martha Wallis_
(Signature of Declarant)
_Martha Wallis_
(Name of Declarant)

---

[1] As defined in Fed.R.Evid. 803(6), "record" includes any memorandum, report, record or data compilation, in any form, or acts, events, conditions, opinions or diagnoses. The term "business," as used in Fed.R.Evid. 803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

2759138.1

**DECLARATION FROM** Countrywide Home Loans.
(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is Mariela Garcia
(name of declarant)

    I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business. We complied with the Grand Jury subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits D-5 / US. v. Irving - 07CR107CPL

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2007
(Date)

_(signature)_
(Signature of Declarant)
Mariela Garcia
(Name of Declarant)

---

    As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**DECLARATION FROM**    Daimler Chrysler

(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is _Samantha Moorer_.

(name of declarant)

      I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

      Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business. We complied with the Grand Jury subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits _D-6_.

      (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

      (2) were kept in the course of the regularly conducted business activity; and

      (3) were made by the regularly conducted business activity as a regular practice.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on _8/6/07_.

(Date)

_Samantha Moorer_

(Signature of Declarant)

_Samantha Moorer_

(Name of Declarant)

---

      As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**DECLARATION FROM** _Discover Financial Services, LLC_
(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is _Melissa Messmer_ .
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business. We complied with the Grand Jury subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits _D-7_ .

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _07-30-2007_ .
(Date)

_[signature]_
(Signature of Declarant)
_Melissa Messmer_
(Name of Declarant)

---

    As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

DECLARATION FROM _____
(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is ___Irene Dolphin___
(name of declarant)

    I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of the business below. We complied with the Grand Jury subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits ___D-20___.

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10|2|07___.
(Date)

_____
(Signature of Declarant)

___Irene Dolphin___
(Name of Declarant)

---

[1] As defined in Fed.R.Evid. 803(6), "record" includes any memorandum, report, record or data compilation, in any form, or acts, events, conditions, opinions or diagnoses. The term "business," as used in Fed.R.Evid. 803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

2759138.1

## DECLARATION FROM    Jimmy's Auto, Inc.

(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is ___James Route Jr___ .

(name of declarant)

     I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

     Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business. We complied with the Grand Jury subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits __D-8__ .

     (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

     (2) were kept in the course of the regularly conducted business activity; and

     (3) were made by the regularly conducted business activity as a regular practice.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9|13|07__ .

(Date)

                                                                   
(Signature of Declarant)
JAMES Route
(Name of Declarant)

---

     As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION FROM *JP Morgan Chase*

(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is _*Jeff Sehr*_.

(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business. We complied with the Grand Jury subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits *D-9* .

   (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   (2) were kept in the course of the regularly conducted business activity; and

   (3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _*9-20-2007*_.

(Date)

*Jeff Sehr*
(Signature of Declarant)
*Jeff Sehr*
(Name of Declarant)

_____

[1] As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**DECLARATION FROM** _National City Mortgage Co._

(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is ___Gail Cales___.

(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business. We complied with the Grand Jury subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits __ _7D-1D_

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7-31-67___.

(Date)

_____

(Signature of Declarant)
_Gail Cales_

(Name of Declarant)

_____

As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION FROM    Nieman Marcus

(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is _Debra Vines_.

(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business. We complied with the Grand Jury subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits _D-11_.

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _7/31/07_.

(Date)

_Debra Vines_

(Signature of Declarant)

_Debra Vines_

(Name of Declarant)

---

As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

### DECLARATION FROM _____Pepco_____

(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is _Cheryl Walker_____.

(name of declarant)

    I am a United States citizen,  and I am over 18 years of age.  I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business.  We complied with the Grand Jury subpoena and provided  records responsive to the subpoena.  I have reviewed the records provided.  Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits D-13 .

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _08/01/2007___.

(Date)

_Cheryl Walker_____

(Signature of Declarant)

_Cheryl Walker_____

(Name of Declarant)

---

    As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

## DECLARATION FROM   PNC  Bank

(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is  ADRIENNE MURRAY.
(name of declarant)

I am a United States citizen,  and I am over 18 years of age.  I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business.  We complied with the Grand Jury subpoena and provided  records responsive to the subpoena.  I have reviewed the records provided.  Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits D-14.

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/23/2007.
(Date)

_____
(Signature of Declarant)
ADRIENNE MURRAY
(Name of Declarant)

_____

As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

# DECLARATION FROM Police Federal Credit Union

(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is _Danny C. Gregg_ .

(name of declarant)

I am a United States citizen,  and I am over 18 years of age.  I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business.  We complied with the Grand Jury subpoena and provided  records responsive to the subpoena.  I have reviewed the records provided.  Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits 1-15.

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _07/30/2007_ .

(Date)

_____

(Signature of Declarant)

Danny C. Gregg

(Name of Declarant)

---

As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses.  The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

DECLARATION FROM    **Village Settlement**

(Business) .

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is __ **David Hahn** _____ .

(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

Our office was in receipt of a United States Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of the business below. We complied with the subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) and 803(6) of the Federal Rules of Evidence effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits __ **D-19** __ .

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/1/07__ .

(Date)

_____

(Signature of Declarant)

David C - Hahn

(Name of Declarant)

---

[1] As defined in Fed.R.Evid. 803(6), "record" includes any memorandum, report, record or data compilation, in any form, or acts, events, conditions, opinions or diagnoses. The term "business," as used in Fed.R.Evid. 803(6) and the above declaration, includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**DECLARATION FROM** *WACHOVIA BANK*

(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is *KELLY MURRAY*.

(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business. We complied with the Grand Jury subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits *D-16*.

  (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

  (2) were kept in the course of the regularly conducted business activity; and

  (3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *8-15-07*.

(Date)

*Kelly Murray*

(Signature of Declarant)

*KELLY MURRAY*

(Name of Declarant)

---

  As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**DECLARATION FROM** *Zale Corporation*
(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is *Kathy Fowler*.
(name of declarant)

I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business. We complied with the Grand Jury subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits *D17B*.

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *8-7-07*.
(Date)

*Kathy Fowler*
(Signature of Declarant)
*Kathy Fowler*
(Name of Declarant)

_____

    As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.

**DECLARATION FROM** *Bailey Banks & Biddle*
(Business)

Pursuant to 28 U.S.C. Section 1746, I, the undersigned declare:

My name is *Steven Fontaine* .
(name of declarant)

    I am a United States citizen, and I am over 18 years of age. I am the custodian of records of the business named above, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    Our office was in receipt of a United States Grand Jury Subpoena, signed by Trial Attorney Karen E. Kelly, requesting specified records of this business. We complied with the Grand Jury subpoena and provided records responsive to the subpoena. I have reviewed the records provided. Pursuant to Rule 902(11) of the Federal Rules of Evidence (FED.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. Dec. 1, 2000)[1], I hereby certify that the documents identified as Government exhibits **D17A** .

    (1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of the regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on *8-7-07* .
(Date)

                                        *Steven Fontaine*
                                      (Signature of Declarant)
                                      *Steven Fontaine*
                                      (Name of Declarant)

---

    As defined in Fed.R.Evid. 803(6), "record" includes memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid.803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.