**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) ) ) ) ) ) | **07-CR-107 (PLF)** |
| v. |  | **Judge Paul L. Friedman** |
| **MICHAEL C. IRVING** |  |  |

**CONSENT MOTION FOR LEAVE TO LATE FILE BY ONE BUSINESS DAY
DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTIONS IN LIMINE**

The Defendant, Michael C. Irving, through counsel, hereby asks leave of this Court to file his opposition to the Government's Consolidated Motions in Limine one business day late.

In a Scheduling Order dated September 24, 2007, the Court set October 5, 2007, as the due date for motions *in limine* and October 10, 2007, as the due date for any responses to said motions *in limine*. Counsel for Mr. Irving requests leave of this Court to file their response to the Government's motions *in limine* one day late (Thursday, October 11 as opposed to Wednesday, October 10).

The Government does not oppose this motion and represents that if Mr. Irving files on October 11, 2007, the Government will file on October 11 as well.

WHEREFORE, the Defendant respectfully requests that this Court grant him leave to late file his opposition to the Government's Consolidated Motions in Limine.

2

Date:  October 10, 2007

Respectfully submitted,

SCHERTLER & ONORATO, LLP

_____/S/_____
David Schertler (DC Bar #367203)
David Dickieson (DC Bar #321778)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | **07-CR-107 (PLF)** |
| v. | ) ) ) | **Judge Paul L. Friedman** |
| **MICHAEL C. IRVING** | ) ) ) ) | |

## ORDER

Upon careful consideration of Defendant's Consent Motion for Leave to Late File By One Business Day Defendant's Opposition to Government's Motions in Limine, the Motion is hereby GRANTED this _____ day of _____, 2007.

SO ORDERED.

_____     _____
Date                                                                     The Honorable Paul L. Friedman
                                                                                  US District Court Judge