UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | |
| v. ) | Criminal No. 07-107(PLF) |
| ) | |
| MICHAEL C. IRVING ) | |
| ) | |
| Defendant . ) | |

**GOVERNMENT'S REPLY TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE
THE GOVERNMENT FROM ARGUING TAX POLICY ISSUES**

The defendant, whose significant wages were funded primarily by the taxes that his fellow District of Columbia residents paid on their wages, seeks to prohibit the Government from making arguments relating to the importance of voluntary compliance with the tax system. In the "Legal Analysis" section of defendant's motion in limine, defendant fails to cite even one case, statute or rule. This is because there are no cases, statutes or rules that would support such a prohibition.

Defendant is charged with, among other things, criminal violations of the tax laws, including tax evasion. The Government's evidence in the present case will show that the defendant knowingly evaded his federal and District of Columbia tax responsibilities, even though his paychecks, which grew as high as $180,000 per year, were funded by other citizens' taxes. In order to properly analyse the evidence in this case, the jury will need to be instructed on some relevant principles of tax administration, and the Government expects to request such jury instructions. Defendant's motion in limine should be denied because it is wholly without support, but also because concepts of tax administration are necessarily implicated in this case,

and the Government should not be prohibited from raising relevant issues at trial.

For the reasons stated above, the Defendant's Motion in Limine should be denied.

Respectfully submitted,
John Marrella
Deputy Assistant Attorney General
For Criminal Matters


 s/Michael P. Ben'Ary
Michael P. Ben'Ary
Karen E. Kelly
Trial Attorneys
