UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-107 (PLF) |
| | ) | |
| MICHAEL C. IRVING, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the Application of Michael C. Irving for an order authorizing issuance of a subpoena pursuant to Fed. R. Crim. Proc. 17(c), which is not opposed by the United States, it is hereby

ORDERED (a) that a subpoena is approved for issuance and service by counsel for defendant Michael C. Irving as modified by the Court in Attachment A hereto; (b) that the subpoena designate the date of October 22, 2007, as the date for the return of documents; and (c) any motion to quash the subpoena in whole or in part must be filed and served by the Metropolitan Police Department or the District of Columbia government within 72 hours of its service.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  October 15, 2007

ATTACHMENT

YOU ARE COMMANDED TO BRING WITH YOU THE FOLLOWING DOCUMENTS:

1. All payroll records[1] relating to Michael C. Irving during the period January 1, 2000 to the present, including, but not limited to:

   a. District of Columbia Forms D-4
   b. Internal Revenue Service Forms W-4
   c. Any documents relating to Mr. Irving's claim that he was "exempt" from D.C. or federal taxes
   d. Any transmittal payroll records relating to Michael C. Irving indicating, for example, any action taken or to be taken by the Payroll Unit with respect to Detective Irving.

2. All payroll records from 2000 to the present relating to full-time employees who asserted the claim that they were exempt from D.C. or federal taxes.

3. All payroll records from 2000 to the present relating to the following Metropolitan Police Department employees:
Jamelle Green a/k/a Jamelle Stallings

   a. Jamelle Green a/k/a Jamelle Stallings
   b. Michael Muhammad a/k/a Michael Matthews
   c. Eugene Lonon
   d. Daryl Richmond
   e. Alexander Shephard

4. Any affidavits submitted by any Metropolitan Police Department employee from 2000 to the present asserting that the employee was "exempt" from D.C. or federal taxes.

5. Any payroll record purporting to be a policy manual or other document setting forth the policies and practices of the Metropolitan Police Department Payroll Department with respect to:

   a. the handling of Forms W-4, W-2;
   b. withholding of taxes from employees;
   c. signature requirements on tax forms; and
   d. forged documents.

---

[1] DEFINITION: "Payroll records" are defined as documents submitted to, prepared by, filed or stored within, or passing through the Payroll Department of the Metropolitan Police Department, including electronic records, such as e-mails or faxes, and ordinary documents.

      6.  For the period 2000 to the present, any payroll record relating to any Metropolitan Police Department employees' attempt to protest taxes, avoid a tax or a withholding obligation, aid or abet another employee in avoiding a tax, or relating to a forged signature on any D.C. or federal tax form.