UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-107(PLF) |
| ) | |
| MICHAEL C. IRVING ) | |
| ) | |
| Defendant . ) | |

## JOINT STATEMENT OF THE CASE

The parties hereby submit this joint statement of the case, to be read by the Court to the jury at the outset of the trial. The language in italics contain information proposed to be included in the statement by the defendant to which the government objects:

The defendant, Michael C. Irving, is a homicide detective with the Metropolitan Police Department. The Indictment charges that Detective Irving filed two false claims for refund from the United States to which he was not entitled, attempted to evade the income taxes that he owed to the United States and the District of Columbia for 2003 through 2005, and Fraud.

Specifically, Counts One and Two charge the defendant with making a false claim for a tax refund of $32,732 from the United States by filing false tax returns in 2003; Counts Three through five charge defendant with attempted tax evasion of his federal income taxes for 2003 through 2005 and Counts Six through Nine charge violations of the law of the District of Columbia- Fraud in the First Degree and Attempted Tax Evasion of District of Columbia Income Taxes for tax years 2003 through 2005.

Detective Irving has pled not guilty.

*and denies that he acted with criminal intent.  Detective Irving does not dispute that he*

*filed tax forms in which he claimed he was exempt from taxes. However, Detective Irving disputes that he did any of the action in this case with criminal intent. Detective Irving states that he relied upon the advice and paperwork provided by others whom he believed to be more knowledgeable about taxes.*

At the end of the case, I will instruct you on the elements of each charge, and the law that you are to consider in determining the facts of this case.

Respectfully submitted,

 s/Michael P. Ben'Ary
Michael P. Ben'Ary
Karen E. Kelly
Trial Attorneys
US Department of Justice
Tax Division-Criminal
601 D Street, NW
Washington, DC 20530
(202) 616-3864

_____
David Schertler
David Dickieson
Schertler & Onorato, LLP
601 Pennsylvania Avenue, NW
North Building-9th Floor
Washington, DC 20004-2601
