| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE 10/17/07 | PLACE | Metropolitan Police Department 300 Indiana ave. Washington, D.C. 20004 |
| SERVED | DATE 10/17/07  4:00pm | PLACE | Metropolitan Police Dept 300 Indiana ave. Washington, D.C. 20001 |
| SERVED ON (PRINT NAME) Stephen Rubin, Statistical Asst | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO  AMOUNT $ _____ | |
| SERVED BY (PRINT NAME) Mikhail Lezhnev | | TITLE Process Server | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  10/17/07
DATE

_M._____
SIGNATURE OF SERVER

601 Pennsylvania Ave, N.W.
ADDRESS OF SERVER
Washington, D.C. 20004

ADDITIONAL INFORMATION