| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE<br>10/18/07 | PLACE Office of Pay + Retirement Serv<br>441 4th St<br>Washington, D.C. 20004 |
| SERVED | DATE<br>10/18/07  9:56 am | PLACE Office of Pay + Retirement Services<br>441 4th St<br>Washington, D.C. 20004 |
| SERVED ON (PRINT NAME)<br>Chris LaCour, Deputy Director | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME)<br>Mikhail Lezhnev | | TITLE<br>Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   10/18/07
                    DATE

SIGNATURE OF SERVER

601 Pennsylvania Ave, N.W.
ADDRESS OF SERVER
Washington, D.C. 20004

ADDITIONAL INFORMATION