IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **07-CR-107 (PLF)** |
| ) | |
| v. ) | **Judge Paul L. Friedman** |
| ) | |
| **MICHAEL C. IRVING** ) | |

**DEFENDANT'S RESPONSE TO
GOVERNMENT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF
DEFENDANT'S AWARDS AND COMMENDATIONS**

Michael C. Irving, through undersigned counsel, respectfully files this supplemental response to the "*Government's Motion in Limine to Exclude Evidence of Defendant's Awards and Commendations.*"  For the reasons set forth below, we submit that Detective Irving should be allowed to present evidence of his awards and commendations.

**I.   LEGAL ANALYSIS**

During his years as a detective with the Metropolitan Police Department, Detective Irving has been presented with numerous awards and commendations by both the Metropolitan Police Department and by the Department of Justice United States Attorney's Office.  A number of the awards presented by the U.S. Attorney's Office commend Detective Irving for his "adherence to the highest standards of professional law enforcement in the pursuit of justice in the United States of America."

The Government has moved *in limine* to preclude the admission of these commendations and awards.  We disagree.  In *Michelson v. United States*, 335 U.S. 469, 476 (1948), the Supreme Court stated that a defendant "may introduce affirmative testimony that the general estimate of his character is so favorable that the jury may infer that he would not be likely to

commit the offense charged" and that in some cases "such testimony alone . . . may be enough to raise a reasonable doubt of guilt." *Id*. Furthermore, the trial court has considerable discretion to determine whether such commendations and awards are admissible to show a pertinent character trait. *United States v. Washington*, 106 F.3d 983, 992 (D.C. Cir. 1997).

In this case, the essence of the underlying charges against the defendant raises issues as to his character for both honesty and his proclivity to be law-abiding. We submit that the commendations that Detective Irving received from the Department of Justice as well as the Metropolitan Police Department are pertinent to both character traits. As a detective, Detective Irving's responsibilities involve not only his investigative skills, persistence and diligence, but also relate to his trustworthiness and proclivity to abide by the law. When the same Department of Justice now prosecuting Detective Irving has in the past recognized him for his "adherence to the highest standards of professional law enforcement in the pursuit of justice in the United States of America," it necessarily vouches for his credibility as a witness, his honesty in presenting evidence and testimony to prosecutors and in court, as well as his proclivity to himself abide by the laws and rules placed upon him in carrying out his duties. For these reasons, we submit that evidence of Detective Irving's commendations and awards are relevant to his character traits for honesty and his proclivity to be law-abiding, traits which directly impact on the charges brought against him, even if those charges result from conduct outside Detective Irving's scope of duty as a police investigator. Thus, they should be admissible to demonstrate those traits.

## II.  CONCLUSION

WHEREFORE, for these and such other reasons as the Court may deem relevant, we hereby request that the Court deny the *Government's Motion in Limine to Exclude Evidence of Defendant's Awards and Commendations*.

                                         Respectfully submitted,

                                         MICHAEL IRVING

                                         By his attorneys,

                                         _____/s/_____
                                       David Schertler
                                       David H. Dickieson
                                       SCHERTLER & ONORATO, LLP
                                       601 Pennsylvania Avenue, N.W.
                                       Suite 900 – NORTH Building
                                       Washington, D.C.  20004
                                       Telephone:  (202) 628-4199
                                       Facsimile:   (202) 628-4177

Dated:  October 18, 2007