NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                                 Criminal Number   1:07-cr-00107-PLF

**MICHAEL C. IRVING**
            (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

DeMaurice F. Smith  (Bar ID # 432554)
            _(Attorney & Bar ID Number)_
Patton Boggs, LLP
            _(Firm Name)_
2550 M Street, NW
            _(Street Address)_
Washington, DC 20037
   _(City)_           _(State)_           _(Zip)_
(202) 457-6000
            _(Telephone Number)_