UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 07-107 (PLF) |
| ) | |
| MICHAEL C. IRVING, ) | |
| ) | |
| Defendant. ) | |

ORDER

The Court has before it Defendant's Motion for a Court Order to Disclose Tax Return Information of Specific Individuals [17]. Upon consideration of that motion, the government's opposition, the representations of counsel in open court, and the provisions of 26 U.S.C. Section 6103(i)(4)(A)(ii), the defendant's motion is hereby GRANTED. It is hereby

ORDERED that the United States shall obtain from the Internal Revenue Service and disclose before trial the following information pursuant to Rule 16 of the Federal Rules of Criminal Procedure and Brady v. Maryland, 373 U.S. 83 (1973), and its progeny: For the period 1998 through 2006, the "returns" and "taxpayer return information" (as those terms are defined in 26 U.S.C. Section 6103(b)) for the following individuals: (1) Eugene N. Lonon; (2) Stephen August Harris; (3) Darryl B. Richmond; (4) Michael G. Muhammad (a.k.a. Michael Matthews); and (5) Jamell A. Greene (a.k.a. Jamell Stallings). It is

FURTHER ORDERED that the United States shall obtain and disclose any correspondence sent from these individuals to the Internal Revenue Service and any

correspondence sent from the Internal Revenue Service to these individuals. An oral or written opinion will follow.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 19, 2007