**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 07-107(PLF)** |
| _____ ) | |
| **MICHAEL C. IRVING** ) | |
| ) | |
| **Defendant .** ) | |

**GOVERNMENT'S PROPOSED SUPPLEMENTAL VOIR DIRE**

        The Government respectfully requests that the Court include the following supplemental question in the voir dire of prospective jurors pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure:

1.      People have varying feelings about paying taxes and the tax system, both locally and federally.  Nonetheless, this case is not a referendum on the tax laws, or about how you feel about the tax system in place in this country, or the tax system in place in the District of Columbia.  You are not to consider your own feelings about whether you like the current tax system, whether you agree with the current tax laws, or whether you feel that paying taxes in the United States, or in the District of Columbia is fair. You may not consider those personal feelings when assessing the facts and applying the law in this case.  The Court will instruct on the law that you will apply.  Is there anyone who cannot put aside their feelings about the tax system and consider only the facts in this case, and the law as the Court instructs you.

Respectfully submitted,

John Marrella
Deputy Assistant Attorney General
For Criminal Matters


 s/Michael P. Ben'Ary
Michael P. Ben'Ary
Karen E. Kelly
Trial Attorneys