IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 07-CR-107 (PLF) |
| ) | |
| v.    ) | Judge Paul L. Friedman |
| ) | |
| ) | |
| MICHAEL C. IRVING   ) | |

DEFENDANT IRVING'S MOTION IN LIMINE TO PRECLUDE THE
GOVERNMENT FROM PRESENTING A PERSONAL EXPENDITURES CHART

NOW COMES the Defendant, Michael C. Irving, through undersigned counsel, and hereby moves this Court, *in limine*, to proscribe the Government from improperly appealing to the passions of the jury by summarily depicting how Detective Irving spent his income during the time that he believed he was "exempt" from taxes. The Government has indicated that they intend to produce a summary Chart which purports to show how Detective Irving spent his salary during the time period at issue in this case. *See* Government's proposed Chart attached hereto. The reasons supporting this motion in limine are set forth below.

I. FACTUAL BACKGROUND

The Defendant, Michael C. Irving, was charged by indictment with nine criminal counts: (1) Two counts of making a false claim for a refund in violation of 18 U.S.C. § 287; (2) Three counts of attempting to evade federal income tax in violation of 26 U.S.C. § 7201; (3) One count of fraud in violation of 22 D.C. Code § 3221(a); and (4) Three counts of evading District of Columbia income taxes in violation of 47 D.C. Code § 410(a). The charges arise from the Government's allegation that for several years, from 2003 through 2005, Mr. Irving intentionally failed to file tax returns and did not pay federal and District income taxes during those years.

Mr. Irving is charged with violations of both the federal and the District of Columbia tax code. There is no dispute that Detective Irving legitimately earned all of his sources of income, nor is there any dispute that the expenses identified on the Chart are legal expenses and not in violation of any law.

## II. ANALYSIS

Detective Irving has the right to a trial where the jury's decision is founded on the strength of the Government's case against him and not on an emotional response to a Government argument that Detective Irving spent money on luxury items or was a "big spender." How a defendant spends money is not relevant to any of the elements of the alleged crimes included in the indictment, and it is imperative to Detective Irving's fair trial rights that his case is adjudicated on fact and law as opposed to emotions. Any discussion or arguments by the Government of such matters would be a clear attempt to appeal to the passions of the jury and detract from the relevant issues at trial, such as whether Detective Irving acted under the requisite intent.

The Chart indicates without qualification that Michael Irving spent $454,147.00 during the period 2003 through 2005. During that same period of time, Detective Irving earned legitimate income of $471,026.59 from his position with the Metropolitan Police Department. In addition, he had rental income and he refinanced his home. The manner in which Detective Irving spends his legitimate income is irrelevant to the facts of this case. He was also married and had a child during that time period – are these expense issues that the Government is going to ask the jury to consider when they evaluate this Chart or when they evaluate the case?

To introduce this Chart into evidence the Government will be forced to present the testimony of the IRS agent who rooted around in Detective Irving's personal finances to explain

how he put these numbers together. One can easily imagine a trial within a trial to determine whether the IRS agent computed these numbers correctly, classified the categories correctly, and presented the data correctly. We submit that the IRS Chart fails any serious evaluation of its accuracy. Such a trial within a trial would be a huge distraction and a gross waste of the jury's time.

The Government's attempt to tar Detective Irving as a big spender is done in the crudest fashion where undefined credit card payments and cash withdrawals for unspecified reasons constitute the bulk of the expenses presented in the Chart. The Government has contradicted its own premise when it previously produced a document from National City Mortgage wherein Detective Irving indicates that he had to pay various expenses for his mother because of her "financial trouble." See Exhibit 2 attached hereto. It is shocking that the Government prosecutors believe that it is necessary to delve into and distort these personal financial matters to prosecute this case. The Government's creation of the chart is designed to elicit a visceral response from the jury where none is warranted and none should be allowed.

WHEREFORE, for these and such other reasons as the Court may deem relevant, we hereby request that the Court preclude the Government from using the attached Chart during the trial or from discussing the personal expenditures of the Defendant.

                                          Respectfully submitted,

                                          _____/s/ David H. Dickieson_____
                                          David Schertler (DC Bar #367203)
                                          David Dickieson (DC Bar #321778)
                                          Schertler & Onorato, LLP
                                          601 Pennsylvania Avenue, NW
                                          North Building, 9th Floor
                                          Washington, DC 20004
                                          Telephone: (202) 628-4199
                                          Facsimile: (202) 628-4177

                                          *Attorneys for Michael C. Irving*

Dated: October 21, 2007



January 25, 2005

To:     National City Mortgage

From:   Michael Irving

I send all of my important information to 1510 Webster St. which is my Mothers house. I live in an apartment and the mail sometime gets misdirected.

In the beginning of 2004 my mother ran into some financial trouble so I had to help her as well as pay own bills. I refinanced my house in June or 2004 to pay off her debits and some of mine and I have been on track ever since.

Michael Irving

*[signature]*