UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v.       )       Criminal No. 07-107 (PLF)<br> )<br>MICHAEL C. IRVING,   )<br> )<br>Defendant.   )<br> ) | |

ORDER

Upon consideration of the application of Michael C. Irving for an order authorizing issuance of a subpoena pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, it is hereby

ORDERED (a) that a subpoena is approved for issuance and service by counsel for defendant Michael C. Irving; (b) that the subpoena designate the date of February 1, 2008, as the date for the return of documents; and (c) any motion to quash the subpoena in whole or in part must be filed and served by the District of Columbia Retirement Board or the District of Columbia government within 72 hours of its service. Any such motion shall be filed both in this case and in Misc. No. 07-427.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 16, 2008