**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **07-CR-107 (PLF)** |
| v. ) | **Judge Paul L. Friedman** |
| ) | |
| **MICHAEL C. IRVING** ) | |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| ) | **1:07-mc-427** |
| v. ) | **Magistrate Judge Deborah A. Robinson** |
| ) | |
| **MICHAEL C. IRVING** ) | |

## PARTIAL CONSENT MOTION TO CONTINUE

The Defendant, Michael C. Irving, through counsel, hereby requests this Court to continue the hearing scheduled in this matter for January 29, 2008 at 3 p.m. Although there are three counsel for Mr. Irving, all three of the counsel are currently away from Washington on three separate business matters in Florida, Alaska and North Carolina. Only Attorney Dickieson is expected to return to Washington, D.C. prior to the status conference time, but he is already scheduled to begin a three day hearing in Superior Court on the morning of January 29, 2008. No party will be prejudiced by this request for continuance and the continuance would be in the best interests of justice.

Counsel for the Defendant has contacted counsel for the District of Columbia, who has consented to this motion. Counsel for the Defendant has attempted to contact counsel for the United States but has been unable to reach her.

2

      WHEREFORE, the Defendant respectfully requests that this Court continue the hearing scheduled for January 29, 2008.

Date:  January 28, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　SCHERTLER & ONORATO, LLP


　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　David Schertler (DC Bar #367203)
　　　　　　　　　　　　　　　　　　　　　David Dickieson (DC Bar #321778)
　　　　　　　　　　　　　　　　　　　　　601 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　　North Building, 9th Floor
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 628-4199
　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 628-4177

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **07-CR-107 (PLF)** |
| v. | ) | **Judge Paul L. Friedman** |
| | ) | |
| **MICHAEL C. IRVING** | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA** | ) | |
| | ) | **1:07-mc-427** |
| v. | ) | **Magistrate Judge Deborah A. Robinson** |
| | ) | |
| **MICHAEL C. IRVING** | ) | |

## ORDER

Upon consideration of Defendant's motion to continue hearing, IT IS HEREBY ORDERED that the hearing scheduled in this matter for January 29, 2008 is RESCHEDULED for _____.

SO ORDERED.

_____       _____
Date                                                                          US District Court Judge