IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | 07-CR-107 (PLF) |
| v. | ) ) ) | Judge Paul L. Friedman |
| MICHAEL C. IRVING | ) ) ) | |

## MOTION TO ASCERTAIN TRIAL DATE

Defendant Michael C. Irving ("Mr. Irving"), through undersigned counsel, hereby moves this Honorable Court to ascertain the trial date in the above-captioned matter. The reasons supporting this motion are set forth below.

As the Court knows, trial in this matter is currently set for March 31, 2008. That trial date was set last October, when the Court continued the case based upon the Government's inability to provide the defense with certain discovery information that the defense had requested. When setting the March 31, 2008 trial date, counsel for Mr. Irving informed the Court that he had a six-week civil matter set for trial before the Honorable Gladys Kessler that was to begin on February 11, 2008 and that counsel expected that trial would end some time in mid-to-late March. That case, captioned *Securities and Exchange Commission v. Charles Johnson, et al.*, Case No. 05-cv-00036 (GK), is a four co-defendant civil action brought by the SEC. David Schertler, counsel for Mr. Irving, represents one of the four defendants, Joseph Michael Kennedy, in the SEC action.

In early December 2007, Judge Kessler informed the parties in the SEC civil action that she would have to move the trial date from February 11 to March 3 to accommodate a criminal

trial that took precedence over the civil matter.  At the same time, counsel for one of the other codefendants in the SEC civil action, John Tuli, moved for a severance and continuance based upon health issues related to Mr. Tuli's lead counsel in the case.  Judge Kessler granted that motion and set Mr. Tuli's trial for July 7, 2008.  Mr. Schertler also asked Judge Kessler to sever Mr. Kennedy's trial and try Mr. Kennedy with Mr. Tuli on July 7, 2008, in light of Mr. Irving's criminal trial, which was scheduled for March 31, 2008.  Mr. Schertler informed Judge Kessler that given the fact that the SEC civil action was expected to last six weeks and was now changed to begin on March 3, it would conflict with Mr. Irving's trial date.

In late December 2007, Judge Kessler denied Mr. Schertler's motion to sever and postpone Mr. Kennedy's trial date in the SEC civil action.   In doing so, Judge Kessler informed Mr. Schertler that she had spoken with Judge Friedman and that he was agreeable to postponing Mr. Irving's trial date in light of the circumstances.

Mr. Schertler just completed a five-week trial in the Eastern District of North Carolina.  Because of that trial, Mr. Schertler did not appear at the status conference held before this Court on January 19, 2008, when this issue was raised.  Another status conference is set for February 21, 2008, and counsel for Mr. Irving is filing this motion to raise the issue of counsel's current conflict in trial dates and to ask the Court to address the issue of the trial date so that the trial date can be ascertained at the February 21, 2008 status conference, in order for all parties to effectively and efficiently prepare for trial.

.

WHEREFORE, the Defendant respectfully requests that this Court ascertain the trial date in the current case at the February 21, 2008 status conference.

        Respectfully submitted,

        SCHERTLER & ONORATO, LLP

        _____/s/_____
        David Schertler (DC Bar #367203)
        David Dickieson (DC Bar #321778)
        601 Pennsylvania Avenue, NW
        North Building, 9th Floor
        Washington, DC 20004
        Telephone: (202) 628-4199
        Facsimile: (202) 628-4177

Date:  February 14, 2008