UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 07-107 (PLF) |
| MICHAEL C. IRVING, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

On October 22, 2007, the Court set this case for trial before a jury beginning on March 31, 2008. At a status conference on February 21, 2008, defense counsel orally moved to continue the trial date on the ground that unforeseeable scheduling conflicts had arisen which would preclude him from participating in the trial were it to begin on March 31, 2008. The Court then explained to defendant Michael C. Irving the implications of the motion to continue for his right to a speedy trial. Defendant Irving indicated that he understood that right, and orally waived it until May 5, 2008. In light of defendant Irving's representations, the Court found that this waiver was in the interests of justice because it would ensure that defendant Irving would be represented by counsel of his choice at trial. See 18 U.S.C. § 3161(h)(8)(B)(iv) (when determining whether to grant a continuance, a Court may consider "[w]hether the failure to grant such a continuance . . . would unreasonably deny the defendant . . . continuity of counsel"). The Court granted the motion and continued the trial until May 5, 2008.

Accordingly, it is hereby

ORDERED that Defendant's Motion to Ascertain Trial Date [70] is DENIED as moot; it is

FURTHER ORDERED that defendant's oral motion to continue the trial date is GRANTED; it is

FURTHER ORDERED that the current trial date, March 31, 2008, is VACATED; it is

FURTHER ORDERED that this case is set for trial before a jury beginning on May 5, 2008 at 9:30 a.m. Trial is expected to last two weeks; and it is

FURTHER ORDERED that the parties shall appear for a status conference on April 11, 2008 at 9:30 a.m.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 22, 2008