UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-107(PLF) |
| ) | |
| MICHAEL C. IRVING ) | |
| ) | |
| Defendant . ) | |

**JOINT PROPOSED VOIR DIRE**

The Government and Defendant respectfully request that the Court include the following in its voir dire of prospective jurors pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure.

I. General Statement of the Case

This is a criminal case. The defendant has been charged with violating certain provisions of the criminal laws of the United States. This charge is contained in an indictment which was voted by a Grand Jury. The indictment is not evidence itself but is a charge which the Government is required to prove beyond a reasonable doubt. More specifically, the violations charged in the indictment are that the defendant Michael Irving filed false claims for federal and District of Columbia tax refunds, and willfully attempted to evade federal and District of Columbia income taxes due on income he earned during the years 2002, 2003, 2004, 2005.

The defendant has been charged in an indictment. An indictment is just the

formal way of informing a defendant of the nature of the charges against him. You are not to consider the indictment as any indication of guilt. In a criminal trial, every defendant is presumed to be innocent; this presumption remains with him throughout the trial, unless and until he is proven guilty beyond a reasonable doubt. The burden of proving him guilty beyond a reasonable doubt rests with the government, and the burden never shifts during the course of a trial; a defendant need not prove his innocence or produce any evidence, or testify. Now, those principles of law will underlie the trial of this case. Is there anyone who feels that they will be unable to follow those principles of law if selected as a juror in this trial?

We are about to select from among you the jurors who will sit in this case. Both sides are entitled to know something about the people who sit as jurors. The law provides this procedure to insure that both the Government and the defendant receive the fairest possible trial. For this reason, I am going to ask you certain questions. They are not meant to embarrass you in any way, but only to elicit the basic information necessary to permit the parties and the Court to make an informed choice of jurors for the case.

## II. The Parties

1. Will every member of the jury panel who understands the English language please raise their right hand?

2. The defendant's full name is Michael Irving. He presently lives at 1511 Longfellow Street, N.W. in Washington, D.C. and has also resided at 1510 Webster

Street, N.W. in Washington, D.C.  For the past 18 years, he has been employed with the Metropolitan Police Department.  The defendant is represented by attorneys David Schertler and David H. Dickieson, of Schertler & Onorato, located at 601 Pennsylvania Avenue, N.W., Washington, D.C. and DeMaurice Smith of the law firm of Patton Boggs.  Do any of you know the defendant, Mr. Schertler, Mr. Dickieson or Mr. Smith?

    3.    The United States Government is represented in this case, as in all cases, by the United States Department of Justice.  Actually appearing in this case will be United States Department of Justice Trial Attorneys Karen Kelly and Michael Ben'Ary.  Assisting them will be IRS Special Agent Christine Morrison.  Does any juror know, or has any juror had any dealings, directly or indirectly, with Ms. Kelly, Mr. Ben'Ary or with any other member of the staff of the United States Department of Justice or with Special Agent Morrison?

    4.    Do any of you have a problem with your hearing or vision, or any other health problems which would prevent you from giving full attention to this trial?

    5.    This case is expected to last approximately two weeks.  Does anyone have any obligations that can't be changed that would prevent them from giving their full attention to this matter for two weeks?

    6.    This case involves possible criminal violations of the Internal Revenue Code, which are federal laws.  This is not a civil proceeding.  Is there anything about this type of case that would make you hesitate to sit on a jury?

7. During the trial, the Government will present evidence in the form of witness testimony. The Government expects that the following witnesses will be called to testify: [The Government requests that the Court read the list of witnesses provided]. Do any of you know any of the people I have just named?

8. During the trial, the defendant will present evidence in the form of witness testimony. The defendant expects that the following witnesses will be called to testify: [The defendant requests that the court read the list of witnesses provided]. Do any of you know any of the people I have just named?

9. Do any members of the jury panel know any other member of the panel, for example from work, school, socially, or one's neighborhood?

10. If it should come to pass, after you have heard all the evidence, arguments of the lawyers and my instructions in the law - if you are then persuaded by the trial itself that the defendant is guilty of any of the charges beyond a reasonable doubt, then it would be your duty to vote guilty on that count. Is there anyone who feels that they would be unable to carry out that duty?

11. On the other hand, if after you have heard all the evidence, the arguments of the lawyers and my instructions in the law - if you then have a reasonable doubt as to the defendant's guilt of any of the charges, then you must vote not guilty on that count. Is there anyone who feels that they would be unable to carry out that duty?

12. Are any of you familiar with the facts of this case, either through

newspapers, radio, online news publications or any other source?

