*UNITED STATES DISTRICT COURT*
*DISTRICT OF COLUMBIA*

*GOVERNMENT'S EXHIBIT LIST*

<u>U.S. vs. Michael C. Irving</u>   Case No. 07-107 (PLF)

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1.1 | Office of Payroll and Retirement File | | |
| 1.1 A | 1989 Form W-4 | | |
| 1.1 B | Address, Non-Resident and Tax Withholding Authorization, 9/25/89 | | |
| 1.1 C | Appointment Affidavits, 9/25/89 | | |
| 1.1 D | Form W-4T, Voluntary Withholding Agreement, 11/03/02 | | |
| 1.1 E | UCC Financing Statement | | |
| 1.1 F | Affidavit (Establishing my "exempt" status...), 11/03/02 | | |
| 1.1 G | 2002 Form W-4 | | |
| 1.1 H | 2002 Form D-4 | | |
| 1.1 I | 2003 Form D-4 | | |
| 1.1 J | 2002 Form W-4, 03/10/03 | | |
| 1.1 K | 2004 Form W-4, 12/08/03 | | |
| 1.1 L | 2004 Form W-4, 12/09/03 | | |
| 1.1 M | 2004 Form D-4, 12/09/03 | | |
| 1.1 N | 2005 Form W-4, 1/25/05 | | |
| 1.1 P | 2006 Form W-4, 11/27/06 | | |
| 1.1 Q | Form D-4, 11/27/06 | | |
| 1.2 | UPPS Printout, 2002 | | |

| | | | |
|---|---|---|---|
| 1.3 | UPPS Printout, 2003 | | |
| 1.4 | UPPS Printout, 2004 | | |
| 1.5 | UPPS Printout, 2005 | | |
| | | | |
| 2.1 | Form W-2, 2002 | | |
| 2.2 | Form W-2, 2003 | | |
| 2.3 | Form W-2, 2004 | | |
| 2.4 | Form W-2, 2005 | | |
| | | | |
| 3.1 | Rent checks, 2004 | | |
| 3.2 | Rent checks, 2005 | | |
| | | | |
| 4.1 | Certified transcript of account, 2002 | | |
| 4.2 | Certification of Lack of Record, 2003 | | |
| 4.3 | Certified transcript of account, 2004 | | |
| 4.4 | Certification of Lack of Record, 2005 | | |
| 4.5 | Certified Copy, Form 1040, 2002 (second return) | | |
| 4.6 | Certified Copy, Audit File, 2002 | | |
| 4.7 | Certified Copy, Dunham Form 1040, 2005 | | |
| 4.8 | Certified Copy, National Account Profile Entity, Michael C. Irving Trust | | |
| 4.11 | Certified transcript of assessments, 2000 | | |
| 4.12 | Certified transcript of assessments, 2001 | | |
| 4.13 | Certified transcript of assessments, 2002 | | |
| 4.14 | IRPS, 2002 | | |
| 4.15 | IRPS, 2003 | | |

| | | | |
|---|---|---|---|
| 4.16 | IRPS, 2004 | | |
| 4.17 | IRPS, 2005 | | |
| 4.18 | IRS Publication 2105, Why Do I Have to Pay Taxes? | | |
| 4.19 | IRS Notice 609, Privacy Act Notice | | |
| 4.20 | IMFOLT printouts, 1989 - 1999 | | |
| 4.21 | Certified Copy, Form 1041, 2000 | | |
| 4.22 | Certified Copy, Form 1041, 2001 | | |
| 4.23 | Certified Copy, Form 1040, 2000 | | |
| 4.24 | Certified Copy, Form 1040, 2001 | | |
| 4.25 | Certified Copy, Form 1040, 2003 | | |
| 4.26 | Certified Copy, Form 1040, 2004 | | |
| 4.27 | Certified Copy, Form 1040, 2005 | | |
| | | | |
| 4.50 | Chronology Chart | | |
| 4.51 | Second Half of Chronology Chart | | |
| | | | |
| 5.1 | Certified transcript of account, D-40 | | |
| 5.2 | Certified copy, D-40EZ, 2002 | | |
| 5.3 | Certified copy, D-40, 2002 | | |
| 5.4 | Certified transcript of account, D-41 | | |
| 5.5 | Certified copy, D-41, 2000 | | |
| 5.6 | Certified copy, D-41, 2001 | | |
| 5.7 | Certified copy, D-41, 2002 | | |
| 5.8 | Certified Copy, Dunham D-40, 2005 | | |
| 5.9 | Letter, June 17, 2003 | | |
| 5.10 | Letter, October 25, 2003 | | |

3245997.1

| | | | |
|---|---|---|---|
| 5.20 | Certified Copy, D-40, 2000 | | |
| 5.21 | Certified Copy, D-40, 2001 | | |
| 5.22 | Certified Copy, D-40, 2003 | | |
| 5.23 | Certified Copy, D-40, 2004 | | |
| 5.24 | Certified Copy, D-40, 2005 | | |
| 5.25 | Certified Copy, D-30, 2003 | | |
| 5.26 | Certified Copy, D-30, 2004 | | |
| 5.27 | Certified Copy, D-30, 2005 | | |
| | | | |
| 6.1 | Retained copy, 2002 Form 1040 | | |
| 6.2 | Retained copy, Misc. Documents | | |
| | | | |
| 7.1 | Summary Computations | | |
| 7.2 | Summary Computations | | |
| 7.3 | Expenditures Chart | | |
| | | | |
| 8.1 | D.C. Summary Computations | | |
| | | | |
| D-1 | American Express | | |
| D-2 | Associates Gold Master Card | | |
| D-3 | Bank of America | | |
| D-4 | Citibank | | |
| D-5 | Countrywide/ New Century Home Loans | | |
| D-6 | Daimler Chrysler | | |
| D-7 | Discover Financial Services | | |
| D-8 | Jimmy's Auto Inc. | | |

3245997.1

| D-9 | JP Morgan Chase | | |
|---|---|---|---|
| D-10 | National City Mortgage Co. | | |
| D-11 | Neiman Marcus | | |
| D-12 | -None- | | |
| D-13 | Pepco | | |
| D-14 | PNC Bank | | |
| D-15 | Police Federal Credit Union | | |
| D-16 | Wachovia Bank | | |
| D-17A | Zale Corporation | | |
| D-17B | Zale Corporation | | |
| D-18 | -None- | | |
| D-19 | Village Settlement | | |
| D-20 | Dolphin & Evans Title | | |
| D-21 | Alex Kittay Jewelers | | |