IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)  07-CR-107 (PLF)<br>)<br>v.    )  Judge Paul L. Friedman<br>)<br>)<br>MICHAEL C. IRVING    )<br>) | |

## DEFENDANT IRVING'S PROPOSED JURY INSTRUCTION ON THE "DEFENSE THEORY OF THE CASE"

Defendant Michael Irving, through his undersigned attorney of record, submits the following proposed jury instruction on the "Defense Theory of the Case" as requested by the Court.

### DEFENDANT'S THEORY OF THE CASE

Detective Irving has pled not guilty to all nine counts in the indictment. He contends that he did not commit any of the acts alleged by the Government with the necessary criminal intent. Rather, Detective Irving has testified that he acted on an honestly held subjective belief that the actions he took did not violate any provisions of the tax laws or any other legal duties. As I have instructed you, it does not matter whether Detective Irving's belief turned out to be inaccurate, incorrect or wrong, nor does it matter if the beliefs make sense or sound reasonable. Detective Irving asserts that he genuinely believed at the relevant time periods that he was not violating any known legal obligation or duty but, rather, that he was acting upon and relying upon information he received from other persons that he genuinely believed to correct at the time. As I have instructed you, Detective Irving's claim of good faith is a defense to *all* of the charges in the indictment.

Respectfully submitted,


_____/s/_____
David Schertler
David D. Dickieson
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C. 20004-2601
(202) 628-4199

Counsel for Michael C. Irving


Dated: May 14, 2008