UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 07-107(PLF) |
| ) | |
| **MICHAEL C. IRVING** ) | |
| ) | |
| **Defendant .** ) | |

### UNITED STATES' SUPPLEMENTAL JURY INSTRUCTIONS

The United States of America, by and through its attorneys, pursuant to Rule 30 of the Federal Rules of Criminal Procedure, respectfully request this Court give the following supplemental jury instruction, in addition to those previously filed by the United States, and the standard District Court instructions for the District of Columbia, and further requests leave to file any additional and further instructions as may appear necessary and proper based upon the evidence admitted at trial.

Respectfully submitted,

Karen E. Kelly
Michael P. Ben'Ary
Trial Attorneys

3277942.1

GOVERNMENT PROPOSED JURY INSTRUCTION NO.

SIGNATURE ON RETURN/KNOWLEDGE OF CONTENTS

"The fact that an individual's name is signed to a return . . .shall be prima facie evidence for all purposes that the return . . . was actually signed by him [or her],[1]" which is to say that, unless and until outweighed by evidence in the case which leads you to a different or contrary conclusion, you may find that a filed tax return was in fact signed by the person whose name appears to be signed to it.[2]

Additionally, you may also infer, unless and until outweighed by the evidence in the case which leads you to a different or contrary conclusion, that the individual who signed their name to the return had knowledge of the contents of that tax return.[3]

---

[1] Title 26, United States Code, Section 6064

[2] United States v. Kim, 884 F.2d 189 (5th Cir. 1989); United States v. Drape, 668 F.2d 22, 26 (1st Cir. 1982); Cashio v. United States, 420 F.2d 1132, 1135 (5th Cir. 1969), cert. denied, 397 U.S. 1007 (1970); United States v. Wainwright, 413 F.2d 796, 802 n.3 (10th Cir. 1969), cert. denied, 396 U.S. 1009 (1970).

[3] United States v. Olbres, 61 F.3d 967 (1st Cir. 1995); United States v. Drape, 668 F.2d 22, 26 (1st Cir. 1982); United States v. Gaines, 690 F.2d 849 (11th Cir. 1982); United States v. Ruffin, 575 F.2d 346 (2d Cir. 1978); United States v. Tolkow, 532 F.2d 853, 857 (2d Cir. 1976); United States v. Romanow, 505 F.2d 813, 814 (1st Cir. 1974); Wainwright v. United States, 448 F.2d 984 (10th Cir. 1971).

WHEREFORE, the undersigned counsel respectfully submit these supplemental jury instructions, and further request leave to submit additional supplemental jury instructions should the evidence admitted at trial require such supplemental submissions.

Respectfully submitted,

Karen E. Kelly
Michael P. Ben'Ary
Trial Attorneys
United States Department of Justice
Tax Division, Criminal
601 D Street, NW
Washington DC 20530
(202) 514-5150
Karen.e.kelly@usdoj.gov
Michael.p.ben'ary@usdoj.gov

3277942.1