UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                Criminal No. 07-107 (PLF)

MICHAEL C. IRVING

JURY NOTE

> We have not reached a decision. We will meet again tomorrow at 9 AM.

Date: 5-15-08

Time: 4:53 p.m.

_____
Foreperson