UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**
MAY 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                        Criminal No. 07-107 (PLF)

MICHAEL C. IRVING

## JURY NOTE

> We can not reach unanimous agreement on all counts. Please advise.

Date: 5-16-08

Time: _____

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                  Criminal No. 07-107 (PLF)

MICHAEL C. IRVING

## JURY NOTE

> We are decided on some of the counts. However, we are dead lock on others and people are not changing their mind. We would like to present the counts we have decided on.

Date: 5-16-08

Time: 4:13 pm

Foreperson