UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 07-107 (PLF) |
| | ) |
| MICHAEL C. IRVING, | ) |
| | ) |
| Defendant. | ) |

### JURY VERDICT FORM

Count One

With respect to the offense of False Claim for Refund – Form 1040EZ 2002, we the jury unanimously find the defendant Michael C. Irving

**NOT GUILTY** ____✓____ GUILTY _____

Count Two

With respect to the offense of False Claim for Refund – Form 1041 2002, we the jury unanimously find the defendant Michael C. Irving

**NOT GUILTY** ____✓____ GUILTY _____

Count Three

With respect to the offense of Attempt to Evade or Defeat Tax-2003, we the jury unanimously find the defendant Michael C. Irving

**NOT GUILTY** _____ GUILTY _____

Count Four

With respect to the offense of Attempt to Evade or Defeat Tax-2004, we the jury unanimously find the defendant Michael C. Irving

**NOT GUILTY** _____**GUILTY** _____

Count Five

With respect to the offense of Attempt to Evade or Defeat Tax-2005, we the jury unanimously find the defendant Michael C. Irving

**NOT GUILTY** _____**GUILTY** ✓_____

Count Six

With respect to the offense of Fraud in the First Degree, we the jury unanimously find the defendant Michael C. Irving

**NOT GUILTY** ✓_____**GUILTY** _____

Count Seven

With respect to the offense of Attempt to Evade or Defeat DC Tax-2003, we the jury unanimously find the defendant Michael C. Irving

**NOT GUILTY** _____ **GUILTY** _____

Count Eight

With respect to the offense of Attempt to Evade or Defeat DC Tax-2004, we the jury unanimously find the defendant Michael C. Irving

**NOT GUILTY** _____ **GUILTY** _____

<u>Count Nine</u>

With respect to the offense of Attempt to Evade or Defeat DC Tax-2005, we the jury unanimously find the defendant Michael C. Irving

**NOT GUILTY** _____     **GUILTY** ✓_____

UNANIMOUSLY AGREED TO THIS \_\_16\_\_ DAY OF MAY 2008.


_____
FOREPERSON