UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 19 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                            Criminal No. 07-107 (PLF)

MICHAEL C. IRVING

JURY NOTE

> We have given the final four counts careful consideration. The jury thought about it over the weekend and several hours this morning. We can not come to a unanimous agreement.

Date: 5-19-08

Time: 10:52

Foreperson