**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **07-CR-107 (PLF)** |
| v. ) | **Judge Paul L. Friedman** |
| ) | |
| **MICHAEL C. IRVING** ) | |

**DEFENDANT'S NOTICE TO THE COURT THAT**
**HE DOES NOT INTEND TO FILE A MOTION FOR A NEW TRIAL**

The Defendant, Michael C. Irving, through counsel, hereby notifies the Court, that upon further consideration, he does not intend to file a Motion for a New Trial. Mr. Irving respectfully asks that the Court set a status date at the earliest convenient date to set a schedule for the preparation of the Pre-Sentence Report, sentencing memoranda, and sentencing in this matter.

Date: June 27, 2008                              Respectfully submitted,

                                                 /s/
                                                 David Schertler (DC Bar #367203)
                                                 David Dickieson (DC Bar #321778)
                                                 Schertler & Onorato, LLP
                                                 601 Pennsylvania Avenue, NW
                                                 North Building, 9th Floor
                                                 Washington, DC 20004
                                                 Telephone: (202) 628-4199
                                                 Facsimile: (202) 628-4177

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 27th day of June, 2008, a copy of the foregoing motion was served via court e-filing upon the following counsel:

Karen E. Kelly
Michael P. Ben"Ary
United States Department of Justice
Tax Division
600 E Street, NW
Room 5613
Washington, DC 20004

              _____/s/_____
              David Schertler