13. In this case, police officers will be witnesses. Would any of you be inclined to give greater or lesser weight to a police officer's testimony than that of any other witness simply because he or she is a police officer?

### III. Individual Questions For Each Juror

14. What is your marital status?

15. Do you have any children? If so, what are their ages and what do they do?

16. What is the length of your residence at your present address? (If less than five years, please inquire as to prior residence).

17. What is your present occupation? (If retired, please inquire as to former occupation).

18. What is the name of your employer?

19. What are your position and responsibilities at your employment?

20. How long have you been employed in your current employment? (If present employment is for less than five years, please inquire as to prior employment).

21. (If married) What is your spouse's profession, business or occupation? (If spouse is retired, please inquire as to occupation before retirement).

22. Have you had any training in accounting?

23. What particular television programs do you watch on a regular basis,

if any?

24. Is any member of your family or is a close friend employed by any law enforcement agency? Would your dealings with this person prevent you from rendering a fair and impartial verdict here?

25. Is any member of the jury panel or their close friends or family presently or previously employed by any law enforcement agency? Law enforcement agency includes any police department, in or outside the District, special police officers, U.S. Attorney's Office, D.C. Corporation Counsel, correctional officers, Department of Justice, U.S. Marshals Service, Sheriff's Departments, Internal Revenue Service, U.S. Secret Service, probation office, parole office.

26. Additionally, is any member of the jury panel or their close friends or family presently or previously employed by the courts, D.C. Superior Court or the U.S. District Court?

27. Have any of you, any members of your family, or any close friends, had an experience with the police, or with any person associated with or employed by the United States Attorney's Office or the Court, which would make it difficult for you to be a fair or impartial juror in this case?

28. Is any member of the panel, their family or close friends either a lawyer or someone who has studied law in a law school?

29. Have you ever at any time served as a member of a grand jury,

whether in the federal, state or county courts?

30. Have you ever served as a juror in either the state or federal courts?

(a) If so, when and in what court did you serve? What type of case?

(b) Without telling us what the verdict was, did the jury reach a verdict?

(c) Was there anything about that experience that would impact on your ability to sit as a fair and impartial juror in this case?

31. Have any of you or has a relative or close friend ever been involved or appeared as a witness at trial, or before the grand jury, or before a legislative committee, licensing authority, or governmental agency?

(a) If so, would anything about your or their experience prevent you from being fair and impartial in this case?

32. Do any of you now, or have you within the past five years belonged to or participated in any crime prevention groups, such as neighborhood watch organizations, orange hat groups, or any other crime prevention groups?

33. Have you, or has any member of your family, or close friend, ever been charged with or convicted of a crime or been the subject of any investigation by a federal or state law enforcement agency or while in the military?

(a) If so, would you briefly state the circumstances of such

charge, investigation or accusation? (It is respectfully suggested that jurors be allowed to discuss this matter with the Court and counsel in the robing room, if they prefer.)

34. Has any one of you ever been party to any civil dispute with the federal government, including such things as disputes with the Internal Revenue Service over income tax due or disputes with the Immigration and Naturalization Service?

35. Have you or any members of your family or any close friends to the best of your knowledge, had any good or bad experiences with the Internal Revenue Service, the Department of Justice, the District of Columbia Office of Tax and Revenue or any agency of the United States or District of Columbia Governments that would or could prejudice you for or against the Government?

36. Have you, your close friends, or relatives ever been audited or assessed a penalty by the Internal Revenue Service? If so:

    (a) How long ago?

    (b) Was the matter resolved to your satisfaction?

    (c) Were you treated fairly and courteously by Government officials?

    (d) Do you hold any grudges against the Government or against Government officials?

37. Is there anyone who holds strong personal or philosophical feelings about the tax system of the United States of America? If so, what are your feelings?

38. Are you, or any of your close friends or relatives, affiliated with, or a

member of any group or organization, whether formal or informal, which is engaged in the study of or protest against the federal tax laws or the federal tax policy generally?

39. Do any of you normally prepare your own tax returns?

40. Do any of you normally prepare tax returns for other people?

41. The accused in this case is a Metropolitan Police Department Homicide Detective. Has anyone had any interaction with the accused during his employment at the Metropolitan Police Department?

42. Have any of you had an experience with the police or someone from a law enforcement agency that would affect your ability to be fair and impartial in this case?

43. Under our system of justice the facts are the province of the jury and the law the province of the Court. These two provinces are separate and distinct and just as I may not encroach upon your province, you may not encroach upon mine. In other words, when I give you the law at the close of this trial you are required to accept the law as stated. With this in mind, is there any juror who feels that for any reason he or she is not either willing or able to apply the law as stated by the Court?

44. The law does not permit you to consider the issue of punishment because there are factors, having nothing to do with this trial, which will determine the appropriate sentence, if any. Will each juror accept the proposition of law that the question of punishment is for the Court alone to decide, and that possible punishment

must not enter into the deliberations of the juror as to guilt or innocence of the defendant?

   45. Will each juror accept the proposition of law that sympathy must not enter into the deliberations of the juror as to guilt or innocence of the defendant, and that only the evidence produced here in Court may be used by you to determine the guilt or innocence of the defendant?

   46. Do any of you believe that a police officer should be held to a higher level of compliance on tax matters than an ordinary citizen?

   47. Do any of you believe that a police officer should be held to a lower level of compliance on tax matters than an ordinary citizen?

   48. To reach a verdict, every juror must agree on the verdict. That is, any verdict must be unanimous. In deliberations, you must consider the opinions and points of your fellow jurors. In the final analysis, however, you must follow your own conscience and be personally satisfied with any verdict. Would any of you have difficulty expressing your own opinions and thoughts about this case to your fellow jurors?

   49. Do any of you have any religious, moral, social, political or philosophical or any other beliefs that would interfere with your ability to pass judgement on another person or to serve as a member of this jury in returning a fair and impartial verdict based solely on the evidence?

   50. Is any juror aware of any reason other than those that I have previously raised which leads you to believe that you cannot render a fair and impartial

verdict here, without sympathy or prejudice?

    IV. <u>Requested Instructions Following Impaneling of the Jury</u>

    It is your duty not to discuss this among yourselves or with others, or to permit others to speak to you about this case. In fact, the defendant, his attorney, and the Government's attorneys have all been instructed not to speak with you at all. So don't be surprised if they fail to acknowledge your presence if you should see them at times when the trial is not in progress. They are not being rude to you; there are simply following my instructions. Should you find yourselves in the presence of other persons who are discussing the case it is your duty to remove yourself from that discussion.

    If any person should attempt to communicate with you about this case any time throughout the trial, you must immediately report that to me, and to no one else.

  V. <u>Additional Questions Requested by the Government but Objected to by the Defendant</u>

  51. Have you ever had an unpleasant experience with any Federal law enforcement officer?

  52. Do any of you disagree with the idea that everyone has a duty to obey the income tax laws, as well as all other laws, of this country?

  53. The United States will call witnesses who are employed by the Internal Revenue Service and the D.C. Office of Tax and Revenue. Do you have any prejudice or bias against such agents or officers that you could not sit as a fair and impartial juror in this case?

54.     The United States will call employees of the Internal Revenue Service and the D.C. Office of Tax and Revenue as summary or expert witnesses to testify in this case. Do any of you have any prejudice or belief against IRS or D.C. Office of Tax and Revenue employees that would prevent you from accepting the summary or expert testimony of a witness for the United States?

55.     Is there anyone who would hold an employee of the IRS or D.C. Office of Tax and Revenue who is used as a summary or expert witness to a higher or lower standard than a witness who is not employed by the IRS or the D.C. Office of Tax and Revenue?

56.     Does anyone believe that a police officer does not have to abide by the same laws as other, non law enforcement persons?

57.     Does anyone believe that the government has to prove a crime by a higher burden of proof because of the nature of the accused's employment? Stated another way, that because the accused is a law enforcement officer, does anyone believe that the United States should have to prove the case beyond all possible doubt?

58.     Does anyone believe that because of the nature of the accused's job, as a law enforcement officer, he is incapable of committing a crime?

59.     Provided the government proves the defendant's guilt beyond a reasonable doubt, would anything you might learn about the defendant concerning such things as his age, health, religious affiliation, family circumstances or occupation prevent you from

finding him guilty?

60. The law does not require the United States to prove the guilt of a defendant beyond all possible doubt. The law recognizes that the human mind can always conceive of some doubt as to any proposition. Is there anyone who will require the United States to prove its case beyond all doubt before he or she could vote for a guilty verdict?

VI. Additional Questions Requested by the Defendant but Objected to by the Government

61. How many of you have heard the saying, "ignorance of the law is no excuse"? If the judge instructs you that the law with respect to the facts of this case is different from this saying, would you be able to set aside your own views and follow the instructions of the judge?

Respectfully submitted,

  s/Michael P. Ben'Ary
Michael P. Ben'Ary
Karen E. Kelly
Trial Attorneys

  s/David Schertler
David Schertler
Schertler & Onorato, LLP
Counsel for Michael Irving